**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Auto Supply Company, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-1542433** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3740 N. Patterson Avenue** **Winston Salem, NC 27105-3540** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Forsyth** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.ascodc.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Auto Supply Company, Inc.**
Name
                                                              Case number (*if known*)

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4413__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District _____ | When _____ | | Case number, if known _____ | |

---

Debtor    **Auto Supply Company, Inc.**                                                            Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .        *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   **Auto Supply Company, Inc.** _____   Case number (*if known*) _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  8, 2018** _____
              MM / DD / YYYY

**X** **/s/ Charles A. Key, Jr.** _____       **Charles A. Key, Jr.** _____
Signature of authorized representative of debtor          Printed name

Title   **President** _____

**18. Signature of attorney**

**X** **/s/ Ashley S. Rusher** _____       Date **January  8, 2018** _____
Signature of attorney for debtor                          MM / DD / YYYY

**Ashley S. Rusher 14296** _____
Printed name

**Blanco Tackabery & Matamoros, P.A.** _____
Firm name

**P.O. Drawer 25008**
**Winston-Salem, NC 27114-5008** _____
Number, Street, City, State & ZIP Code

Contact phone _____   Email address _____

**14296** _____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Auto Supply Company, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  8, 2018**            *X* **/s/ Charles A. Key, Jr.**
                                          Signature of individual signing on behalf of debtor

                                          **Charles A. Key, Jr.**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Auto Supply Company, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A1-CARDONE P.O. BOX 827267 HTTPS://WWW.CARDONE.COM PHILADELPHIA, PA 19182 | | Trade debt | | | | $139,238.15 |
| AC DELCO/GM 6200 GRAND POINT DR. MAIL CODE 485-303-713 GRAND BLANC, MI 48439 | | ALL PERSONAL PROPERTY | | $3,598,647.00 | $13,171,305.00 | $534,026.00 |
| AMERICAN EXPRESS P O BOX 650448 DALLAS, TX 75265-0448 | | Credit Card | | | | $232,537.62 |
| AUTOPART INTERNATIONAL P.O. BOX 419250 BOSTON, MA 02241-9250 | | Trade debt | | | | $100,706.14 |
| AUTOPLUS AUTO PARTS 16741 COLLECTION CENTER D CHICAGO, IL 60693 | | Trade debt | | | | $498,120.44 |
| BBB INDUSTRIES, LLC 8410 WOLF LAKE DR. #101 BARTLETT, TN 38133 | | Trade debt | | | | $424,727.77 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Auto Supply Company, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DENSO PRODUCTS & SERVICES P.O. BOX 601009 PASADENA, CA 91189-1009** | | **Trade debt** | | | | **$141,947.53** |
| **FEDERAL-MOGUL CORPORATION P.O. BOX 636438 CINCINNATI, OH 45263-6438** | | **Trade debt** | | | | **$146,416.91** |
| **FORD MOTOR COMPANY Ford Customer Service Division Credit Department P.O. Box 6220 Dearborn, MI 48121** | | **INVENTORY MOTORCRAFT ACCOUNTS RECEIVABLE ONLY** | | **$3,040,981.00** | **$1,035,569.00** | **$3,040,981.00** |
| **GLOBAL PARTS DISTRIBUTION P O BOX 3045 MACON, GA 31205** | | **Trade debt** | | | | **$235,304.16** |
| **GSP NORTH AMERICA P.O. BOX 161690 BOILING SPRINGS, SC 29316** | | **Trade debt** | | | | **$82,799.96** |
| **KEY JR, CHARLES 197 HAYWOOD DRIVE ADVANCE, NC 27006** | | | | | | **$235,850.00** |
| **POWER STOP LLC 6112C W. 73RD STREET BEDFORD PARK, IL 60638** | | **Trade debt** | | | | **$346,602.89** |
| **PREMIUM GUARD INC P.O. BOX 105328 ATLANTA, GA 30348-5328** | | **Trade debt** | | | | **$119,759.77** |
| **PRIME AUTOMOTIVE WAREHOUSE P.O. BOX 741554 ATLANTA, GA 30374-1154** | | **Trade debt** | | | | **$92,973.83** |
| **R & B, INC. P. O. BOX 8500 (S-4565) PHILADELPHIA, PA 19178-4565** | | **Trade debt** | | | | **$124,810.08** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Auto Supply Company, Inc.**
_____
         Name                                                  Case number *(if known)*   _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **STANDARD MOTOR PRODUCTS 93307 NETWORK PLACE CHICAGO, IL 60673-1933** | | **Trade debt** | | | | **$70,397.74** |
| **THE TIMKEN CORPORATION 28838 NETWORK PLACE CHICAGO, IL 60673-1288** | | **Trade debt** | | | | **$160,743.45** |
| **UQUALITY AUTOMOTIVE PROD. DEPT LA 22888 PASADENA, CA 91185** | | **Trade debt** | | | | **$118,303.13** |
| **VALVOLINE LLC P. O. BOX 117131 ATLANTA, GA 30368-7131** | | **Trade debt** | | | | **$72,471.99** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Auto Supply Company, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:    **Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................    $            **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $    **13,171,305.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................    $    **13,171,305.00**

Part 2:    **Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **16,769,784.00**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **215,424.92**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **5,055,630.19**

4.    **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b    $    **22,040,839.11**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Auto Supply Company, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$19,456.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, NA** **P.O. Box 63020** **San Fransico, CA  94163** | **Operating** | **8836** | **$111,772.00** |
| 3.2. | **Wells Fargo Bank, NA** **P.O. Box 63020** **San Fransico, CA  94163** | **Lockbox** | **9133** | **$78,995.00** |
| 3.3. | **Wells Fargo Bank, NA** **P.O. Box 63020** **San Fransico, CA  94163** | **Group Health** | **8828** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$210,223.00** |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

Debtor    **Auto Supply Company, Inc.**                                     Case number *(If known)* _____
       Name

**7.**  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

   7.1.  **High Point, Universal Realty, LLC**                                                         **$1,500.00**

   7.2.  **Raleigh, Electroswitch**                                                                   **$5,400.00**

   7.3.  **Hickory, Boyd & Hassell Industrial & Commercial Properties**                                **$2,000.00**

   7.4.  **Charlotte, MDH Propcol 2015-B, LLC**                                                        **$7,378.00**

   7.5.  **Smith Properties of Wilmington, LLC**                                                       **$5,000.00**

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

   8.1.  **Insurance (See Attached)**                                                                  **$0.00**

   8.2.  **Miscellaneous**                                                                           **$0.00**

**9.**  **Total of Part 2.**                                                                              **$21,278.00**
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **1,915,383.00** | - | **0.00** = .... | **$1,915,383.00** |
| 11b. Over 90 days old: | **441,380.00** | - | **180,980.00** =.... | **$260,400.00** |

**12.**    **Total of Part 3.**                                                                          **$2,175,783.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Auto Supply Company, Inc.**
Name                                                    Case number *(If known)* _____

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. **N/A** | | **$0.00** |

| | % of ownership | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | | | | |
| 15.1. **Automotive Distribution Network, LLC** | **2.80** | % | | **$8,502.00** |
| 15.2. **Network Products, LLC** | **Unknown** | % | | **$60,405.00** |

| | | Current value of debtor's interest |
|---|---|---|
| **16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1. **N/A** | | **$0.00** |

| | | |
|---|---|---|
| **17.** **Total of Part 4.** | | **$68,907.00** |
| Add lines 14 through 16. Copy the total to line 83. | | |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials**<br>**N/A** | **Done on cycle basis.** | **$0.00** | | **$0.00** |
| **20.** | **Work in progress**<br>**N/A** | **Done on cycle basis.** | **$0.00** | | **$0.00** |
| **21.** | **Finished goods, including goods held for resale** | | | | |

Debtor    **Auto Supply Company, Inc.**
Name

Case number *(If known)*

| | | | | |
|---|---|---|---|---|
| **Parts Inventory (Cycle count each part at least annually)** | Done on cycle basis. | $9,790,027.00 | Cost | $9,790,027.00 |
| **Warranty Warehouse (Cycle count each part at least annually)** | Done on cycle basis. | $97,462.00 | Cost | $97,462.00 |
| **Core Warehouse (Cycle count each part at least annually)** | Done on cycle basis. | $54,774.00 | Cost | $54,774.00 |

| 22. | **Other inventory or supplies**<br>**None** | | $0.00 | | $0.00 |
|---|---|---|---|---|---|

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| $9,942,263.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    236896    Valuation method    Cost    Current Value    236896

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office Furniture** | $2,024.00 | Appraisal | $2,024.00 |
| **Leasehold Improvements** | $384,937.00 | Appraisal | $384,937.00 |

40. **Office fixtures**

Debtor  **Auto Supply Company, Inc.**                          Case number *(If known)* _____
        _____
        Name

| Office Fixtures | $31,860.00 | Appraisal | $31,860.00 |
|---|---|---|---|

| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
|---|---|---|---|---|
| | Office Equipment (Computer Equipment) | $211,730.00 | Appraisal | $211,730.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. | Collectibles | $0.00 | | $0.00 |
|---|---|---|---|---|

| 43. | **Total of Part 7.** | $630,551.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Automobiles (See attached)** | $152,494.00 | Appraisal | $72,300.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1. | N/A | $0.00 | | $0.00 |
|---|---|---|---|---|

49. **Aircraft and accessories**

| 49.1. | N/A | $0.00 | | $0.00 |
|---|---|---|---|---|
| 49.2. | N/A | $0.00 | | $0.00 |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| N/A | $0.00 | | $0.00 |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Auto Supply Company, Inc.**                              Case number *(If known)* _____
         Name

51.   **Total of Part 8.**                                                              | $72,300.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☐ No
      ■ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.
      ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. CORPORATE OFFICE/ WAREHOUSE 3740 N. PATTERSON AVENUE, WINSTON SALEM, NC | Lease | $0.00 | | $0.00 |
| 55.2. STORE #3 1007 S. MARSHALL AVENUE WINSTON SALEM, NC | Lease | $0.00 | | $0.00 |
| 55.3. STORE #5 1926 W. GREEN DRIVE HIGH POINT, NC | Lease | $0.00 | | $0.00 |
| 55.4. STORE #6 403 E. BODENHAMER STREET KERNERSVILLE, NC | Lease | $0.00 | | $0.00 |
| 55.5. STORE #4 2008 YONKERS ROAD RALEIGH, NC | Lease | $0.00 | | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Auto Supply Company, Inc.**
Name                                                    Case number *(If known)* _____

| | | | | |
|---|---|---|---|---|
| 55.6. | **STORE #9**<br>**1112 1ST AVENUE**<br>**SW**<br>**HICKORY, NC** | Lease | $0.00 | $0.00 |
| 55.7. | **STORE #10**<br>**2636 LEWISVILLE**<br>**CLEMMONS ROAD**<br>**CLEMMONS, NC** | Lease | $0.00 | $0.00 |
| 55.8. | **STORE #11**<br>**1032 WINSTON**<br>**STREET**<br>**GREENSBORO, NC** | Lease | $0.00 | $0.00 |
| 55.9. | **STORE #2**<br>**46 MICHAEL WYLIE**<br>**DRIVE**<br>**SUITE A-D**<br>**CHARLOTTE, NC** | Lease | $0.00 | $0.00 |
| 55.10 · | **CLOSED**<br>**237 STARLITE ROAD**<br>**MT. AIRY, NC** | Lease | $0.00 | $0.00 |
| 55.11 · | **STORE #16**<br>**813 MERITA STREET**<br>**MT. AIRY, NC** | Lease | $0.00 | $0.00 |
| 55.12 · | **STORE #17**<br>**525 S. CHURCH**<br>**STREET**<br>**BURLINGTON, NC** | Lease | $0.00 | $0.00 |
| 55.13 · | **LOOP RD. AUTO**<br>**PARTS**<br>**122 YEARGAN**<br>**ROAD, GARNER, NC** | Lease | $0.00 | $0.00 |
| 55.14 · | **STORE #22**<br>**2351 CAROLINA**<br>**BEACH ROAD**<br>**WILMINGTON, NC** | Lease | $0.00 | $0.00 |
| 55.15 · | **STORE #25**<br>**6502 WINDMILL WAY**<br>**WILMINGTON, NC** | Lease | $0.00 | $0.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$0.00** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

Debtor  **Auto Supply Company, Inc.**
         <sub>Name</sub>    Case number *(if known)* _____

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **The Home of Great Service (Application No. 77561233, September 3, 2008) (Registration No. 3605636, April 14, 2009)** | $0.00 | | $25,000.00 |
| **One Call No Matter What Hood You're Under (Application No. 77561236) (Registration No. 3605636, April 14, 2009)** | $0.00 | | $25,000.00 |
| 61.  **Internet domain names and websites** **www.ascodc.com** | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** **N/A** | $0.00 | | $0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** **Customer List** | $0.00 | | $0.00 |
| 64.  **Other intangibles, or intellectual property** **Non-Complete** | $57,345.00 | | $0.00 |
| 65.  **Goodwill** **N/A** | $0.00 | | $0.00 |

66.  **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

     | $50,000.00 |
     |---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☐ No
      ■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No

Debtor   **Auto Supply Company, Inc.**                                Case number *(If known)* _____
_____
Name

■ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Auto Supply Company, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $210,223.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $21,278.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,175,783.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $68,907.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,942,263.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $630,551.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $72,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,171,305.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $13,171,305.00 |

## ATTACHMENT TO SCHEDULE A/B (PART 2) NO. 8.1

| LINE OF BUSINESS | POLICY NUMBER | POLICY PERIOD | CARRIER | ANNUAL PREMIUM | MONTHLY INSTALLMENT | PAID THROUGH | COVERAGE SUMMARY |
|---|---|---|---|---|---|---|---|
| Property | CPP5018060 | 1/1/2018-12/31/2018 | Republic Franklin Insurance Co. | | | | $4,300,000 Blanket Building; $10,800,500 Business personal property |
| Commercial General Liability | CPP5018060 | 1/1/2018-12/31/2018 | Utica Mutual Insurance Company | $47,385 | $3,948.75 | 1/31/18 | $1,000,000 per occurrence; $500,000 damage to rented premises; $5,000 medical expenses; $1,000,000 personal & adv. injury; $3,000,000 general aggregate; $3,000,000 products-comp/op agg |
| Property | CPP5046161 | 1/1/2018-12/31/2018 | Republic Franklin Insurance Co. | | | | $1,025,000 blanket building |
| Automobile Liability | 5018057 | 1/1/2018-12/31/2018 | Utica Mutual Insurance Company | $155,522.00 | $12,960.17 | 1/31/18 | $1,000,000 combined single limit, $50,000 hire phy. damage |
| Umbrella Liability | CULP5018058 | 1/1/2018-12/31/2018 | Utica Mutual Insurance Company | $17,078.00 | $1,423.17 | 1/31/18 | $10,000,000 each occurrence; $10,000,000 aggregate |
| Workers Compensation | WC 5007274 | 1/1/2018-12/31/2018 | Utica Mutual Insurance Company | $265,235 | $22,102.92 | 1/31/18 | Per Statute: $500,000 each accident; $500,000 disease each employee; $500,000 disease policy limit |
| Umbrella Liability | MKLV2EUE100112 | 1/1/2018-12/31/2018 | Evanston Insurance | $8,000.00 | $666.67 | 1/31/18 | $5,000,000 each occurrence |
| Employment Practices Liability/ Fiduciary Liability | 106658607 | 1/1/2018-12/31/2018 | Travelers Casualty and Surety Company of America | $8,971 | $747.58 | 1/31/18 | $500,000 of all claims |

**ATTACHMENT TO SCHEDULE A/B (PART 8) NO. 47**
**AUTOMOBILE LIST**

| YEAR MAKE & MODEL | VIN | | VALUATION METHOD | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|---|
| 2004 CHEVROLET ASTRO CARGO VAN | 1GCDM19X34B107095 | OWNED | FMV | 1,500.00 |
| 2010 TOYOTA TACOMA | 5TENX4CN4AZ722525 | OWNED | FMV | 5,250.00 |
| 2001 CHEVROLET1500 SILVERADO | 1GCEC14W312145046 | OWNED | FMV | 2,000.00 |
| 2002 PONTIAC MONTANA | 1GMDX03082D29727 | OWNED | FMV | 1,000.00 |
| 1998 CHEVROLET1500 SILVERADO | 1GCEC14W5WZ191372 | OWNED | FMV | 1,500.00 |
| 2008 FORD E150 VAN | 1FTNE14W98DA72816 | OWNED | FMV | 3,000.00 |
| 2012 BUICK ENCLAVE | 5GAKRCED9CJ167016 | OWNED | FMV | 9,750.00 |
| 1998 INTERNATIONAL MDL 4700 | 1HTSCAAM8XH680199 | OWNED | FMV | 7,500.00 |
| 2006 CHEVROLET COLORADO | 1GCCS148468153293 | OWNED | FMV | 1,800.00 |
| 2006 CHEVROLET C7500 | 1GBK7C1326F419301 | OWNED | FMV | 32,500.00 |
| 2003 CHEVROLET ASTRO CARGO VAN | 1GC0M19X33B151466 | OWNED | FMV | 1,500.00 |
| 1998 CHEVROLET1500 SILVERADO | 1GCG514938178116 | OWNED | FMV | 750.00 |
| 2006 PONTIAC VIBE | 5X2SL65816244229 1 | OWNED | FMV | 2,500.00 |
| 2004 CHEVROLET ASTRO CARGO VAN | 1GCDM19X64B115725 | OWNED | FMV | 1,750.00 |
| 2016 FORD F-750 | 1FDWF7DC4GDA02323 | CAPITAL LEASE | | 0.00 |
| 2016 FORD F-750 | 1FDWF7DC2GDA02322 | CAPITAL LEASE | | 0.00 |
| 2012 KENWORTH TRUCK | 2NKHHM6X8CM308367 | CAPITAL LEASE | | 0.00 |
| 2017 FORD | 1FDWF7DC3HDB02513 | CAPITAL LEASE | | 0.00 |
| 2008 G1500 VAN | 1GCFG15X781186191 | OPERATING LEASE | | 0 |
| 2011 HHR | 3GNBAAFW8BS659275 | OPERATING LEASE | | 0 |
| 2012 SONIC | 1G1JA6SH4C4169614 | OPERATING LEASE | | 0 |
| 12 SONIC | 1G1JA6SH3C4167952 | OPERATING LEASE | | 0 |
| 12 SONIC | 1G1JA6SH7C4214870 | OPERATING LEASE | | 0 |
| 13 SONIC | 1G1JA6SH6D4217843 | OPERATING LEASE | | 0 |
| 15 FORD FOCUS | 1FADP3K21FL311172 | OPERATING LEASE | | 0 |
| 16 FORD FOCUS | 1FADP3K24GL241314 | OPERATING LEASE | | 0 |
| 17 FORD FOCUS SE | 1FADP3K20HL281892 | OPERATING LEASE | | 0 |
| 08 CHEV COLORADO W/LIFT | 1GCCS14968166753 | OPERATING LEASE | | 0 |
| 08 CHEV COLORADO | 1GCCS14978188017 | OPERATING LEASE | | 0 |
| 11 CHEV COLORADO | 1GCCSBF90B8132513 | OPERATING LEASE | | 0 |

| YEAR | MAKE & MODEL | VIN | VALUATION METHOD | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|---|
| 12 | SONIC | 1G1JA6SH9C4223196 | OPERATING LEASE | 0 |
| 13 | SONIC | 1G1JA6SH8D4203474 | OPERATING LEASE | 0 |
| 16 | FORD FOCUS | 1FADP3K21GL241478 | OPERATING LEASE | 0 |
| 11 | AVEO | KL1TD6DEXBB252119 | OPERATING LEASE | 0 |
| 12 | SONIC | 1G1JA6SH6C4169498 | OPERATING LEASE | 0 |
| 17 | FORD FOCUS SE | 1FADP3K27HL294168 | OPERATING LEASE | 0 |
| 08 | CHEV COLORADO W/LIFT | 1GCCS1490881671 68 | OPERATING LEASE | 0 |
| 11 | HHR | 3GNBAAFW5BS640649 | OPERATING LEASE | 0 |
| 12 | SONIC | 1G1JA6SH2C4170020 | OPERATING LEASE | 0 |
| 12 | SONIC | 1G1JA6SH9C4215339 | OPERATING LEASE | 0 |
| 12 | SONIC | 1G1JA6SH9C4213851 | OPERATING LEASE | 0 |
| 14 | FOCUS | 1FADP3K26EL302160 | OPERATING LEASE | 0 |
| 12 | SONIC | 1G1JA6SH1C4169361 | OPERATING LEASE | 0 |
| 14 | FOCUS | 1FADP3K21EL323384 | OPERATING LEASE | 0 |
| 14 | FORD FOCUS | 1FADP3K29EL436046 | OPERATING LEASE | 0 |
| 16 | FORD FOCUS | 1FADP3K20GL201067 | OPERATING LEASE | 0 |
| 16 | FORD FOCUS | 1FADP3K28GL385223 | OPERATING LEASE | 0 |
| 17 | FORD FOCUS SE | 1FADP3K29HL281924 | OPERATING LEASE | 0 |
| 08 | CHEV COLORADO W/LIFT | 1GCCS1496881 69569 | OPERATING LEASE | 0 |
| 10 | AVEO | KL1TD6DE0AB096171 | OPERATING LEASE | 0 |
| 11 | HHR | 3GNBAAFW6BS642216 | OPERATING LEASE | 0 |
| 14 | FOCUS | 1FADP3K23EL323385 | OPERATING LEASE | 0 |
| 16 | FORD FOCUS | 1FADP3K20GL241133 | OPERATING LEASE | 0 |
| 17 | FORD FOCUS SE | 1FADP3K27HL208244 | OPERATING LEASE | 0 |
| 08 | E150 CARGO VANS | 1FTNE14W98DA72816 | OPERATING LEASE | 0 |
| 11 | AVEO | KL1TD6DEXBB252105 | OPERATING LEASE | 0 |
| 13 | SONIC | 1G1JA6SH1D4204255 | OPERATING LEASE | 0 |
| 11 | CHEV COLORADO | 1GCC5BF96B8112363 | OPERATING LEASE | 0 |
| 11 | AVEO | KL1TD6DE5BB246857 | OPERATING LEASE | 0 |
| 13 | SONIC | 1G1JA6SHXD4204402 | OPERATING LEASE | 0 |
| 12 | SONIC | 1G1JA6SH8C4137197 | OPERATING LEASE | 0 |
| 13 | FORD TRANSIT CONNECT | NMOLS7AN3DT159705 | OPERATING LEASE | 0 |

| YEAR | MAKE & MODEL | VIN | VALUATIO N METHOD | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|---|
| 16 | FORD FOCUS | 1FADP3K21GL323680 | OPERATING LEASE | 0 |
| 17 | FORD FOCUS SE | 1FADP3K23HL212629 | OPERATING LEASE | 0 |
| 17 | FORD FOCUS SE | 1FADP3K28HL251314 | OPERATING LEASE | 0 |
| 06 | G SERIES VAN | 1GCFG15X761163877 | OPERATING LEASE | 0 |
| 08 | G2500 CARGO VAN | 1GCGG25C281104343 | OPERATING LEASE | 0 |
| 11 | AVEO | KL1TD6DE3BB251779 | OPERATING LEASE | 0 |
| 11 | CHEV COLORADO | 1GCCSBF97B8135151 | OPERATING LEASE | 0 |
| 12 | SONIC | 1G1JA6SH3C4116788 | OPERATING LEASE | 0 |
| 14 | FOCUS | 1FADP3K23EL367306 | OPERATING LEASE | 0 |
| 15 | FORD FOCUS | 1FADP3K28FL259247 | OPERATING LEASE | 0 |
| 16 | FORD FOCUS | 1FADP3K20GL318146 | OPERATING LEASE | 0 |
| 17 | FORD FOCUS SE | 1FADP3K23HL301679 | OPERATING LEASE | 0 |
| 17 | FORD FOCUS SE | 1FADP3K2VHL269538 | OPERATING LEASE | 0 |
| 13 | SONIC | 1G1JA6SH3D4204497 | OPERATING LEASE | 0 |
| 13 | SONIC | 1G1JA6SH1D4205373 | OPERATING LEASE | 0 |
| 17 | FORD FOCUS SE | 1FADP3K21HL251381 | OPERATING LEASE | 0 |
| 17 | FORD FOCUS SE | 1FADP3K22HL274703 | OPERATING LEASE | 0 |
| 8 | G1500 CARGO VAN | 1GCFG15X381143564 | OPERATING LEASE | 0 |
| 11 | AVEO | KL1TD6DE6BB251744 | OPERATING LEASE | 0 |
| 11 | AVEO | KL1TD6DE8BB247758 | OPERATING LEASE | 0 |
| 12 | SONIC | 1G1JA6SH9C4170208 | OPERATING LEASE | 0 |
| 13 | SONIC | 1G1JA6SH7D4205295 | OPERATING LEASE | 0 |
| 13 | SONIC | 1G1JA6SH1D4211528 | OPERATING LEASE | 0 |
| 14 | FOCUS | 1FADP3K2XEL323383 | OPERATING LEASE | 0 |
| 15 | TOYOTA TACOMA | 5TFTX4CN5FX064087 | OPERATING LEASE | 0 |
| 15 | TOYOTA TACOMA | 5TFTX4CNXFX063940 | OPERATING LEASE | 0 |
| 16 | NISSAN FRONTIER | 1N6BD0CTXGN775905 | OPERATING LEASE | 0 |
| 17 | TOYOTA TACOMA SR | 5TFRX5GN5HX087611 | OPERATING LEASE | 0 |
| 08 | CHEV COLORADO W/LIFT | 1GCCS149088169101 | OPERATING LEASE | 0 |
| 08 | E150 CARGO VANS | 1FTNE14W78DA76637 | OPERATING LEASE | 0 |
| 13 | SONIC | 1G1JA6SH2D4204037 | OPERATING LEASE | 0 |
| 14 | FOCUS | 1FADP3K27EL332803 | OPERATING LEASE | 0 |

| YEAR | MAKE & MODEL | VIN | VALUATION METHOD | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|---|
| 11 | AVEO | KL1TD6DE8BB252118 | OPERATING LEASE | 0 |
| 11 | HHR | 3GNBAAFW4BS641663 | OPERATING LEASE | 0 |
| 14 | FOCUS | 1FADP3K21EL243891 | OPERATING LEASE | 0 |
| 11 | HHR | 3GNBAAFW8BS566417 | OPERATING LEASE | 0 |
| 11 | HHR | 3GNBAAFW6BS602069 | OPERATING LEASE | 0 |
| 12 | SONIC | 1G1JA6SH9C4169849 | OPERATING LEASE | 0 |
| 13 | BLACK SONIC | 1G1JA6SH7D4220816 | OPERATING LEASE | 0 |
| 16 | FORD FOCUS | 1FADP3K21GL327874 | OPERATING LEASE | 0 |
| 16 | FORD FUSION | 3FA6P0K95GR296845 | OPERATING LEASE | 0 |
| 10 | MOCHA MALIBU | 1G1ZC5E00A4116015 | OPERATING LEASE | 0 |
| 09 | WHITE IMPALA | 2G1WT57K091159746 | OPERATING LEASE | 0 |
| 12 | EXPRESS 2500 VAN | 1GCWGFFAXC1147689 | OPERATING LEASE | 0 |
| 14 | WHITE CHEV IMPALA | 1G11Y5SLXEU134590 | OPERATING LEASE | 0 |
| 15 | FORD EXPLORER | 1FM5K8F83FGA61169 | OPERATING LEASE | 0 |
| 16 | RED FORD FUSION | 3FA6P0K99GR323206 | OPERATING LEASE | 0 |
| 16 | FORD EDGE | 2FMPK3J98GBC49240 | OPERATING LEASE | 0 |
| 06 | G SERIES VAN | 1GCFG15X161260539 | OPERATING LEASE | 0 |
| 11 | EXP 2500 W/BHEAD | 1GCWGFFA7B1126698 | OPERATING LEASE | 0 |
| 12 | KENWORTH TRUCK | 2NKHHM6X6CM308366 | OPERATING LEASE | 0 |
| 09 | GMC C7500 | 1GDK7C1B79F409494 | OPERATING LEASE | 0 |
| | | | | $ 72,300 |

91C *(09/13)*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |  |
|---|---|---|---|
| **In the Matter of:** | ) | | |
| **Auto Supply Company, Inc.** | ) | **Case No.** | _____ |
| | ) | | |
| | ) | **DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS** | |
| | ) | | |
| **Debtor.** | ) | | |

I,  **Charles A. Key, Jr.**  , the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1.  **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).
    Select appropriate exemption amount below:
    ■ Total net value not to exceed $35,000.
    ☐ Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address -NONE- | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

|  |  |  |
|---|---|---|
| (a) Total Net Value | $ | 0.00 |
| Total Net Exemption | $ | 0.00 |
| (b) Unused portion of exemption, not to exceed $5,000. | $ | 5,000.00 |
| (This amount, if any, may be carried forward and used to claim an exemption in any property owned by the debtor. (NCGS 1C-1601(a)(2)). | | |

2.  **TENANCY BY THE ENTIRETY.**  The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address -NONE- | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

3.  **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3).  Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Year, Make, Model of Auto -NONE- | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| | | | | |

|  |  |  |
|---|---|---|
| (a) Statutory allowance | $ | 3,500 |
| (b) Amount from 1 (b) above to be used in this paragraph. | $ | |
| (A part or all of 1 (b) may be used as needed.) | | |
| Total Net Exemption | $ | 0.00 |

4.  **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.**  (NCGS 1C-1601(a)(5).  Used by debtor or debtor's dependent.  Total net value of all items claimed as exempt not to exceed $2,000.)

| Description -NONE- | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| | | | | |

91C *(09/13)*

| | | |
|---|---|---|
| (a) Statutory allowance | $ | 2,000 |
| (b) Amount from 1 (b) above to be used in this paragraph. | | |
|     (A part or all of 1 (b) may be used as needed.) | $ | |
| | Total Net Exemption    $ | **0.00** |

5.    **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4). Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |
| | | | Total Net Value | **0.00** |

| | | |
|---|---|---|
| (a) Statutory allowance for debtor | $ | 5,000 |
| (b) Statutory allowance for debtor's dependents: __**0**__ dependents at | | |
| $1,000 each (not to exceed $4,000 total for dependents) | | **0.00** |
| (c) Amount from 1(b) above to be used in this paragraph. | | |
|     (A part or all of 1 (b) may be used as needed.) | | |
| | Total Net Exemption | **0.00** |

6.    **LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
  **-NONE-**

7.    **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7). No limit on value or number of items.)

Description:
  **-NONE-**

8.    **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). No limit on number or amount.)

A. $   **-NONE-**    Compensation for personal injury to debtor or to person whom debtor was dependent for support.
B. $   **-NONE-**    Compensation for death of person of whom debtor was dependent for support.
C. $   **-NONE-**    Compensation from private disability policies or annuities.

9.    **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(9). No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

| Detailed Description | Value |
|---|---|
| **-NONE-** | |

10.    **COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(10). Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs. This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.)

| Detailed Description | Value |
|---|---|
| **-NONE-** | |

91C *(09/13)*

11. **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

**Description:**
-NONE-

12. **ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT.** (NCGS 1C-1601(a)(12).  No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or dependent of Debtor.)

**Description:**
-NONE-

13. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.**  (NCGS 1C-1601(a)(2).  The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

| | | | |
|---|---|---|---|
| (a) Total Net Value of property claimed in paragraph 13. | | $ | 0.00 |
| (b) Total amount available from paragraph 1(b). | | $ | 5,000.00 |
| (c) Less amounts from paragraph 1(b) which were used in the following paragraphs: | | | |
| Paragraph 3(b) | $ | | |
| Paragraph 4(b) | $ | | |
| Paragraph 5(c) | $ | | |
| Net Balance Available from paragraph 1(b) | | $ | 5,000.00 |
| Total Net Exemption | | $ | |

14. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

**-NONE-**
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                             $              0.00

15. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

**-NONE-**
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                             $              0.00

16. **RECENT PURCHASES**

The exemptions provided in NCGS 1C-1601(a)(2), (3), (4), and (5) are inapplicable with respect to tangible personal property purchased by the debtor less than 90 days preceding the initiation of judgment collection proceedings or the filing of a petition for bankruptcy, unless the purchase of the property is directly traceable to the liquidation or conversion of property that may be exempt and no additional property was transferred into or used to acquire the replacement property.

List tangible personal property purchased by the debtor less than 90 days preceding the filing of the bankruptcy petition:

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

DATE  **January  8, 2018**                          **/s/ Charles A. Key, Jr.**
                                                    **Charles A. Key, Jr.**
                                                    Debtor

**Fill in this information to identify the case:**

Debtor name   **Auto Supply Company, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **AC DELCO/GM** | Describe debtor's property that is subject to a lien | **$3,598,647.00** | **$13,171,305.00** |
|---|---|---|---|---|
| | Creditor's Name | **ALL PERSONAL PROPERTY** | | |
| | **6200 GRAND POINT DR.**<br>**MAIL CODE 485-303-713**<br>**GRAND BLANC, MI 48439** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☑ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.2 | **DELL** | Describe debtor's property that is subject to a lien | $23,472.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **COMPUTER EQUIPMENT** | | |
| | **DBC DELL BS CREDIT REV**<br>**ACCTR**<br>**1 DELL WAY**<br>**ROUND ROCK, TX 78864** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC** | | |
| | **www.dellcustomercare.com** | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Auto Supply Company, Inc.**                                    Case number (if know) _____
_____
Name

☐ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **FORD MOTOR COMPANY** | Describe debtor's property that is subject to a lien | $3,040,981.00 | $1,035,569.00 |

Creditor's Name

**Ford Customer Service
Division
Credit Department
P.O. Box 6220
Dearborn, MI 48121**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its
   priority.

**INVENTORY MOTORCRAFT ACCOUNTS
RECEIVABLE ONLY**

**Describe the lien**
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **WELLS FARGO BANK, NA** | Describe debtor's property that is subject to a lien | $9,006,684.00 | $13,171,305.00 |

Creditor's Name

**110 EAST BROWARD
BLVD
SUITE 1100
FORT LAUDERDALE, FL
33301**

Creditor's mailing address

**SUSAN.CARR@WELLSFA
RGO.COM**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its
   priority.

**ALL ASSETS OF DEBTOR**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **WELLS FARGO BANK, NA** | Describe debtor's property that is subject to a lien | $1,100,000.00 | $13,171,305.00 |

---

Debtor **Auto Supply Company, Inc.**                Case number (if know) _____
_____
Name

| | |
|---|---|
| Creditor's Name | **ALL ASSETS OF DEBTOR** |
| **110 EAST BROWARD BLVD SUITE 1100 FORT LAUDERDALE, FL 33301** | |
| Creditor's mailing address | **Describe the lien** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$16,769,784.00**

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ashley A. Edwards PARKER POE Three Wells Fargo Center 401 South Tryon Street, Suite 3000 Charlotte, NC 28202** | Line **2.4** | |
| **Duane M. Geck SEVERSON & WERSON One Embarcadero Center, Suite 2600 San Francisco, CA 94111** | Line **2.3** | |
| **Jeremy M. Downs GOLDBERG KOHN LTD 55 East Monroe Street Chicago, IL 60603-5792** | Line **2.4** | |
| **Lawrence A. Lichtman HONIGMAN MILLER SCHWARTZ AND COHN LLP 2290 First National Building 660 Woodward Avenue Detroit, MI 48226** | Line **2.1** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name  **Auto Supply Company, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**ABBOTT, MICHAEL D**<br>**0060 FRANKLIN RD**<br>**GERMANTON, NC 27019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $211.20 | $211.20 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**ABEE, RICKEY H**<br>**206 TOWNSEND ST SE**<br>**VALDESE, NC 28690** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $216.00 | $216.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    38209                    Best Case Bankruptcy

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,381.31 | $2,381.31 |
|---|---|---|---|---|

**ADAMS, DENNIS**
**5790 LITTLE OAK COURT**
**GRANITE FALLS, NC 28630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.76 | $203.76 |
|---|---|---|---|---|

**AIKEN, JOHN E**
**4182 SPIREA DRIVE**
**WILMINGTON, NC 28403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.69 | $42.69 |
|---|---|---|---|---|

**ALAMANCE COUNTY**
**124 WEST ELM STREET**
**GRAHAM, NC 27253-2802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**ALDERMAN, PHILLIP K**
**1124 VANNSTONE DR**
**RALEIGH, NC 27603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Auto Supply Company, Inc.**      Case number *(if known)* _____

Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**ALLRED JR, JERRY W**
**162 BRAMTON CT**
**WINSTON-SALEM, NC 27127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $919.00 | $919.00 |
|---|---|---|---|---|

**ALLRED, JERRY**
**301 BUD SINK RD**
**LEXINGTON, NC 27295**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,692.04 | $1,692.04 |
|---|---|---|---|---|

**ANDREW, KENNETH**
**240 WELLS AVENUE**
**WASHINGTON, NC 27889**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $884.26 | $884.26 |
|---|---|---|---|---|

**APPLE, ARTHUR J**
**4100 GRANBURY DR**
**GREENSBORO, NC 27405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **Auto Supply Company, Inc.**                                    Case number *(if known)*

Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $68.00 |
|---|---|---|---|---|

**ARENDALL, GARY**
**404 PARK BOULEVARD**
**WINSTON-SALEM, NC 27127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $874.20 | $874.20 |
|---|---|---|---|---|

**BALLREE, EMMETT F**
**789 EDEN DRIVE**
**SOUTHPORT, NC 28461**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,021.00 | $1,021.00 |
|---|---|---|---|---|

**BAREFOOT JR, HENRY S**
**100 RAND ROAD**
**RALEIGH, NC 27603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.25 | $223.25 |
|---|---|---|---|---|

**BARLOW, RICHARD R**
**130 WOODTREE LANE**
**WINSTON-SALEM, NC 27107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |
|---|---|---|---|---|

**BARNETTE, MICHAEL R**
**936 REEDY CREEK ROAD**
**LEXINGTON, NC 27295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.08 | $208.08 |
|---|---|---|---|---|

**BAUCOM, JOSEPH J**
**6531 GLENN TEAGUE ROAD**
**CHARLOTTE, NC 28216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $727.50 | $727.50 |
|---|---|---|---|---|

**BEAL, FORREST S**
**893 OLD US HWY 52 S**
**MT AIRY, NC 27030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,890.30 | $1,890.30 |
|---|---|---|---|---|

**BELL, BENJAMIN**
**905 WESTSIDE DR.**
**KERNERSVILLE, NC 27284**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Auto Supply Company, Inc.**　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| | | |
|---|---|---|
| **2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.19**  Priority creditor's name and mailing address

**BENSON, RONNIE D**
**804 FOREST DRIVE**
**GARNER, NC 27529**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00　　$240.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.20**  Priority creditor's name and mailing address

**BINGHAM, STEPHANIE H**
**931 FRED MILLER RD**
**LEXINGTON, NC 27292**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,039.36　　$1,039.36

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.21**  Priority creditor's name and mailing address

**BLACKMON, DEANGELO D**
**2654 DALLAS DR.**
**WINSTON-SALEM, NC 27107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,409.50　　$1,409.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.22**  Priority creditor's name and mailing address

**BLACKMON, DONALD C**
**4430 PARMELE RD**
**CASTLE HAYNE, NC 28409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$199.20　　$199.20

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**BOLICK, DONALD C**
**4370 LISA DRIVE**
**WINSTON-SALEM, NC 27103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.00 | $246.00 |
|---|---|---|---|---|

**BOND, JIMMIE W**
**4525 FOX ROAD**
**RALEIGH, NC 27616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |
|---|---|---|---|---|

**BOOZER, ZACHARY C**
**1478 COUNTRY MEADOW LANE**
**KERNERSVILLE, NC 27284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.20 | $235.20 |
|---|---|---|---|---|

**BOSTIC, LARRY J**
**1016 ZELL EATON ROAD**
**PINNACLE, NC 27043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Auto Supply Company, Inc.**                                Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00  $210.00 |

**2.27**

Priority creditor's name and mailing address
**BOWMAN JR, PHILIP L**
**6160 PINE HALL ROAD**
**WALNUT COVE, NC 27052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$210.00    $210.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28**

Priority creditor's name and mailing address
**BOYETTE, JOHN T**
**3537 APACHE DRIVE**
**RALEIGH, NC 27609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00    $810.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29**

Priority creditor's name and mailing address
**BRANCH JR, ROLAND D**
**1908 SAFFRON PLACE**
**WINSTON-SALEM, NC 27127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$211.20    $211.20

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30**

Priority creditor's name and mailing address
**BREWER, WALTER E**
**1510 ANDOVER AVENUE**
**GREENSBORO, NC 27405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$218.16    $218.16

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Auto Supply Company, Inc.**

Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 2.31 | Priority creditor's name and mailing address<br>**BROACH, REGINALD K**<br>**2618 SUMAC LANE**<br>**BURLINGTON, NC 27215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $209.76    $209.76 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.32 | Priority creditor's name and mailing address<br>**BROOME JR, ROBERT J**<br>**7554 LONG VALLEY DR**<br>**HARRISBURG, NC 28075** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $208.08    $208.08 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.33 | Priority creditor's name and mailing address<br>**BROWN, JOE B**<br>**1480 23RD ST SW**<br>**HICKORY, NC 28602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $210.00    $210.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.34 | Priority creditor's name and mailing address<br>**BROWN, RICHARD L**<br>**171 COUNTRY CIRCLE**<br>**ADVANCE, NC 27006** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,921.46    $3,921.46 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Auto Supply Company, Inc.**                    Case number (if known) _____

Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |

**BROWNING, HERMAN L**
**806 CYPRESS ST**
**GREENSBORO, NC 27405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |

**BRYANT, ALLEN R**
**3815 TILLMAN ROAD**
**CHARLOTTE, NC 28208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |

**BURKETT, JAMES M**
**6329 GRANBY ST**
**WILMINGTON, NC 28409**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,309.00 | $1,309.00 |

**BUTLER III, EUGENE**
**3428 CROSSWINDS ROAD**
**CHARLOTTE, NC 28227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.00 | $403.00 |
| | **BUTLER, TINA L** | Check all that apply. | | |
| | **5738 WALKER CHAPEL RD** | ☐ Contingent | | |
| | **MORGANTON, NC 28655** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,364.80 | $1,364.80 |
| | **BYERLY, JENNIFER B** | Check all that apply. | | |
| | **3966 HILLCREST CT** | ☐ Contingent | | |
| | **SOPHIA, NC 27350** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
| | **CALDWELL, CHRIS J** | Check all that apply. | | |
| | **327 S CHERRY ST** | ☐ Contingent | | |
| | **KERNERSVILLE, NC 27284** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.72 | $240.72 |
| | **CALDWELL, RICHARD** | Check all that apply. | | |
| | **5556 VIEWCOURT PARK** | ☐ Contingent | | |
| | **HICKORY, NC 28602** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Auto Supply Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |

**CANUP, THOMAS D**
**191 EAST THOMAS RD**
**THOMASVILLE, NC 27360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |

**CAPPS, WILLIAM**
**308 WICKER STREET**
**GIBSONVILLE, NC 27249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |

**CARLYLE, RICKY O**
**133G CHAUCER MANOR LANE**
**KERNERSVILLE, NC 27284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.36 | $225.36 |

**CARTLEDGE, RICHARD L**
**2127 MCKNIGHT MILL RD**
**GREENSBORO, NC 27405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Auto Supply Company, Inc.**

Name

Case number (if known) _____

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.21 | $148.21 |
|------|------|------|------|------|

**CATAWBA COUNTY TAX COLLEC**
**P.O. BOX 368**
**NEWTON, NC 28658-0368**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|------|------|------|------|------|

**CATES, DONALD R**
**120 PAGETOWN ROAD**
**ELON, NC 27244**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.96 | $780.96 |
|------|------|------|------|------|

**CATES, MICHAEL A**
**PO BOX 438**
**TOBACCOVILLE, NC 27050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,103.60 | $1,103.60 |
|------|------|------|------|------|

**CAUDILL, DANIEL**
**2680 GRIFFITH ROAD**
**WINSTON-SALEM, NC 27103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.75 | $78.75 |
|---|---|---|---|---|

**CHAPPELL, CYNTHIA C**
**6900 GUY-JOHNSON LANE**
**RALEIGH, NC 27603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,081.61 | $4,081.61 |
|---|---|---|---|---|

**CHAPPELL, EDWARD G**
**1503 MIRIAM AVENUE**
**GARNER, NC 27529**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.00 | $552.00 |
|---|---|---|---|---|

**CHEEK, DESMOND M**
**5700 CLOVIS RIDGE RD**
**WAKE FOREST, NC 27587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,718.21 | $1,718.21 |
|---|---|---|---|---|

**CHILDERS, JEROMY S**
**212 CATES AVE**
**BURLINGTON, NC 27215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Auto Supply Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**CHINNIS JR, ROBERT C**
**100 NEUSE BEND RD**
**SMITHFIELD, NC 27577**

As of the petition filing date, the claim is: **$924.70**  **$924.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$43.97** | **$43.97** |
|---|---|---|---|---|

**CITY OF BURLINGTON**
**P O BOX 1358**
**BURLINGTON, NC 27216-1358**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$58.98** | **$58.98** |
|---|---|---|---|---|

**CITY OF MOUNT AIRY**
**P.O. BOX 1725**
**MOUNT AIRY, NC**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,573.85** | **$1,573.85** |
|---|---|---|---|---|

**CLODFELTER, KELLY S**
**101 OAK FOREST LANE**
**TRINITY, NC 27370**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.20 | $187.20 |
|---|---|---|---|---|

**CLOUD, WALTER J**
**120 MYRTLE DRIVE**
**MT AIRY, NC 27030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,344.40 | $1,344.40 |
|---|---|---|---|---|

**COATES, RANDY L**
**5711 ARROWOOD LANE**
**RALEIGH, NC 27606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,043.50 | $1,043.50 |
|---|---|---|---|---|

**COOK, STACEY D**
**1377 NC 86-S**
**PO BOX 146**
**PROSPECT HILL, NC 27314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $347.60 | $347.60 |
|---|---|---|---|---|

**COOKE, SHANNON H**
**4309 FORESTWOOD DRIVE**
**GREENSBORO, NC 27405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

Debtor **Auto Supply Company, Inc.**                                      Case number (if known) _____

Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.20 | $235.20 |
|---|---|---|---|---|

**COOPER, DANNY C**
**664 S. FAYETTEVILLE ST**
**LIBERTY, NC 27298**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.75 | $832.75 |
|---|---|---|---|---|

**CORDER, RODERICK G**
**3837 MAMIE MAY RD**
**FRANKLINVILLE, NC 27248**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.64 | $254.64 |
|---|---|---|---|---|

**CORNELISON, HOYLE**
**429 ALDRIDGE ROAD**
**ARCHDALE, NC 27263**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**COUCH, TERRY M**
**182 MAJOR ROAD**
**ADVANCE, NC 27006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,022.40 | $1,022.40 |
| | **CREED, BEVERLY** | Check all that apply. | | |
| | **7816 CW MOBILE PARK DRIVE** | ☐ Contingent | | |
| | **EAST BEND, NC 27018** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,063.30 | $1,063.30 |
| | **CREWS, MICHAEL T** | Check all that apply. | | |
| | **951 RIDINGS RD** | ☐ Contingent | | |
| | **LEWISVILLE, NC 27023** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.20 | $211.20 |
| | **CROWLEY, TIMOTHY J** | Check all that apply. | | |
| | **111 SALEM PL CRT** | ☐ Contingent | | |
| | **CLEMMONS, NC 27012** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.48 | $228.48 |
| | **DARNELL, DOUGLAS** | Check all that apply. | | |
| | **7831 BEATTIES FORD RD** | ☐ Contingent | | |
| | **CHARLOTTE, NC 28216** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Debtor  **Auto Supply Company, Inc.**                          Case number (if known)
        Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,059.00 | $1,059.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**DAVIS, MARSHALL L**
**8401 OLD STAGE ROAD**
**RALEIGH, NC 27603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**DAVIS, ROMERA S**
**188 RIDGEWAY LANE**
**CLAYTON, NC 27520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.50 | $387.50 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**DELP, JESSICA R**
**912 PILOT POWER DAM RD**
**PILOT MTN., NC 27041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.04 | $251.04 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**DENTON, FRANK**
**213 VFW ROAD**
**MORGANTON, NC 28655**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

Debtor    **Auto Supply Company, Inc.**

Name

Case number (if known)

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.80 | $244.80 |
|---|---|---|---|---|

**DEVLIN, MARK S**
**129 CARRIAGE HOUSE TRL**
**GARNER, NC 27529**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,399.10 | $1,399.10 |
|---|---|---|---|---|

**DIBLER, DENNIS S**
**3306 WATSON CHURCH RD**
**MONROE, NC 28110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |
|---|---|---|---|---|

**DONAHUE, THOMAS D**
**3413 BETHEL RD**
**WILMINGTON, NC 28409**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**DUCKETT, STEPHEN B**
**1711 LONG PAW LANE**
**CHARLOTTE, NC 28214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Auto Supply Company, Inc.**                          Case number (if known)
Name

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**DURHAM, DAVID M**
**6029 WALKING STICK TRAIL**
**RALEIGH, NC 27603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,287.28 | $1,287.28 |
|---|---|---|---|---|

**EATON, STEVE M**
**138 EATON ROAD**
**MT. AIRY, NC 27030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,010.50 | $1,010.50 |
|---|---|---|---|---|

**FERGUSON, BLAKE P**
**117 STAFFORD ANNEX**
**KERNERSVILLE, NC 27284**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,418.31 | $2,418.31 |
|---|---|---|---|---|

**FORREST JR, OLLIE**
**100 EMORY DRIVE**
**GREENSBORO, NC 27406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Auto Supply Company, Inc.**
_____    Case number (if known) _____
              Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,428.60 | $7,428.60 |

**FORSYTH COUNTY TAX**
**201 NORTH CHESTNUT STREET**
**WINSTON-SALEM, NC 27101**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $802.00 | $802.00 |

**FORTUNE, JOSHUA D**
**141 ROCKHAVEN DR**
**KING, NC 27021**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,120.97 | $1,120.97 |

**FOX, DAVID**
**1930 20TH AVE DR NE**
**APT 31**
**HICKORY, NC 28601**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.76 | $209.76 |

**FRANCIS, WILLIAM T**
**2918 PARK AVE**
**WILMINGTON, NC 28403**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |
|---|---|---|---|---|

**FRANKLIN, PHILLIP R**
**4841 DORSET RD**
**WINSTON-SALEM, NC 27127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**FRIZSELL, CLARENCE Y**
**1536 10TH ST PL NW**
**HICKORY, NC 28601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**FRYE, AVERY**
**3460 DAY ROAD**
**WALKERTOWN, NC 27051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.80 | $220.80 |
|---|---|---|---|---|

**FULP, BYRON D**
**PO BOX 412**
**WALKERTOWN, NC 27051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **Auto Supply Company, Inc.**
       Name
Case number *(if known)* _____

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**GAINEY, STEPHEN**
**5795 GAYRAY ST**
**CLEMMONS, NC 27012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.00 | $310.00 |
|---|---|---|---|---|

**GILBERT, ROBERT W**
**186 LITTLE BIT LANE**
**PILOT MT., NC 27041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,031.50 | $1,031.50 |
|---|---|---|---|---|

**GLENN, JEFFREY**
**P.O.BOX 4661**
**WINSTON-SALEM, NC 27115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.76 | $197.76 |
|---|---|---|---|---|

**GOLDMAN, JACK**
**1608 - 3 WILLOUGHBY PARK**
**COURT**
**WILMINGTON, NC 28412**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.95** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$937.00** | **$937.00**

**GRAY, MILLARD W**
**137 BRADFORD CIRCLE**
**CLAYTON, NC 27527**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$798.58** | **$798.58**

**GRIGGS, WILLIAM**
**3224 MAIN STREET**
**WINSTON-SALEM, NC 27127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,066.70** | **$2,066.70**

**GRIMES, TAMMY**
**3909 NORTH MAIN STREET**
**HIGH POINT, NC 27265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$328.43** | **$328.43**

**GUILFORD COUNTY TAX DEPT.**
**PO BOX 71072**
**CHARLOTTE, NC 28272-1072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Auto Supply Company, Inc.**                                Case number *(if known)*
_____
Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.08 | $208.08 |
|---|---|---|---|---|

**GUTHRIE, DOUGLAS**
**12117 FROGS LEAP CT**
**CHARLOTTE, NC 28277**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,813.60 | $1,813.60 |
|---|---|---|---|---|

**HAILE, SANDRA**
**P.O. BOX 101**
**GERMANTON, NC 27019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $797.37 | $797.37 |
|---|---|---|---|---|

**HALEY, RICHARD S**
**114 MAVERICK TRAIL**
**KING, NC 27021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.20 | $199.20 |
|---|---|---|---|---|

**HALL, KENNETH J**
**102 DANIEL RD**
**ROCKY POINT, NC 28457**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |
| | **HAMMER, THOMAS C** | *Check all that apply.* | | |
| | **2511 1/2 CAMPBELL ST** | ☐ Contingent | | |
| | **GREENSBORO, NC 27405** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,227.24 | $1,227.24 |
| | **HAMMOCK, DENNIS** | *Check all that apply.* | | |
| | **5038 FRIENDSHIP CIRCLE RD** | ☐ Contingent | | |
| | **EAST BEND, NC 27018** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.22 | $1,200.22 |
| | **HANSEN, BRAD C** | *Check all that apply.* | | |
| | **310 EAST D STREET** | ☐ Contingent | | |
| | **ERWIN, NC 28339** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | $154.00 |
| | **HARDEN, D JAMES** | *Check all that apply.* | | |
| | **1863 TURNER RD Lot 41** | ☐ Contingent | | |
| | **MEBANE, NC 27302** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Auto Supply Company, Inc.**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **2.107** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **HARRIS, DENISE L**<br>**107 JOSIE LANE**<br>**KING, NC 27021** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Claim amounts: **$2,026.75**    **$2,026.75**

| | | |
|---|---|---|
| **2.108** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **HART, AMANDA E**<br>**PO BOX 1192**<br>**LELAND, NC 28451** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Claim amounts: **$199.20**    **$199.20**

| | | |
|---|---|---|
| **2.109** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **HAWES, ALBERT**<br>**4375-101 BIRCHWOOD DR**<br>**WILMINGTON, NC 28405** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Claim amounts: **$204.00**    **$204.00**

| | | |
|---|---|---|
| **2.110** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **HAYES, TAYLOR I**<br>**4016 EASTSIDE CT**<br>**WINSTON-SALEM, NC 27127** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Claim amounts: **$727.24**    **$727.24**

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $228.00 | $228.00 |
|---|---|---|---|---|

**HEATH, CHARLES L**
**1112 FAIRWAY VILLAS DR**
**WAKE FOREST, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $252.00 | $252.00 |
|---|---|---|---|---|

**HEATH, SPENCER**
**362 LYNNHAVEN PARK DR**
**WINSTON-SALEM, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,085.93 | $1,085.93 |
|---|---|---|---|---|

**HEDRICK, EDWARD D**
**102 HINKLE ST**
**THOMASVILLE, NC 27360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $238.32 | $238.32 |
|---|---|---|---|---|

**HELTON, RICHARD**
**2487 TWINBROOK ROAD**
**HICKORY, NC 28602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Auto Supply Company, Inc.** | | Case number *(if known)* | |
|--------|---------------------------|--|--------------------------|--|
| | Name | | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,079.18 | $1,079.18 |
|-------|----------------------------------------------|--------------------------------------------------------------------|-----------|-----------|

**HINSON, GRACE**
**4813 SINCLAIR DR**
**RALEIGH, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,005.50 | $2,005.50 |
|-------|----------------------------------------------|--------------------------------------------------------------------|-----------|-----------|

**HOLLOWAY, ANTHONY J**
**8622 BUTTERFIELD CT**
**HARRISBURG, NC 28075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,788.15 | $1,788.15 |
|-------|----------------------------------------------|--------------------------------------------------------------------|-----------|-----------|

**HOOD, MARK P**
**2533 SANDERS ROAD**
**WILLOW SPRING, NC 27592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,004.00 | $1,004.00 |
|-------|----------------------------------------------|--------------------------------------------------------------------|-----------|-----------|

**HOOTON, KEVIN**
**6312 STEARMAN COURT**
**WILMINGTON, NC 28409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.20 | $211.20 |
|---|---|---|---|---|

**HOWELL, RANDALL G**
**1296 MEADOWLARK RD**
**WALNUT COVE, NC 27052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                   Basis for the claim:

Last 4 digits of account number                   Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)           ☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.20 | $217.20 |
|---|---|---|---|---|

**HUMPHRIES, JAMES K**
**6241 BLUE BONNET LANE**
**WINSTON-SALEM, NC 27103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                   Basis for the claim:

Last 4 digits of account number                   Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)           ☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.80 | $244.80 |
|---|---|---|---|---|

**HURT, DANIEL W**
**2125 DARTMOUTH GLEN DR**
**GARNER, NC 27529**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                   Basis for the claim:

Last 4 digits of account number                   Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)           ☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**HUTCHENS, HARRISON W**
**4510 RIVER RIDGE ROAD**
**PFAFFTOWN, NC 27040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                   Basis for the claim:

Last 4 digits of account number                   Is the claim subject to offset?
Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)           ☐ Yes

Debtor  **Auto Supply Company, Inc.**                                       Case number (if known) _____
_____
Name

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $884.60 | $884.60 |
|---|---|---|---|---|

**HUTCHENS, JONATHAN B**
**305 D SAVANNAH PLACE**
**KING, NC 27021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,146.84 | $1,146.84 |
|---|---|---|---|---|

**INMAN, MICHAEL T**
**110 SAPPHIRE LANE**
**PILOT MTN, NC 27041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**PHILADELPHIA, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |
|---|---|---|---|---|

**ISAAC, CHARLES E**
**122 JONES CHAPEL RD**
**MT AIRY, NC 27030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**ISLEY, THOMAS**
**1174 RUFF LEONARD RD**
**LEXINGTON, NC 27295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.00 | $370.00 |
|---|---|---|---|---|

**JAMES, WILLIAM**
**1021 BEESONS FIELD DR**
**KERNERSVILLE, NC 27284**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.96 | $210.96 |
|---|---|---|---|---|

**JOHNSON, CLAUDE R**
**3509 NORMANDY RD**
**GREENSBORO, NC 27408**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.84 | $243.84 |
|---|---|---|---|---|

**JOHNSON, LINVILLE C**
**136 HASTY HILL RD**
**THOMASVILLE, NC 27360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Auto Supply Company, Inc.**      Case number *(if known)*

Name

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,221.03 | $1,221.03 |
|---|---|---|---|---|

**JOHNSON, MICHAEL C**
**1311 VALLEY ROAD**
**GARNER, NC 27529**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.64 | $236.64 |
|---|---|---|---|---|

**JONES, LARRY D**
**5121 SYLVAN TRAIL**
**TRINITY, NC 27370**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.52 | $215.52 |
|---|---|---|---|---|

**JORDAN, BRUCE A**
**1660 MACHINE SHOP RD**
**HICKORY, NC 28602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,641.95 | $2,641.95 |
|---|---|---|---|---|

**JOYCE, RANDY**
**161 GUINESS LANE**
**MT. AIRY, NC 27030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Debtor **Auto Supply Company, Inc.**                                    Case number (if known)

Name

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,880.48 | $5,880.48 |
|---|---|---|---|---|

**KAPP, KARL**
**286 ST. JAMES DR**
**WINSTON-SALEM, NC 27107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**KASSA, DAWN T**
**601 NOVEMBER ST**
**GARNER, NC 27529**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.24 | $210.24 |
|---|---|---|---|---|

**KEITHLEY, DENNIS E**
**625 PARKLAND CT**
**WINSTON-SALEM, NC 27127**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.76 | $197.76 |
|---|---|---|---|---|

**KELLY JR, HAYWOOD N**
**24 PINECREST PKWY**
**WILMINGTON, NC 28401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor     **Auto Supply Company, Inc.**                              Case number (if known)
           Name

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.92 | $211.92 |
|---|---|---|---|---|

**KENNEY, DANIEL W**
**1519 VILLAGE DR. APT 1**
**WILMINGTON, NC 28401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | | $5,873.66 | $5,873.66 |
|---|---|---|---|---|

**KEY JR, CHARLES**
**197 HAYWOOD DRIVE**
**ADVANCE, NC 27006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | | $1,288.94 | $1,288.94 |
|---|---|---|---|---|

**KEY, C. ANDREW**
**322 HANOVER ARMS CT**
**WINSTON-SALEM, NC 27104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | | $234.00 | $234.00 |
|---|---|---|---|---|

**KING, WADE**
**563 ALSPAUGH DR**
**WINSTON-SALEM, NC 27105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Auto Supply Company, Inc.**                                   Case number *(if known)*
_____
          Name

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,780.46 | $2,780.46 |
|-------|---|---|---|---|

**KRESS, MICHAEL**
**1411 N SHORE DRIVE**
**SOUTHPORT, NC 28461**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |
|-------|---|---|---|---|

**LANIER, BARRY L**
**2945 KECOUGHTAN RD**
**PFAFFTOWN, NC 27040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.76 | $197.76 |
|-------|---|---|---|---|

**LEACH, ROGER R**
**4127 CHANDLER DR**
**WILMINGTON, NC 28405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|-------|---|---|---|---|

**LEE, MARY K**
**106 SOMMERSET DRIVE**
**CLAYTON, NC 27520**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Auto Supply Company, Inc.**                                Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.147 | Priority creditor's name and mailing address<br>**LEFTWICH, CHARLES A**<br>**49 GRISSINGER CT**<br>**GARNER, NC 27529** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $551.75 | $551.75 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.148 | Priority creditor's name and mailing address<br>**LEGGINS, JOHNNY W**<br>**1736 MCCOMBS ST**<br>**NEWTON, NC 28658** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $208.80 | $208.80 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.149 | Priority creditor's name and mailing address<br>**LEMON, TIMOTHY M**<br>**913 APPLOOSA TRAIL**<br>**KERNERSVILLE, NC 27284** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $216.00 | $216.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.150 | Priority creditor's name and mailing address<br>**LEMONDS, JERRY**<br>**2015 WOODTOP COURT**<br>**CHARLOTTE, NC 28214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $232.56 | $232.56 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Auto Supply Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 2.151 | Priority creditor's name and mailing address<br>**LEMONS, KELBY L**<br>**213 WHISPERING CREEK RD**<br>**KING, NC 27021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 — $500.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.152 | Priority creditor's name and mailing address<br>**LINDSAY, WILLIAM H**<br>**1005 HADLEY MEADOWS DR**<br>**RALEIGH, NC 27603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $228.00 — $228.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.153 | Priority creditor's name and mailing address<br>**LONG, JAMES H**<br>**237 RASCOE-DAMERON RD**<br>**BURLINGTON, NC 27217** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $214.32 — $214.32 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.154 | Priority creditor's name and mailing address<br>**LOWE, DILLON R**<br>**4765 COOPER ROAD**<br>**CLEMMONS, NC 27012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $222.00 — $222.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor   **Auto Supply Company, Inc.**                                            Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |

| 2.155 | Priority creditor's name and mailing address<br>**LUNSFORD, ROBERT E**<br>**3551 FRYE BRIDGE ROAD**<br>**CLEMMONS, NC 27012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $204.00 | $204.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.156 | Priority creditor's name and mailing address<br>**MADONNA JR, JOHN**<br>**9125 SAULS RD**<br>**RALEIGH, NC 27603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $228.72 | $228.72 |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.157 | Priority creditor's name and mailing address<br>**MANNARINO, DONALD**<br>**320 LAMESHUR LANE**<br>**MONROE, NC 28110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,266.00 | $1,266.00 |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.158 | Priority creditor's name and mailing address<br>**MARCOM, GLENWOOD R**<br>**217 FERN FOREST DR**<br>**RALEIGH, NC 27603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $234.00 | $234.00 |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Auto Supply Company, Inc.**                                 Case number *(if known)*
_____
Name

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,536.44 | $1,536.44 |
|---|---|---|---|---|

2.159   Priority creditor's name and mailing address

**MARKLE, DEBORAH I**
**4020-C WHIRLAWAY COURT**
**CLEMMONS, NC 27012**

As of the petition filing date, the claim is: $1,536.44   $1,536.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.160   Priority creditor's name and mailing address

**MARSHALL, JANIE LYNN**
**6400 LAKE WHEELER ROAD**
**RALEIGH, NC 27603**

As of the petition filing date, the claim is: $596.00   $596.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.161   Priority creditor's name and mailing address

**MARSHALL, JOHNNY S**
**385 WILL JOHNSON RD**
**THOMASVILLE, NC 27360**

As of the petition filing date, the claim is: $2,183.00   $2,183.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.162   Priority creditor's name and mailing address

**MATHERLY, JASON**
**203 N. INMAN AVE**
**BESSEMER CITY, NC 28016**

As of the petition filing date, the claim is: $1,192.82   $1,192.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Auto Supply Company, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.163 | Priority creditor's name and mailing address<br>**MATHIS, CHARLES E**<br>**326 STONE POST RD**<br>**CHARLOTTE, NC 28217** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $207.60    $207.60 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.164 | Priority creditor's name and mailing address<br>**MCALLISTER, GREGORY**<br>**1025 CHEEK FARM ROAD**<br>**WALNUT COVE, NC 27052** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $901.54    $901.54 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.165 | Priority creditor's name and mailing address<br>**MCCALL, CHARLES F**<br>**412 HAMILTON STREET**<br>**BURLINGTON, NC 27217** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $210.24    $210.24 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.166 | Priority creditor's name and mailing address<br>**MCCLAMROCH, JOHN**<br>**169 N SUNSET RIDGE DR**<br>**WILLOW SPRING, NC 27592** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,982.61    $1,982.61 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**MCCLENNY, CLARENCE**
**8016 FOXWOOD DR**
**RALEIGH, NC 27615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.04 | $221.04 |
|---|---|---|---|---|

**MCCUMMINGS, DONALD**
**4737 SUDSBEE LANE**
**WALKERTOWN, NC 27051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.52 | $215.52 |
|---|---|---|---|---|

**MCGHINNIS, PAUL D**
**1572 DAKOTA DRIVE**
**HUDSON, NC 28638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.78 | $694.78 |
|---|---|---|---|---|

**MCLAMB, PHILLIP P**
**2597 WHITE MEMORIAL CHIRCH**
**RD**
**WILOW SPRING, NC 27592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Auto Supply Company, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **2.171** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $198.00 |

**2.171** | Priority creditor's name and mailing address
**MCLENDON II, CHARLIE R**
**109 PALMETTO CT**
**GRAHAM, NC 27253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$198.00     $198.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.172** | Priority creditor's name and mailing address
**MCNEIL, KENNETH C**
**1903 AUTUMN**
**GREENSBORO, NC 27405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$729.68     $729.68

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.173** | Priority creditor's name and mailing address
**MEACHAM, MICHAEL K**
**309 FREEMONT COURT**
**GIBSONVILLE, NC 27249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$211.44     $211.44

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.174** | Priority creditor's name and mailing address
**MECKLENBURG COUNTY TAX**
**P.O. BOX 71063**
**CHARLOTTE, NC 28272-1063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$875.92     $875.92

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Auto Supply Company, Inc.**                                     Case number *(if known)*

Name

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,287.60 | $1,287.60 |

**MELAGA, WILLIAM**
**849 RADAR ROAD**
**ARARAT, NC 27007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $977.00 | $977.00 |

**MENA RODRIGUEZ, MICHAEL B**
**322 W ELM ST**
**GRAHAM, NC 27253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,856.52 | $2,856.52 |

**METCALF, CLIFTON A**
**4524 BRASSFIELD DR**
**WINSTON-SALEM, NC 27105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.32 | $220.32 |

**MILLER, DONALD C**
**2417 PARK LANE**
**CHARLOTTE, NC 28214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **Auto Supply Company, Inc.**                                Case number (if known) _____
        Name

| | | | |
|---|---|---|---|
| 2.179 | Priority creditor's name and mailing address<br>**MILLER, KEITH**<br>**205 BLUEGRASS DR**<br>**WARRENTON, NC 27589** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,784.04   $1,784.04 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.180 | Priority creditor's name and mailing address<br>**MITCHELL JR, ROY H**<br>**121 OLD MURPHY ROAD**<br>**ZEBULON, NC 27597** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,451.26   $1,451.26 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.181 | Priority creditor's name and mailing address<br>**MOORE, WILLIAM**<br>**1724 BUTLER STREET**<br>**WINSTON-SALEM, NC 27107** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $226.56   $226.56 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.182 | Priority creditor's name and mailing address<br>**MORRO, PAUL M**<br>**11805 EDGEWATER CT**<br>**RALEIGH, NC 27614** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,526.93   $1,526.93 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor    **Auto Supply Company, Inc.**
_____    Case number (if known) _____
Name

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**MOSES JR, MITCHELL**
**1432 FONTANA AVE**
**CHARLOTTE, NC 28206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,659.80 | $1,659.80 |
|---|---|---|---|---|

**MOUSER, CAROLYN E**
**2507 CAUDLE STREET**
**GERMANTON, NC 27019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $811.00 | $811.00 |
|---|---|---|---|---|

**MUNDY, MICHAEL A**
**1939 EAST 3RD ST**
**WINSTON-SALEM, NC 27101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**MURPHY JR, ALBERT S**
**4364 MORNINGSIDE DR**
**WINSTON-SALEM, NC 27106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Auto Supply Company, Inc.**                Case number (if known) _____
       Name

| | | | |
|---|---|---|---|
| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00    $204.00 |

**NEAL, ROBERT W**
**6360 MILL SPRING LANE**
**BELEWS CREEK, NC 27009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.12    $201.12 |
|---|---|---|---|

**NELSON, KENNETH D**
**230 TANBRIDGE ROAD**
**WILMINGTON, NC 28405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.20    $259.20 |
|---|---|---|---|

**NELSON, MICHAEL L**
**1454 PACK ROAD**
**WALNUT COVE, NC 27052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.40    $278.40 |
|---|---|---|---|

**NEVILLE, RONNIE Y**
**123 BERRINGER LANE**
**GARNER, NC 27529**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor **Auto Supply Company, Inc.**
_____
Name

Case number (if known) _____

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.23 | $28.23 |
|---|---|---|---|---|

**NEW HANOVER CO TAX OFFICE**
**P.O. BOX 580070**
**CHARLOTTE, NC 28258-0070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**NIELSEN, DALE W**
**3647 MAYAPPLE COURT**
**WAKE FOREST, NC 27587**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**NOAH, STEVE N**
**102 EVA CIR**
**GARNER, NC 27529**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**NORRIS, KENNETH T**
**6128 LAKE WHEELER RD**
**RALEIGH, NC 27603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.195

Priority creditor's name and mailing address
**NORTH CAROLINA DEPARTMENT OF REVENUE**
**BANKRUPTCY UNIT**
**PO BOX 1168**
**RALEIGH, NC 27602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.196

Priority creditor's name and mailing address
**O'BRIEN, CONSTANCE A**
**500 PRESSLER STREET**
**WAKE FOREST, NC 27587**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$228.00   $228.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.197

Priority creditor's name and mailing address
**OSBORNE, JOHN**
**6505 COLTRANE MILL RD**
**GREENSBORO, NC 27406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$262.32   $262.32

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.198

Priority creditor's name and mailing address
**PARKER II, HAROLD**
**226 GREENTREE ROAD**
**THOMASVILLE, NC 27360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,243.15   $2,243.15

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Auto Supply Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $204.00 | $204.00 |

**PARKS, JERRY W**
**2418 N CHURCH STREET**
**BURLINGTON, NC 27217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $288.00 | $288.00 |

**PERRY, TERRY J**
**13725 LABARON DRIVE**
**WILLOW SPRING, NC 27592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $216.00 | $216.00 |

**PHILLIPS, CHARLES B**
**10515 FOX DEN TRL**
**CHARLOTTE, NC 28214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $222.48 | $222.48 |

**POOLE, THOMAS E**
**410 WINDEMERE ROAD**
**WILMINGTON, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Auto Supply Company, Inc.**                              Case number (if known) _____

Name

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.76 | $209.76 |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $209.76 | $209.76 |
|---|---|---|---|---|
| | **PORTER, DAVID L**<br>**1350 SPRINGDALE DRIVE**<br>**BURLINGTON, NC 27215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.204 | Priority creditor's name and mailing address<br>**RABON, JIMMY L**<br>**940 WEST COOKSEY DR**<br>**THOMASVILLE, NC 27360** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $216.00 | $216.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.205 | Priority creditor's name and mailing address<br>**REDDICK, KEVIN**<br>**7075 TURNPIKE RD**<br>**ARCHDALE, NC 27263** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,067.42 | $2,067.42 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.206 | Priority creditor's name and mailing address<br>**REYNOLDS, NEWELL**<br>**4724 WHITE ROCK ROAD**<br>**WINSTON-SALEM, NC 27105** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,175.80 | $1,175.80 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Auto Supply Company, Inc.**
Name

Case number (if known)

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,324.80 | $1,324.80 |

**RILEY, HEATHER**
**2703 RAINS DRIVE**
**HAW RIVER, NC 27258**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |

**ROBERTSON, HARRY P**
**410 MATHER COURT**
**GARNER, NC 27529**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,737.28 | $1,737.28 |

**ROGERS, CHRISTOPHER**
**1769 SANDY CROSS RD**
**BURLINGTON, NC 27217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.84 | $213.84 |

**ROSS, WILLIAM L**
**1404 BEAR MOUNTAIN RD**
**CHARLOTTE, NC 28214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Auto Supply Company, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |

**RUMFELT, GEORGE M**
**324 MELLON ROAD**
**BELMONT, NC 28012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |

**RYAN, JAMES J**
**7250 LALANDA DRIVE**
**LEWISVILLE, NC 27027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.64 | $254.64 |

**SAINTSING, ARCHIE**
**936 SCENIC WAY**
**THOMASVILLE, NC 27360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.20 | $211.20 |

**SAPP, JAMES G**
**200 PRESLEY DR**
**WINSTON-SALEM, NC 27107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Auto Supply Company, Inc.**
Name

Case number (if known) _____

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,156.00 | $1,156.00 |
|---|---|---|---|---|

**SCHAEFER II, JOHN**
**279 DEER TRACK DR**
**BURGAW, NC 28425**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.00 | $234.00 |
|---|---|---|---|---|

**SECRIST, JAMES**
**420 IDLEBROOK DRIVE**
**KERNERSVILLE, NC 27284**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**SEWARD, WILLIAM B**
**2421 WICHITA PL**
**GREENSBORO, NC 27405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.96 | $210.96 |
|---|---|---|---|---|

**SHEPHERD, BARRY T**
**7502 SOMERSBY DR**
**SUMMERFIELD, NC 27358**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.73 | $619.73 |
|---|---|---|---|---|

**SHERRILL, AMANDA M**
**7417 HAZELSTONE LANE**
**LELAND, NC 28451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,240.80 | $1,240.80 |
|---|---|---|---|---|

**SINK, BRADLEY**
**185 WORKMAN RD**
**SNOW CAMP, NC 27349**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,466.96 | $1,466.96 |
|---|---|---|---|---|

**SIPE, GARRY**
**2905 SPENCERS GROVE**
**BROWN SUMMIT, NC 27214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,589.00 | $1,589.00 |
|---|---|---|---|---|

**SLIMM, WILLIAM**
**5392 KINGSWELL DRIVE**
**WINSTON-SALEM, NC 27106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Auto Supply Company, Inc.**                                    Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 $204.00 |

2.223 | Priority creditor's name and mailing address

**SLOAN, JOSEPH P**
**3412 GREYWOOD DRIVE**
**RALEIGH, NC 27604**

As of the petition filing date, the claim is: **$204.00**    **$204.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.224 | Priority creditor's name and mailing address

**SMITH, DANNY J**
**105 PINEBURR AVE SE**
**VALDESE, NC 28690**

As of the petition filing date, the claim is: **$2,096.85**    **$2,096.85**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.225 | Priority creditor's name and mailing address

**SMITH, DAVID**
**1806 OLD HOLLOW ROAD**
**WALKERTOWN, NC 27051**

As of the petition filing date, the claim is: **$2,094.74**    **$2,094.74**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.226 | Priority creditor's name and mailing address

**SMITH, GEORGE E**
**961 PILOT CHURCH ROAD**
**PINNACLE, NC 27043**

As of the petition filing date, the claim is: **$182.64**    **$182.64**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.227** | Priority creditor's name and mailing address
**SMITH, JIMMY M**
**2619 ICARD RHODHISS RD**
**CONNELLY SPRINGS, NC 28612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$216.00        $216.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address
**SNOW, TIMOTHY J**
**259 GLORIA DR**
**MOUNT AIRY, NC 27030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$186.00        $186.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address
**SPERBER, STEFFNY**
**4095 OLD HOLLOW RD**
**KERNERSVILLE, NC 27284**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,672.84        $1,672.84

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address
**SPIVEY, WILLIAM A**
**5305 KIRKWOOD CT**
**RALEIGH, NC 27609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$891.00        $891.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Auto Supply Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.231 | Priority creditor's name and mailing address<br>**STEELE JR, EDDIE K**<br>**4915 LONGBURN LANE**<br>**KERNERSVILLE, NC 27284** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

$210.24  $210.24

| | | |
|---|---|---|
| 2.232 | Priority creditor's name and mailing address<br>**STEIL, WILLIAM J**<br>**1817 MACO RD**<br>**LELAND, NC 28451** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

$1,079.00  $1,079.00

| | | |
|---|---|---|
| 2.233 | Priority creditor's name and mailing address<br>**STEVENS, BERNIE R**<br>**244 RYAN ROAD**<br>**MT AIRY, NC 27030** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

$183.60  $183.60

| | | |
|---|---|---|
| 2.234 | Priority creditor's name and mailing address<br>**STEVENS, THOMAS W**<br>**974 WOODVILLE ROAD**<br>**MT AIRY, NC 27030** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred
_____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

$561.65  $561.65

Debtor  **Auto Supply Company, Inc.**                              Case number (if known)
_____
Name

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,561.50 | $2,561.50 |

**SUITS, TIMOTHY**
**6527 CEDARBERRY ROAD**
**TRINITY, NC 27370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $25.46 | $25.46 |

**SURRY COUNTY TAX COLLECT.**
**P O BOX 576**
**DOBSON, NC 27017-0576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $224.16 | $224.16 |

**SWAFFORD, JOE**
**3257 10TH AVE NE**
**CONOVER, NC 28613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $234.00 | $234.00 |

**TART, CARL RANDOLPH**
**3105 BARBER MILL ROAD**
**CLAYTON, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,166.44** | **$1,166.44** |
|---|---|---|---|---|
| | **TASISTA, MICHAEL**<br>**139 S. GORDON DRIVE**<br>**WINSTON-SALEM, NC 27104** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$228.00** | **$228.00** |
|---|---|---|---|---|
| | **TAYLOR, RONNY**<br>**1008 JAPONICA LANE**<br>**GREENSBORO, NC 27410** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$824.00** | **$824.00** |
|---|---|---|---|---|
| | **TAYLOR, WHITNEY L**<br>**1545 TAYLOR ROAD**<br>**EAST BEND, NC 27018** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$215.52** | **$215.52** |
|---|---|---|---|---|
| | **TEAGUE, GARY D**<br>**36 PAR DRIVE**<br>**GRANITE FALLS, NC 28630** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.48 | $222.48 |
|---|---|---|---|---|

**THOMAS, JAMES**
**7017 SPLITROCK LANE**
**CHARLOTTE, NC 28214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |
|---|---|---|---|---|

**THOMPSON, DOUGLAS F**
**912 PINEY GROVE RD**
**LOT 51-A**
**KERNERSVILLE, NC 27284**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.69 | $520.69 |
|---|---|---|---|---|

**THOMPSON, RICHARD R**
**6813 MCLEANSVILLE RD**
**MCLEANSVILLE, NC 27301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**THORNTON JR, BILLIE T**
**20 SANDERS RD**
**BENSON, NC 27504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
| | Name | | |

---

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.28 | $401.28 |

**THORNTON, NORWOD**
**1606 BRIDGEPORT TERRACE**
**HIGH POINT, NC 27265**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,471.00 | $1,471.00 |

**THORNTON, TRACY S**
**200 HILLINGTON ROAD**
**GARNER, NC 27529**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,101.89 | $4,101.89 |

**TOPPS, DONALD A**
**99 MAPLEWOOD DRIVE**
**KNIGHTDALE, NC 27545**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 | $76.00 |

**TOWN OF KERNERSVILLE**
**FINANCE DEPARTMENT**
**P. O. DRAWER 728**
**KERNERSVILLE, NC 27284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Auto Supply Company, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.251 | Priority creditor's name and mailing address<br>**TYSINGER, JOE D**<br>**116 VIRGINIA DRIVE**<br>**THOMASVILLE, NC 27360** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$210.24     $210.24

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.252 | Priority creditor's name and mailing address<br>**UHLER, EDWARD**<br>**1938 HILLDALE DRIVE**<br>**BURLINGTON, NC 27215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$1,297.92     $1,297.92

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.253 | Priority creditor's name and mailing address<br>**VANEMAN, ERNEST P**<br>**104 LEEWAY COURT**<br>**CLAYTON, NC 27520** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$842.20     $842.20

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.254 | Priority creditor's name and mailing address<br>**VARNER, JASON E**<br>**281 WENDYS WAY**<br>**CLEMMONS, NC 27012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$228.00     $228.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.255** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$214.32** | **$214.32**

**VICKREY, DONALD H**
**2255 LEE DRIVE**
**BURLINGTON, NC 27216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.256** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**VIRGINIA TAX**
**OFFICE OF CUSTOMER SERVICE**
**PO BOX 1115**
**RICHMOND, VA 23218-1115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.257** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,176.52** | **$1,176.52**

**WAKE COUNTY REVENUE DEPT**
**P.O. BOX 580084**
**CHARLOTTE, NC 28258-0084**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/17**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.258** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$222.00** | **$222.00**

**WALKER, LAWRENCE**
**498 GOVERNMENT RD**
**CLAYTON, NC 27520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Auto Supply Company, Inc.**                              Case number (if known) _____

Name

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $198.00 | $198.00 |
|---|---|---|---|---|

**WALKER, WILLIAM S**
**5085 STONEYPOINT ROAD**
**WALKERTOWN, NC 27051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,467.02 | $1,467.02 |
|---|---|---|---|---|

**WALLACE, MICHAEL B**
**245 WOODGREEN DR**
**ABERDEEN, NC 28315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,031.46 | $2,031.46 |
|---|---|---|---|---|

**WARD, RICKY**
**140 MAYNARD DRIVE**
**WINSTON-SALEM, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $204.00 | $204.00 |
|---|---|---|---|---|

**WATKINS, JEFFREY E**
**437 REGENCY DR**
**WILMINGTON, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Auto Supply Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $204.00 |
|---|---|---|---|---|
| | **WEAVER, GARY** | *Check all that apply.* | | |
| | **4432 MEBANE ROGERS RD** | ☐ Contingent | | |
| | **MEBANE, NC 27302** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,279.08 | $1,279.08 |
|---|---|---|---|---|
| | **WEHRMEYER, ANN** | *Check all that apply.* | | |
| | **438 W. WELLINGTON LANE** | ☐ Contingent | | |
| | **WALNUT COVE, NC 27106** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.20 | $199.20 |
|---|---|---|---|---|
| | **WEST, BRIDGET M** | *Check all that apply.* | | |
| | **6455 PATRICK DR NE** | ☐ Contingent | | |
| | **LELAND, NC 28451** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,239.95 | $1,239.95 |
|---|---|---|---|---|
| | **WHEELER, JOSEPH** | *Check all that apply.* | | |
| | **P.O. BOX 57** | ☐ Contingent | | |
| | **WHITSETT, NC 27377** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

Debtor   **Auto Supply Company, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.84 | $219.84 |

2.267 | Priority creditor's name and mailing address

**WHISENANT, BEULAH S**
**126 WALKER RD**
**MORGANTON, NC 28655**

As of the petition filing date, the claim is: $219.84    $219.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.268 | Priority creditor's name and mailing address

**WHITE, GREGORY**
**1036 MURPHY ROAD**
**WALNUT COVE, NC 27052**

As of the petition filing date, the claim is: $1,853.56    $1,853.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.269 | Priority creditor's name and mailing address

**WHITE, JAMES**
**320 BRADFORD DR**
**CHARLOTTE, NC 28208**

As of the petition filing date, the claim is: $222.00    $222.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.270 | Priority creditor's name and mailing address

**WHITE, WILLIAM P**
**2920 WHEAT MEADOW LANE**
**CHARLOTTE, NC 28270**

As of the petition filing date, the claim is: $2,069.38    $2,069.38
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Auto Supply Company, Inc.**                              Case number *(if known)*
_____          _____
Name

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $164.00 | $164.00 |

**WHITESELL, LEROY E**
**3311 MARTIN AVE**
**GREENSBORO, NC 27405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,857.77 | $2,857.77 |

**WHITT, JAMES S**
**135 S. TWIN HILL RD**
**CLEMMONS, NC 27012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $190.80 | $190.80 |

**WILLIAMS, JAMES M**
**1007 GORDON WOODS RD**
**WILMINGTON, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $222.48 | $222.48 |

**WILLIAMS, JAMES R**
**4330 MCCLURE RD**
**CHARLOTTE, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Auto Supply Company, Inc.**
_____ Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.275**

Priority creditor's name and mailing address

**WILLIAMS, JEREMY B**
**6001 PHELPS CIRCLE**
**WINSTON-SALEM, NC 27105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,039.20    $1,039.20

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.276**

Priority creditor's name and mailing address

**WILLIFORD, STEVEN E**
**452 LIPSCOMB ROAD**
**ANGIER, NC 27501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,196.00    $1,196.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.277**

Priority creditor's name and mailing address

**WILSON, RICHARD M**
**4608 CHARLOTTESVILLE RD**
**GREENSBORO, NC 27410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$208.56    $208.56

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.278**

Priority creditor's name and mailing address

**WOMACK, DAVID**
**117 WINDOVER LANE**
**WINSTON-SALEM, NC 27107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,162.54    $3,162.54

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Auto Supply Company, Inc.**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.279 | Priority creditor's name and mailing address<br>**WOOD, LARRY**<br>**7740 BROAD STREET**<br>**RURAL HALL, NC 27045**<br>_____<br>Name | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $228.00 | $228.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.280 | Priority creditor's name and mailing address<br>**WOODRING, KEVIN**<br>**2003 PL PROPST ROAD**<br>**MAIDEN, NC 28650** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,533.24 | $1,533.24 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.281 | Priority creditor's name and mailing address<br>**YERGEAU, COREY J**<br>**29 MOREHEAD DR**<br>**WILLOW SPRING, NC 27592** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,215.00 | $1,215.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.282 | Priority creditor's name and mailing address<br>**YOST JR, BILLY G**<br>**316 MOSSY OAK CT**<br>**LELAND, NC 28451** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,724.45 | $1,724.45 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Auto Supply Company, Inc.**　　　　　　　　　　　　　Case number *(if known)*　_____
　　　Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.42 |

**1-800-RADIATOR (25)**
**2550 EMPIRE DRIVE**
**UNIT 114**
**WINSTON SALEM, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $423.42 |

**311 AUTOMOTIVE**
**113 SALEM AVENUE**
**NEW CASTLE, VA 24127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |

**9TH STREET GARAGE**
**110 9TH ST, SW**
**ROANOKE, VA 24016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139,238.15 |

**A1-CARDONE**
**P.O. BOX 827267**
**HTTPS://WWW.CARDONE.COM**
**PHILADELPHIA, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $555.33 |

**AAA IMPORTS INC.**
**300 SOUTH SPRING STREET**
**WINSTON-SALEM, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.52 |

**AAMCO OF GARNER**
**546 DYNAMIC DRIVE**
**GARNER, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,579.52 |

**AC CORPORATION**
**P.O. BOX 16367**
**GREENSBORO, NC 27416-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,528.51 |
|---|---|---|---|

**ACE TOOL COMPANY**
**LOCK BOX #536491**
**ATLANTA, GA 30353-6491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.67 |
|---|---|---|---|

**ACR LOCKSMITH INC**
**P.O. BOX 5932**
**HIGH POINT, NC 27262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,360.56 |
|---|---|---|---|

**ADP BOX 842875**
**PNC BANK C/O ADP LLC**
**20 COMMERCE WAY, STE 800**
**WOBURN, MA 01801-1057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADT SECURITY SERVICES, INC.**
**1 TOWN CENTER RD.**
**BOCA RATON, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **0807**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.96 |
|---|---|---|---|

**ADVANCE AUTO PARTS**
**AAP FINANCIAL SERVICES**
**P O BOX 742063**
**ATLANTA, GA 30374-2063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.64 |
|---|---|---|---|

**ADVANTAGE WIPING PRODUCTS**
**P O BOX 328**
**SPRING HOPE, NC 27882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,893.30 |
|---|---|---|---|

**ADVICS NORTH AMERICA, INC**
**1650 KINGS VIEW DRIVE**
**LEBANON, OH 45036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Auto Supply Company, Inc.** |
| | Name |

Case number (if known) _____

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,441.10** |
|---|---|---|---|

**AIRTEX PRODUCTS LP**
**P O BOX 936312**
**ATLANTA, GA 31193-6312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,695.52** |
|---|---|---|---|

**AISIN WORLD CORP OF AMERI**
**DEPT LA 24254**
**PASADENA, CA 91185-4254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,430.07** |
|---|---|---|---|

**AKEBONO CORPORATION**
**P.O. BOX 3236**
**FARMINGTON, MI 48333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$745.20** |
|---|---|---|---|

**ALLIANCE SPORTS GROUP LP**
**P O BOX 203246**
**DALLAS, TX 75320-3246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,795.29** |
|---|---|---|---|

**ALLIGOOD'S GARAGE**
**527 N MARKET STREET**
**WASHINGTON, NC 27889-4422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**ALPHA WASTE INDUSTRIES**
**P O BOX 1359**
**WELCOME, NC 27374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Waste management**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ALPHA WASTE MANAGEMENT**
**4157 OLD US HWY 52**
**LEXINGTON, NC 27295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **2290**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Auto Supply Company, Inc.**                                       Case number *(if known)* _____
        Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,373.60 |

**AMALIE OIL COMPANY**
**P. O. BOX 99744**
**CHICAGO, IL 60690-7544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,184.36 |

**AMERICAN AUTO SUPPLY CO.**
**P. O. BOX 4182**
**ARCHDALE, NC 27263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232,537.62 |

**AMERICAN EXPRESS**
**P O BOX 650448**
**DALLAS, TX 75265-0448**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,140.76 |

**AMERICAN HERITAGE LIFE**
**P.O. BOX 650514**
**DALLAS, TX 75265-0514**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,391.78 |

**AMS AUTOMOTIVE, INC**
**P. O. BOX 790379**
**SAINT LOUIS, MO 63179-0379**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $419.68 |

**APPERSON AUTOMOTIVE**
**1601 APPERSON DRIVE**
**SALEM, VA 24153**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $722.93 |

**APPLIED TELECOM, INC**
**5820 N CHURCH ST STE D**
**PMB 144**
**GREENSBORO, NC 27455**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Auto Supply Company, Inc.**
     Name

Case number *(if known)*

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.56 |
|---|---|---|---|

**ARC3 GASES**
P O BOX 1708
DUNN, NC 28335-1708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AT&T**
C/O BANKRUPTCY
4331 COMMUNICATIONS DR
FLR 4W
DALLAS, TX 75211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **3009**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AT&T**
C/O BANKRUPTCY
4331 COMMUNICATIONS DR
FLR 4W
DALLAS, TX 75211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **0369**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AT&T**
C/O BANKRUPTCY
4331 COMMUNICATIONS DR
FLR 4W
DALLAS, TX 75211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **1900**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,251.50 |
|---|---|---|---|

**ATK NORTH AMERICA**
1102 W N CARRIER PKY
STE 100
GRAND PRAIRIE, TX 75050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $667.53 |
|---|---|---|---|

**ATLANTIC TIRE DISTRIBUTOR**
P O BOX 63382
CHARLOTTE, NC 28263-3382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.56 |
|---|---|---|---|

**AUTO CLIPS & FASTENERS**
218 SKY SAIL BLVD
NEW BERN, NC 28560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Auto Supply Company, Inc.**
_____                Case number (if known) _____
Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.24 |
|---|---|---|---|

**AUTO SPECIALTIES**
**925 GROVEMONT ROAD**
**RALEIGH, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.01 |
|---|---|---|---|

**AUTO SUPPLY OF THOMASVILL**
**122 NATIONAL HIGHWAY**
**THOMASVILLE, NC 27360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.75 |
|---|---|---|---|

**AUTO VENTSHADE**
**DEPT #2018**
**P.O.BOX 11407**
**BIRMINGHAM, AL 35246-2018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,027.06 |
|---|---|---|---|

**AUTO-PRO**
**P.O. BOX 34190**
**RICHMOND, VA 23234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,479.77 |
|---|---|---|---|

**AUTOBEST INTERNATIONAL**
**2500 TROY AVE**
**SOUTH EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,243.56 |
|---|---|---|---|

**AUTOMOTIVE DIST NETWORK**
**DEPT #816**
**MEMPHIS, TN 38148-0816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.43 |
|---|---|---|---|

**AUTOMOTIVE FASTENERS, INC**
**P.O. BOX 20686**
**GREENSBORO, NC 27420-4859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,132.60** |
| | **AUTOMOTIVE SERVICE PRODUC**<br>**P.O. BOX 942**<br>**BURLINGTON, KY 41005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$138.31** |
| | **AUTOMOTIVE SYSTEMS**<br>**P O BOX 269**<br>**WILDWOOD, PA 15091** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,706.14** |
| | **AUTOPART INTERNATIONAL**<br>**P.O. BOX 419250**<br>**BOSTON, MA 02241-9250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$498,120.44** |
| | **AUTOPLUS AUTO PARTS**<br>**16741 COLLECTION CENTER D**<br>**CHICAGO, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$544.98** |
| | **AUTOTEK**<br>**300 CIRCLE LANE**<br>**RALEIGH, NC 27603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,107.05** |
| | **AUTOZONE, INC**<br>**P.O. BOX 791409**<br>**BALTIMORE, MD 21279-1409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,720.42** |
| | **BAITY'S DISCOUNT TIRE**<br>**1081 SALISBURY RIDGE ROAD**<br>**WINSTON-SALEM, NC 27127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Auto Supply Company, Inc.**                                    Case number *(if known)* _____
Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,737.31** |

**BARBOUR'S TRUCK & TRAILER**
**P. O. BOX 20693**
**RALEIGH, NC 27619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193.00** |

**BARNES ELECTRIC**
**7388 FOX CHASE DRIVE**
**TRINITY, NC 27370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,733.31** |

**BASHAM OIL COMPANY**
**2428 ROANOKE AVE**
**ROANOKE, VA 24015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.39** |

**BATTERY TREE**
**P O BOX 427**
**KERNERSVILLE, NC 27285-0427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$424,727.77** |

**BBB INDUSTRIES, LLC**
**8410 WOLF LAKE DR. #101**
**BARTLETT, TN 38133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$243.42** |

**BCE SOUTH**
**P O BOX 829**
**Daphne, Alabama 36526**
**INDIAN TRAIL, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,064.17** |

**BCI PERFORMANCE WAREHOUSE**
**465 MEMORIAL DR. SE**
**29627 Renaissance Blvd.**
**ATLANTA, GA 30312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| Debtor | **Auto Supply Company, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $486.59 |
|---|---|---|---|

**BECK/ARNLEY**
**2375 MIDWAY LN**
**SMYRNA, TN 37167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.86 |
|---|---|---|---|

**BFPE INTERNATIONAL SECUR.**
**P.O. BOX 791045**
**BALTIMORE, MD 21279-1045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.69 |
|---|---|---|---|

**BILL BLACK CADILLAC, OLDS**
**601 E. BESSEMER AVENUE**
**GREENSBORO, NC 27405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.70 |
|---|---|---|---|

**BLUECAFFE**
**4995 REYNOLDA RD**
**WINSTON SALEM, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**BOB KING AUTOHAUS**
**5115 NEW CEMTRE DRIVE**
**WILMINGTON, NC 28406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $627.65 |
|---|---|---|---|

**BOB KING AUTOMOTIVE GROUP**
**1601 SILAS CREEK PARKWAY**
**WINSTON SALEM, NC 27127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $526.91 |
|---|---|---|---|

**BRAKE PARTS INC LLC**
**P O BOX 74008089**
**CHICAGO, IL 60674-8089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Auto Supply Company, Inc.**                                     Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,659.80** |

3.64 **Nonpriority creditor's name and mailing address**

**BROTHERS RESEARCH CORP**
**P O BOX 317**
**BURLINGTON, NC 27216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$13,659.80**

---

3.65 **Nonpriority creditor's name and mailing address**

**BRYAN CONTRACATING SERVICE**
**816 DEER HOLLOW CT**
**WAKE FOREST, NC 27587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$120.00**

---

3.66 **Nonpriority creditor's name and mailing address**

**BURLINGTON MUNICIPLE BUILDING**
**P.O. BOX 1358**
**BURLINGTON, NC 27216**

Date(s) debt was incurred _

Last 4 digits of account number  **0172**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

3.67 **Nonpriority creditor's name and mailing address**

**BURLINGTON MUNICIPLE BUILDING**
**P.O. BOX 1358**
**BURLINGTON, NC 27216**

Date(s) debt was incurred _

Last 4 digits of account number  **0102**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

3.68 **Nonpriority creditor's name and mailing address**

**BURLINGTON ROYALS**
**P.O. BOX 1143**
**BURLINGTON, NC 27216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$400.00**

---

3.69 **Nonpriority creditor's name and mailing address**

**CAPITAL CHRYSLER**
**P O BOX 2089**
**GARNER, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,092.79**

---

3.70 **Nonpriority creditor's name and mailing address**

**CAPITAL CITY AUTO LLC**
**1445 MECHANICAL BLVD.**
**GARNER, NC 27252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$436.31**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  **Auto Supply Company, Inc.**                                   Case number *(if known)* _____
_____
Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,388.10 |

**CAPITAL FORD**
P.O. BOX 4069
WILMINGTON, NC 28406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.71 |

**CAROLINA HANDLING LLC**
P.O. BOX 890352
CHARLOTTE, NC 28289-0352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,699.17 |

**CAROLINA IND BATTERY INC**
P.O. BOX 298
PFAFFTOWN, NC 27040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.74 |

**CAROLINA KIA OF HP**
2431 N. MAIN STREET
HIGH POINT, NC 27262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.64 |

**CAROLINAS AUTO SUPPLY HOU**
2135 TIPTON DRIVE
P O BOX 36409
CHRLOTTE, NC 28236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CENTURYLINK LEGAL**
100 CENTURYLINK DRIVE
MONROE, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **4667**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $709.15 |

**CHASON DIESEL SEVICES**
P O BOX 1126
GARNER, NC 27529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Auto Supply Company, Inc.**
_____
Name

Case number *(if known)* _____

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CITY OF GREENSBORO**
**300 WEST WASHINGTON STREET**
**GREENSBORO, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4300**

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.50 |

**CITY OF HICKORY**
**DUMPSTER RENTAL**
**P O BOX 580069**
**CHARLOTTE, NC 28258-0069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.52 |

**CITY OF HICKORY**
**PO BOX 580069**
**CHARLOTTE, NC 28258-0069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CITY OF HICKORY UTILITIES**
**76 NORTH CENTER STREET**
**HICKORY, NC 28601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7069**

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CITY OF HICKORY UTILITIES**
**76 NORTH CENTER STREET**
**HICKORY, NC 28601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2527**

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CITY OF HIGH POINT UTILITIES**
**P.O. BOX 230**
**HIGH POINT, NC 27261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1207**

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.41 |

**CITY OF MOUNT AIRY**
**P.O. BOX 1725**
**MOUNT AIRY, NC 27030-1725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor    **Auto Supply Company, Inc.**

Name    Case number (if known)

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**CITY OF MT AIRY**
**P.O. BOX 1725**
**MOUNT AIRY, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF RALEIGH UTILITIES**
**222 W. HARGETT ST.**
**CHARLOTTE, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF WINSTON-SALEM UTILITIES**
**101 N. MAIN STREET**
**WINSTON-SALEM, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **2754**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF WINSTON-SALEM UTILITIES**
**101 N. MAIN STREET**
**WINSTON-SALEM, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **3364**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF WINSTON-SALEM UTILITIES**
**101 N. MAIN STREET**
**WINSTON-SALEM, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **3017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF WINSTON-SALEM UTILITIES**
**101 N. MAIN STREET**
**WINSTON-SALEM, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOITCE ONLY**

Last 4 digits of account number  **0915**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF WINSTON-SALEM UTILITIES**
**101 N. MAIN STREET**
**WINSTON-SALEM, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **8020**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Auto Supply Company, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**CLEARPLUS INC.**<br>**97 DEWITT STREET**<br>**GARFIELD, NJ 07026**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,898.75** |

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**COASTAL EQUIPMENT INC**<br>**469 BELT ROAD**<br>**HAMPSTEAD, NC 28443**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,600.00** |

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**CRC INDUSTRIES, INC.**<br>**P.O. BOX 8500-S 6150**<br>**PHILADELPHIA, PA 19178**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,575.40** |

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**CREECH AUTO SALES**<br>**3209 BENSON ROAD**<br>**GARNER, NC 27529**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$450.99** |

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**CRESCENT FORD**<br>**100 OLD WINSTON ROAD**<br>**P. O.BOX 5628**<br>**HIGH POINT, NC 27262**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$292.65** |

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**CROWN AUTOMOTIVE GROUP**<br>**445 ATLANTA SOUTH PARKWAY**<br>**SUITE # 135**<br>**COLLEGE PARK, GA 30349-5908**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,076.87** |

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**CRP INDUSTRIES, INC.**<br>**P.O. BOX 33181**<br>**NEWARK, NJ 07188-3181**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$55,013.72** |

Debtor **Auto Supply Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.99 | **Nonpriority creditor's name and mailing address**
**CRYSTAL SPRINGS**
**P.O. BOX 660579**
**DALLAS, TX 75266-0579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$35.75**

---

3.100 | **Nonpriority creditor's name and mailing address**
**CUSTOM BUSINESS PRINTING**
**P. O. BOX 13547**
**GREENSBORO, NC 27415-3547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$8,266.33**

---

3.101 | **Nonpriority creditor's name and mailing address**
**D&E CAR EXCHANGE INC**
**6220 MARKET STREET**
**WILMINGTON, NC 28289**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,037.23**

---

3.102 | **Nonpriority creditor's name and mailing address**
**DASH DESIGN**
**615 W KNOX ROAD**
**TEMPE, AZ 85284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$426.81**

---

3.103 | **Nonpriority creditor's name and mailing address**
**DAVID WESTCOTT BUICK/PONT**
**P O BOX 1598**
**BURLINGTON, NC 27216-1598**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$208.46**

---

3.104 | **Nonpriority creditor's name and mailing address**
**DELL CORNING CORPORATION**
**575 JOHN DODD RD**
**SPARTANBURG, SC 29303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,107.35**

---

3.105 | **Nonpriority creditor's name and mailing address**
**DENSO PRODUCTS & SERVICES**
**P.O. BOX 601009**
**PASADENA, CA 91189-1009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$141,947.53**

---

Debtor   **Auto Supply Company, Inc.**                          Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address**<br>**DICK SHIRLEY-(11)**<br>**P O BOX 480**<br>**BURLINGON, NC 27216-0480** | As of the petition filing date, the claim is: *Check all that apply.*     **$42.49**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**DICK SHIRLEY-(17)**<br>**P O BOX 480**<br>**BURLINGTON, NC 27216-0480** | As of the petition filing date, the claim is: *Check all that apply.*     **$200.97**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**DIESEL ENGINE & REPAIR**<br>**1547 GRAHAM-HOPEDALE ROAD**<br>**BURLINGTON, NC 27217** | As of the petition filing date, the claim is: *Check all that apply.*     **$36.70**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address**<br>**DIESEL EQUIPMENT COMPANY**<br>**P O BOX 538213**<br>**ATLANTA, GA 30353** | As of the petition filing date, the claim is: *Check all that apply.*     **$169.90**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address**<br>**DNJ ENGINE COMPONENTS-18**<br>**FILE 50186**<br>**LOS ANGELES, CA 90074-0186** | As of the petition filing date, the claim is: *Check all that apply.*     **$4,867.29**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address**<br>**DOUGLAS BATTERY &**<br>**AUTO CARE**<br>**575 NORTH BROAD ST**<br>**WINSTON-SALEM, NC 27101** | As of the petition filing date, the claim is: *Check all that apply.*     **$13.45**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**DOVER CYLINDER HEAD SERVI**<br>**1489 CEDAR LANE**<br>**GREENVILLE, SC 29617** | As of the petition filing date, the claim is: *Check all that apply.*     **$2,555.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Auto Supply Company, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.113 **Nonpriority creditor's name and mailing address**<br>**DPAC INVESTMENTS INC**<br>**6201 MARKET STREET**<br>**WILMINGTON, NC 28405** | As of the petition filing date, the claim is: Check all that apply. **$20.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

3.114 **Nonpriority creditor's name and mailing address**
**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  __9927__

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

3.115 **Nonpriority creditor's name and mailing address**
**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  __9925__

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

3.116 **Nonpriority creditor's name and mailing address**
**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  __9924__

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOITCE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

3.117 **Nonpriority creditor's name and mailing address**
**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  __5033__

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

3.118 **Nonpriority creditor's name and mailing address**
**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  __9561__

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

3.119 **Nonpriority creditor's name and mailing address**
**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  __7753__

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Auto Supply Company, Inc.**
Name

Case number *(if known)*

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE ONLY**

Last 4 digits of account number  **8763**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE ONLY**

Last 4 digits of account number  **5176**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE ONLY**

Last 4 digits of account number  **6705**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE ONLY**

Last 4 digits of account number  **7916**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE ONLY**

Last 4 digits of account number  **7605**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE ONLY**

Last 4 digits of account number  **3874**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE ONLY**

Last 4 digits of account number  **7972**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Auto Supply Company, Inc.**                          Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** |

**3.127**

**Nonpriority creditor's name and mailing address**
**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  **7571**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128**

**Nonpriority creditor's name and mailing address**
**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  **7575**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129**

**Nonpriority creditor's name and mailing address**
**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  **0723**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130**

**Nonpriority creditor's name and mailing address**
**DUKE POWER BANKRUPTCY DEPT.**
**526 S. CHURCH STREET**
**CHARLOTTE, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  **1233**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131**

**Nonpriority creditor's name and mailing address**
**DUTY TIRE**
**405 TRYON ROAD**
**RALEIGH, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$881.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**

**Nonpriority creditor's name and mailing address**
**E-Z GLASS INC**
**503 W GARNER ROAD**
**GARNER, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$193.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133**

**Nonpriority creditor's name and mailing address**
**EAST PENN MFG CO, INC**
**P O BOX 784191**
**PHILADELPHIA, PA 19178-4191**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$24,428.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.86 |
|---|---|---|---|

**EDWIN W JONES**
**110 STEEPLE HEIGHTS LANE**
**MORGANTON, NC 28655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.78 |
|---|---|---|---|

**ENGINE PARTS WAREHOUSE**
**P O BOX 856300**
**DEPT # 146**
**LOUISVILLE, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**ENVIRO-MASTER SERVICES**
**PO BOX 12350**
**CHARLOTTE, NC 28220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Waste Management__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,876.78 |
|---|---|---|---|

**EPICOR SOFTWARE CORP**
**P.O. BOX 671069**
**DALLAS, TX 75267-1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __IT Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $663.26 |
|---|---|---|---|

**ESTES EXPRESS LINES**
**P.O. BOX 25612**
**RICHMOND, VA 23260-5612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,081.26 |
|---|---|---|---|

**EVERETT CHEVROLET, INC.**
**161 HIGHWAY 70 SE**
**HICKORY, NC 28601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.90 |
|---|---|---|---|

**EXCALIBUR**
**4820 BETHANIA STATION RD**
**WINSTON SALEM, NC 27105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Auto Supply Company, Inc.**
Name

Case number *(if known)* _____

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,205.23** |

**FAMILY AUTO SERVICE**
**101 ST MARY'S ST**
**GARNER, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.79** |

**FASTENAL COMPANY**
**PO BOX 1286**
**WINONA, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,245.82** |

**FCS AUTOMOTIVE**
**31800 RESEARCH PARK DRIVE**
**MADISON HEIGHTS, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$811.47** |

**FEDERAL EXPRESS CORP.**
**P.O. BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Delivery services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146,416.91** |

**FEDERAL-MOGUL CORPORATION**
**P.O. BOX 636438**
**CINCINNATI, OH 45263-6438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233.12** |

**FINISHMASTER, INC.**
**1643 SOLUTIONS CENTER**
**CHICAGO, IL 60677-1006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,271.92** |

**FJC, INC.**
**101 COMMERCIAL DRIVE**
**MOORESVILLE, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Auto Supply Company, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** |

**FLOW AUTOMOTIVE CENTER**
**1400 SOUTH STRATFORD ROAD**
**WINSTON-SALEM, NC 27103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$214.76**

---

| | |
|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** |

**FLOW BMW-MIMI**
**2565 PETERS CREEK PARKWAY**
**WINSTON-SALEM, NC 27127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$82.52**

---

| | |
|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** |

**FLOW CHEVROLET**
**1400 S. STRATFORD RD**
**WINSTON-SALEM, NC 27103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25.67**

---

| | |
|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** |

**FLOW HONDA**
**ATTN: BRENDA A/P**
**2600 PETERS CREEK PKWY**
**WINSTON-SALEM, NC 27127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$288.06**

---

| | |
|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** |

**FLOW LEXUS**
**805 JONESTOWN ROAD**
**WINSTON-SALEM, NC 27103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$42.08**

---

| | |
|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** |

**FRED JONES ENTERPRISES**
**6200 SW 29TH STREET**
**SUITE A**
**OKLAHOMA CITY, OK 73179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$42,897.56**

---

| | |
|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** |

**G & K SERVICES**
**P O BOX677057**
**DALLAS, TX 75267-7057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33.11**

---

Debtor     **Auto Supply Company, Inc.**
           Name                                                    Case number *(if known)*

| | | |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$315.84** |

**Nonpriority creditor's name and mailing address**

3.155

**G J HOPKINS INC**
**ATTN: JEANETTE BLAIR**
**P.O. BOX 12467**
**ROANOKE, VA 24025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$315.84**

---

3.156

**GARNER AUTO INSPECTIONS**
**1100 W GARNER ROAD**
**GARNER, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,759.58**

---

3.157

**GARNER AUTO SPECIALISTS**
**250 NEW FIDELITY CENTER**
**GARNER, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$763.08**

---

3.158

**GARNER AUTO SPECIALISTS**
**1530 BENSON ROAD**
**GARNER, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$173.37**

---

3.159

**GB REMANUFACTURING INC**
**2040 E CHERRY INDUSTRIAL**
**LONG BEACH, CA 90805-4410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,206.95**

---

3.160

**GC&F ENTERPRISE**
**27 RIVER BLUFF**
**HOSCHSTON, GA 30548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$862.27**

---

3.161

**GEM LOGISTICS, INC**
**P.O. BOX 35382**
**GREENSBORO, NC 27425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,090.00**

---

Debtor **Auto Supply Company, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**GENERA CORPORATION**
**P O BOX  205188**
**DALLAS, TX 75320-5188**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,733.29**

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**GLOBAL PARTS DISTRIBUTION**
**P O BOX 3045**
**MACON, GA 31205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$235,304.16**

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**GM SERVICE PARTS OPERATIO**
**P. O. BOX 905053**
**CHARLOTTE, NC 28290-5053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$159.00**

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**GMB NORTH AMERICA**
**100 HERROD BLVD.**
**DAYTON, NJ 08810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,402.94**

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**GRAINGER**
**DEPT 808953830**
**PALATINE, IL 60038-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$57.94**

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**GREEN FORD LINCOLN**
**3800 W WENDOVER AVE.**
**GREENSBORO, NC 27407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$593.05**

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**GSP NORTH AMERICA**
**P.O. BOX 161690**
**BOILING SPRINGS, SC 29316**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$82,799.96**

---

Debtor  **Auto Supply Company, Inc.**                          Case number *(if known)* _____
_____
Name

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.68 |
|---|---|---|---|

**HALO BRANDED SOLUTIONS**
**3182 MOMENTUM PLACE**
**CHICAGO, IL 60689-5331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,748.69 |
|---|---|---|---|

**HENNESSY INDUSTRIES INC.**
**P. O. BOX 91492**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $862.62 |
|---|---|---|---|

**HILL'S AUTO SERVICE**
**3612 BENSON ROAD**
**GARNER, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**HINSHAW'S CHEVELLE PARTS**
**1248 NC HWY 87 NORTH**
**ELON, NC 27244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,867.80 |
|---|---|---|---|

**HITACHI AUTOMOTIVE SYSTEM**
**AMERICAS, INC**
**DRAWER CS198-281**
**ATLANTA, GA 30384-8281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223.60 |
|---|---|---|---|

**HOCUTT'S AUTO SERVICE**
**324 SHERWEE DRIVE**
**RALEIGH, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.47 |
|---|---|---|---|

**HUDSON'S HARDWARE INC**
**305 BENSON ROAD**
**GARNER, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Auto Supply Company, Inc.**
Name

Case number *(if known)*

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address**<br>**ILDERTON DODGE-CHRY., PLY**<br>**P. O. BOX 350**<br>**HIGH POINT, NC 27261**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24.50** |

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address**<br>**IMPORT PARTS 1220(6)**<br>**921 PETERS CREEK PARKWAY**<br>**WINSTON SALEM, NC 27103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$72.72** |

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address**<br>**IMPORT PARTS 1270(16)**<br>**921 PETERS CREEK PARKWAY**<br>**WINSTON SALEM, NC 27103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$32.65** |

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address**<br>**INDEPENDENT PROJECT MANAG**<br>**301 NORTH MAIN STREET**<br>**SUITE 2502**<br>**WINSTON-SALEM, NC 27101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$475.00** |

| | | |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address**<br>**INDOFF INCORPORATED**<br>**P.O. BOX 842808**<br>**KANSAS CITY, MO 64184-2808**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$106.09** |

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address**<br>**INFOTRAC**<br>**200 NORTH PALMETTO STREET**<br>**LEESBURG, FL 34748**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$410.00** |

| | | |
|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address**<br>**INNOVATIVE MACHINE & SUPP**<br>**820 ST. LOUIS AVE**<br>**VALLEY PARK, MO 63088**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$92.58** |

Debtor **Auto Supply Company, Inc.**                              Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** |

**3.183**

**Nonpriority creditor's name and mailing address**
**INTEGRATED SUPPLY NETWK18**
P.O. BOX 405157
ATLANTA, GA 30384-5157

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$226.89**

---

**3.184**

**Nonpriority creditor's name and mailing address**
**INTEGRATED SUPPLY NETWORK**
P.O. BOX 405157
ATLANTA, GA 30384-5157

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,398.22**

---

**3.185**

**Nonpriority creditor's name and mailing address**
**ITW PERMATEX, INC.**
P.O. BOX 2174
CAROL STREAM, IL 60132-2174

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,841.38**

---

**3.186**

**Nonpriority creditor's name and mailing address**
**JEFF GORDON CHEVROLET**
228 SOUTH COLLEGE RD
WILMINGTON, NC 28403

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,339.96**

---

**3.187**

**Nonpriority creditor's name and mailing address**
**JERRY JOHNSON MOTORS**
3885 N PATTERSON
WINSTON-SALEM, NC 27105

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.188**

**Nonpriority creditor's name and mailing address**
**JOE BAKER EQUIPMENT SALES**
1000 DEVILS BACKBONE ROAD
CINCINNATI, OH 45233

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$403.71**

---

**3.189**

**Nonpriority creditor's name and mailing address**
**JOEY LEE**
13513 US HWY70 BUS. WEST
CLAYTON, NC 27520

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,103.21**

Debtor    **Auto Supply Company, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** |

**JOHN MCCLAMROCH**
**169 N SUNSET RIDGE DR**
**WILLOW SPRING, NC 27592**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$103.00

---

| | |
|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** |

**JOHNSON & TIPTON CYLINDER**
**HEAD REPAIR**
**P O BOX 546**
**GIBSON, NC 28343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,626.10

---

| | |
|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** |

**JOSEPH C WOODARD PRINTING**
**2815 S SAUNDERS ST**
**RALEIGH, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$85.64

---

| | |
|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** |

**KENNEDY OFFICE SUPPLY CO**
**4211-A ATLANTIC AVE**
**RALEIGH, NC 27604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,128.75

---

| | |
|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** |

**KENNEDY OIL COMPANY, INC.**
**P. O. BOX 5349**
**HIGH POINT, NC 27262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$43.20

---

| | |
|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** |

**KERNERSVILLE DODGE, INC.**
**950 HIGHWAY 66 SOUTH**
**KERNERSVILLE, NC 27284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$95.22

---

| | |
|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** |

**KEY JR, CHARLES**
**197 HAYWOOD DRIVE**
**ADVANCE, NC 27006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$235,850.00

---

Debtor **Auto Supply Company, Inc.**
       Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address**<br>**KEY MERCHANDISING-17**<br>**125 WEST TRADE STREET**<br>**SANFORD, NC 27330**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,395.14** |
| 3.198 | **Nonpriority creditor's name and mailing address**<br>**KEYSTONE AUTO. IND. (17)**<br>**P O BOX 7441668**<br>**ATLANTA, GA 30374-1668**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$659.29** |
| 3.199 | **Nonpriority creditor's name and mailing address**<br>**KEYSTONE AUTOMOTIV 93813**<br>**P. O. BOX 417450**<br>**BOSTON, MA 02241-7450**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,367.07** |
| 3.200 | **Nonpriority creditor's name and mailing address**<br>**KLINGSPOR ABRASIVES INC**<br>**PO BOC 2367**<br>**HICKORY, NC 28603-2367**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$134.03** |
| 3.201 | **Nonpriority creditor's name and mailing address**<br>**KYB AMERICA, LLC**<br>**7868 SOLUTION CENTER**<br>**ADDISON, IL 60601**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$57,600.24** |
| 3.202 | **Nonpriority creditor's name and mailing address**<br>**LAND-TEK GMS, INC.**<br>**920 HIGHWAY 801 NORTH**<br>**ADVANCE, NC 27006**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$326.00** |
| 3.203 | **Nonpriority creditor's name and mailing address**<br>**LEITH JAGUAR**<br>**ATTN: ACCOUNTS PAYABLE**<br>**P.O. BOX 40110**<br>**RALEIGH, NC 27629**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22.36** |

Debtor    **Auto Supply Company, Inc.**                                  Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** | **$50.04** |

**LEITH, INC**
**5601 CAPITAL BOULEVARD**
**RALEIGH, NC 27616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** | **$233.53** |

**LIBERTY ENGINE PARTS**
**3250 SOUTH 76TH STREET**
**PHILADELPHIA, PA 19153**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** | **$40.75** |

**LIQUID SUNSHINE COFFEE**
**P O BOX 1398**
**MEBANE, NC 27302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** | **$1,148.04** |

**MANN & HUMMEL PUROLATOR**
**FILTERS LLC**
**39270 TREASURY CENTER**
**CHICAGO, IL 60694-9200**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address** | **$3,079.73** |

**MANN AND HUMMEL FILTRATIO**
**FKA WIX FILTRATION CORP**
**P.O. BOX 73071**
**CHICAGO, IL 60673-7071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.209 | **Nonpriority creditor's name and mailing address** | **$30,910.00** |

**MARSH & MCLENNAN AGENCY**
**3625 N ELM STREET**
**P.O. BOX 9375**
**GREENSBORO, NC 27429-0375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address** | **$117.91** |

**MERCEDES BENZ OF THE TRI.**
**691 JONESTOWN ROAD**
**WINSTON-SALEM, NC 27103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Auto Supply Company, Inc.**
Name

Case number (if known)

| | |
|---|---|
| 3.211 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$60.00** |
| **MERCHANTS CREDIT BUREAU**<br>P.O. BOX 1588<br>AUGUSTA, GA 30903-1588 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Trade debt |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.212 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$16,657.82** |
| **MEVOTECH LP**<br>240 BRIDGELAND AVENUE<br>TORONTO, ON | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Trade debt |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.213 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$257.27** |
| **MID-STATE FORKLIFT, INC**<br>P O BOX 4007<br>ARCHDALE, NC 27263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Trade debt |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.214 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,018.38** |
| **MIDTRONICS, INC.**<br>7000 MONROE STREET<br>WILLOWBROOK, IL 60527 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Trade debt |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.215 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$17.46** |
| **MODERN AUTOMOTIVE 2100470**<br>P O BOX 1770<br>CLEMMONS, NC 27012-1770 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Trade debt |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.216 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$149.79** |
| **MODERN IMPRESSION PRODUCT**<br>107-K CREEK RIDGE ROAD<br>GREENSBORO, NC 27406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Trade debt |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.217 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,458.40** |
| **MURRAY'S TIRE**<br>1200-1202 S SAUNDERS  ST<br>RALEIGH, NC 27603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** Trade debt |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,504.19** |
|---|---|---|---|

**NAPA AUTO PARTS (11)**
**GENUINE PARTS CO (1747)**
**P O BOX 409043**
**ATLANTA, GA 30384-9043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81.06** |
|---|---|---|---|

**NAPA OF ROXBORO**
**P O BOX 1359**
**ROXBORO, NC 27573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$376.29** |
|---|---|---|---|

**NELSON'S TIRE**
**1402 GARNER ROAD**
**RALEIGH, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,886.82** |
|---|---|---|---|

**NETWORK PRODUCTS LLC**
**200 ENTERPRISE ROAD**
**SOMERVILLE, TN 38068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185.00** |
|---|---|---|---|

**NORTHSIDE CAR WASH**
**3718 N  PATTERSON AVENUE**
**WINSTON SALEM, NC 27105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,702.76** |
|---|---|---|---|

**OLD DOMINION FREIGHT LINE**
**P.O. BOX 198475**
**ATLANTA, GA 30384-8475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.35** |
|---|---|---|---|

**OMEGA ENVIRONMENTAL TECH**
**P.O. BOX 677629**
**DALLAS, TX 75267-7629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,421.81** |
|---|---|---|---|

**OSC AUTOMOTIVE INC**
**330 S HALE AVE**
**FULLERTON, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.76** |
|---|---|---|---|

**PARKS CHEVROLET**
**6441 NORTH TRYON**
**P.O. BOX 560826**
**CHARLOTTE, NC 28256-0826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.05** |
|---|---|---|---|

**PARKS CHEVROLET**
**P. O. BOX 386**
**KERNERSVILLE, NC 27285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.59** |
|---|---|---|---|

**PARKWAY FORD**
**2104 PETERS CREEK PARKWAY**
**WINSTON SALELM, NC 27127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159.96** |
|---|---|---|---|

**PARKWAY SUBARU HYUNDAI**
**5920 MARKET STREET**
**WILMINGTON, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,424.00** |
|---|---|---|---|

**PARTLAND, LLC**
**3740 PATTERSON AVENUE**
**WINSTON-SALEM, NC 27105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,500.37** |
|---|---|---|---|

**PARTSFLEET, INC**
**P.O. BOX 2513**
**ORLANDO, FL 32802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Auto Supply Company, Inc.** |
| | Name |

Case number *(if known)* _____

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209.00**

**PATRIOT SANITATION MGMT**
**P.O. BOX 125**
**GARNER, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Waste Management**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PATRIOT SANITATION MGMT**
**P.O. BOX 125**
**GARNER, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2767**

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.47**

**PEACE STREET INSPECTIONS**
**600 W PEACE ST**
**RALEIGH, NC 27605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,856.58**

**PERFORMANCE RADIATOR**
**PACIFIC , LLC**
**P O BOX 24947**
**SEATTLE, WA 98124-0947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455.49**

**PIEDMONT NATURAL GAS**
**P.O. BOX 660920**
**DALLAS, TX 75266-0920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PIEDMONT NATURAL GAS**
**BANKRUPTCY DEPARTMENT**
**4720 PIEDMONT ROW**
**CHARLOTTE, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4001**

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PIEDMONT NATURAL GAS**
**BANKRUPTCY DEPARTMENT**
**4720 PIEDMONT ROW**
**CHARLOTTE, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3001**

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Auto Supply Company, Inc.**
　　　　Name

Case number (if known) _____

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.239** Nonpriority creditor's name and mailing address
**PIEDMONT NATURAL GAS**
**BANKRUPTCY DEPARTMENT**
**4720 PIEDMONT ROW**
**CHARLOTTE, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number  **4002**

As of the petition filing date, the claim is: Check all that apply.　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** Nonpriority creditor's name and mailing address
**PIEDMONT NATURAL GAS**
**BANKRUPTCY DEPARTMENT**
**4720 PIEDMONT ROW**
**CHARLOTTE, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number  **1001**

As of the petition filing date, the claim is: Check all that apply.　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** Nonpriority creditor's name and mailing address
**PIEDMONT NATURAL GAS**
**BANKRUPTCY DEPARTMENT**
**4720 PIEDMONT ROW**
**CHARLOTTE, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number  **4009**

As of the petition filing date, the claim is: Check all that apply.　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** Nonpriority creditor's name and mailing address
**PIEDMONT NATURAL GAS**
**BANKRUPTCY DEPARTMENT**
**4720 PIEDMONT ROW**
**CHARLOTTE, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number  **8001**

As of the petition filing date, the claim is: Check all that apply.　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** Nonpriority creditor's name and mailing address
**PIEDMONT NATURAL GAS**
**BANKRUPTCY DEPARTMENT**
**4720 PIEDMONT ROW**
**CHARLOTTE, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number  **4002**

As of the petition filing date, the claim is: Check all that apply.　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** Nonpriority creditor's name and mailing address
**PIEDMONT NATURAL GAS**
**BANKRUPTCY DEPARTMENT**
**4720 PIEDMONT ROW**
**CHARLOTTE, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number  **3004**

As of the petition filing date, the claim is: Check all that apply.　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** Nonpriority creditor's name and mailing address
**PIEDMONT NATURAL GAS**
**BANKRUPTCY DEPARTMENT**
**4720 PIEDMONT ROW**
**CHARLOTTE, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number  **4006**

As of the petition filing date, the claim is: Check all that apply.　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Auto Supply Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.246** | Nonpriority creditor's name and mailing address
**PIEDMONT NATURAL GAS**
**BANKRUPTCY DEPARTMENT**
**4720 PIEDMONT ROW**
**CHARLOTTE, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number _ **4007**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.247** | Nonpriority creditor's name and mailing address
**PINKERTON CHEVROLET INC**
**LYNCHBURG, INC.**
**801 GRAVES MILL ROAD**
**LYNCHBURG, VA 24502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

$417.41

---

**3.248** | Nonpriority creditor's name and mailing address
**PLEWS INC**
**PO BOX 772948**
**CHICAGO, IL 60677-0248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,765.03

---

**3.249** | Nonpriority creditor's name and mailing address
**PORTER'S AUTOMOTIVE , INC**
**2715 WILLIAMSON ROAD**
**ROANOKE, VA 24012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$93.00

---

**3.250** | Nonpriority creditor's name and mailing address
**POTEAT'S AUTO PARTS -11**
**1906 N MAIN ST**
**KANNAPOLIS, NC 28081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$957.00

---

**3.251** | Nonpriority creditor's name and mailing address
**POWER STOP LLC**
**6112C W. 73RD STREET**
**BEDFORD PARK, IL 60638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$346,602.89

---

**3.252** | Nonpriority creditor's name and mailing address
**POWERMAX USA**
**11750 JERSEY BLVD**
**RANCHO CUCAMONGA, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,844.96

---

Debtor  **Auto Supply Company, Inc.**
_____  Case number _(if known)_ _____
Name

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $119,759.77 |
|---|---|---|---|

**PREMIUM GUARD INC**
**P.O. BOX 105328**
**ATLANTA, GA 30348-5328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $92,973.83 |
|---|---|---|---|

**PRIME AUTOMOTIVE WAREHOUSE**
**P.O. BOX 741554**
**ATLANTA, GA 30374-1154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $333.66 |
|---|---|---|---|

**PROTECTION 1 ALARM**
**MONITORING INC**
**P.O. BOX 219044**
**KANSAS CITY, MO 64121-9044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**PSNC ENERGY**
**P.O. BOX 100256**
**COLUMBIA, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number  **8541**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**PSNC ENERGY**
**P.O. BOX 100256**
**COLUMBIA, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number  **2525**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $561.40 |
|---|---|---|---|

**PUBLIC SERVICE COMPANY OF**
**PAYMENT CENTER**
**P. O. BOX 100256**
**COLUMBIA, SC 29202-3256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $124,810.08 |
|---|---|---|---|

**R & B, INC.**
**P. O. BOX 8500 (S-4565)**
**PHILADELPHIA, PA 19178-4565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.260** Nonpriority creditor's name and mailing address

**R DANIEL LUPER**
**2401 WINDMERE DRIVE**
**WINSTON SALEM, NC 27103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$218,762.94**

---

**3.261** Nonpriority creditor's name and mailing address

**R DANIEL LUPER**
**2401 WINDMERE DRIVE**
**WINSTON SALEM, NC 27103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stock Redemption**

Is the claim subject to offset? ■ No ☐ Yes

**$24,406.21**

---

**3.262** Nonpriority creditor's name and mailing address

**REMY INC**
**P.O. BOX 930197**
**ATLANTA, GA 31193-0197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$32,854.50**

---

**3.263** Nonpriority creditor's name and mailing address

**REPUBLIC SERVICES-01**
**PO BOX 9001099**
**LOUISVILLE, KY 40290-1099**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,046.91**

---

**3.264** Nonpriority creditor's name and mailing address

**RIVERS, DAVID**
**402 ELAINE PLACE**
**GARNER, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$205.55**

---

**3.265** Nonpriority creditor's name and mailing address

**ROANOKE GAS COMPANY**
**P.O. BOX 70848**
**CHARLOTTE, NC 28272-0848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$205.11**

---

**3.266** Nonpriority creditor's name and mailing address

**RODERICK CORDER**
**3837 MAMIE MAY RD**
**FRANKLINVILLE, NC 27248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$518.02**

---

Debtor **Auto Supply Company, Inc.**　　　　　　　　　　　Case number (if known) _____

　　　　　Name

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.72 |

**S.M. ARNOLD, INC**
**7901 MICHIGAN AVE**
**SAINT LOUIS, MO 63111-4103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.87 |

**SIMON'S AUTO SALES**
**13430 US HWY 70 EAST**
**CLAYTON, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,631.01 |

**SOUTHERN TIRE SALES**
**615 CHAPEL HILL ROAD**
**BURLINGTON, NC 27215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SPECTRUM BUSINESS**
**ATTN: RECOVERY DEPARTMENT**
**3347 PLATT SPRINGS ROAD**
**WEST COUMBIA, SC 29170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __3201__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SPECTRUM BUSINESS**
**ATTN: RECOVERY DEPARTMENT**
**3347 PLATT SPRINGS ROAD**
**WEST COUMBIA, SC 29170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __0301__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SPECTRUM BUSINESS**
**ATTN: RECOVERY DEPARTMENT**
**3347 PLATT SPRINGS ROAD**
**WEST COUMBIA, SC 29170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __1001__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,397.74 |

**STANDARD MOTOR PRODUCTS**
**93307 NETWORK PLACE**
**CHICAGO, IL 60673-1933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.86 |
|---|---|---|---|

**STATE OF NC - EPROC**
**P.O. BOX 752167**
**CHARLOTTE, NC 28275-2167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $710.00 |
|---|---|---|---|

**SUNLAND FIRE PROTECTION**
**P.O. BOX 277**
**JAMESTOWN, NC 27282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $540.00 |
|---|---|---|---|

**SUPER CLEAN SERVICES**
**2926 DURANT DRIVE**
**WINSTON SALEM, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,959.52 |
|---|---|---|---|

**T K S ELECTRICAL CONTRACT**
**P.O. BOX 863**
**RURAL HALL, NC 27045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $424.51 |
|---|---|---|---|

**TAG AUTO SERVICE**
**11048 CLEVELAND RD**
**GARNER, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $383.33 |
|---|---|---|---|

**TALK OF THE TOWN COUPONS**
**1937 FLEMING ROAD**
**GREENSSBORO, NC 27410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Advertising__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17.47 |
|---|---|---|---|

**TAYLOR MOTOR COMPANY**
**P.O. BOX 267**
**WAYNESVILLE, NC 28786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Auto Supply Company, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

3.281   **Nonpriority creditor's name and mailing address**

**TECHNICAL CHEMICAL COMP.**
**3327 PIPELINE ROAD**
**CLEBUME, TX 76033-0139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$11,923.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Trade debt**__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.282   **Nonpriority creditor's name and mailing address**

**TENNECO AUTOMOTIVE OPERAT**
**C/O TENNECO AUTOMOTIVE RS**
**3864 SOLUTIONS CENTER**
**CHICAGO, IL 60677-3008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$23,400.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Trade debt**__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.283   **Nonpriority creditor's name and mailing address**

**TERMINIX COMPANY**
**CENTRAL ACCOUNTING OFFICE**
**P. O. BOX 14009**
**GREENSBORO, NC 27415-4009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$52.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Pest Control**__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.284   **Nonpriority creditor's name and mailing address**

**TERRY LABONTE CHEVROLET**
**P.O. BOX 77758**
**GREENSBORO, NC 27417-7758**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,468.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Trade debt**__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.285   **Nonpriority creditor's name and mailing address**

**THE CITY OF MOUNT AIRY UTILITIES**
**300 S. MAIN STREET**
**MOUNT AIRY, NC 27030**

Date(s) debt was incurred _

Last 4 digits of account number _**2370**_

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**NOTICE ONLY**__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.286   **Nonpriority creditor's name and mailing address**

**THE TIMKEN CORPORATION**
**28838 NETWORK PLACE**
**CHICAGO, IL 60673-1288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$160,743.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Trade debt**__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.287   **Nonpriority creditor's name and mailing address**

**THOMSON FINANCIAL**
**P.O. BOX 415983**
**BOSTON, MA 02241-5983**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$190.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Trade debt**__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Auto Supply Company, Inc.**
        Name                                               Case number (if known)

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241.71**
---|---|---|---
| **TIME WARNER CABLE** | ☐ Contingent |
| **BOX 223085** | ☐ Unliquidated |
| **PITTSBURGH, PA 15251-2085** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | **Basis for the claim:** __Utilities__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
---|---|---|---
| **TOWN OF KERNERSVILLE UTILITIES** | ☐ Contingent |
| **P.O. BOX 728** | ☐ Unliquidated |
| **KERNERSVILLE, NC 27285-0728** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | **Basis for the claim:** __NOTICE ONLY__ |
| Last 4 digits of account number _2380_ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,832.13**
---|---|---|---
| **TRANSCEDAR LTD/MOTORAD** | ☐ Contingent |
| **DEPT# 30796** | ☐ Unliquidated |
| **P O BOX 790126** | ☐ Disputed |
| **ST LOUIS, MO 63179** | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.90**
---|---|---|---
| **TRANSTAR INDUSTRIES INC** | ☐ Contingent |
| **501 COUNTRY ROAD 30** | ☐ Unliquidated |
| **FLORENCE, AL 35634** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | **Basis for the claim:** __Trade debt__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.81**
---|---|---|---
| **TURN KEY TIRE** | ☐ Contingent |
| **1340 BOBBITT DRIVE** | ☐ Unliquidated |
| **GARNER, NC 27529** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | **Basis for the claim:** __Trade debt__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262,510.64**
---|---|---|---
| **TUWELLA, LLC** | ☐ Contingent |
| **PO BOX 4859** | ☐ Unliquidated |
| **WINSTON SALEM, NC 27115** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | **Basis for the claim:** __Rent__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,072.00**
---|---|---|---
| **UCI GOLDSBORO (18)** | ☐ Contingent |
| **P O BOX 780** | ☐ Unliquidated |
| **GOLDSBORO, NC 27533** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | **Basis for the claim:** __Trade debt__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor    **Auto Supply Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.22** |

**UNIFIRST CORPORATION**
**526 PINEY GROVE ROAD**
**KERNERSVILLE, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,557.95** |

**UNITED PAPER COMPANY**
**DIV OF HUFF PAPER CO**
**P.O. BOX 7696**
**RICHMOND, VA 23231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$860.24** |

**UNITED PARCEL SERVICE**
**P. O. BOX 7247-0244**
**PHILADELPHIA, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Carrier services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118,303.13** |

**UQUALITY AUTOMOTIVE PROD.**
**DEPT LA 22888**
**PASADENA, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$703.09** |

**US 70 INSPECTIONS**
**716 US HWY 70 BUS WEST**
**GARNER, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,115.06** |

**VALSPAR LOCKBOX 741667**
**P,O BOX 741667**
**ATLANTA, GA 30374-1667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,471.99** |

**VALVOLINE LLC**
**P. O. BOX 117131**
**ATLANTA, GA 30368-7131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Auto Supply Company, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.76** |

**VANN YORK CHEVROLET INC**
**321 EASTCHESTER DRIVE**
**HIGH POINT, NC 27262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.20** |

**VERIZON**
**P O BOX 4830**
**TRENTON, NJ 08650-4830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cell Phone Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$581.48** |

**VESTAL PONTIAC, BUICK GMC**
**900 HIGHWAY 66 SOUTH**
**KERNERSVILLE, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$336.15** |

**VISTA-PRO AUTOMOTIVE, LLC**
**75 REMITTANCE DRIVE**
**SUITE 6007**
**CHICAGO, IL 60675-6007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$376.06** |

**WALKER AUTOMOTIVE STORES**
**P O BOX 19348**
**RALEIGH, NC 27619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**WASTE INDUSTRIES, INC.**
**3301 BENSON DRIVE**
**SUITE 601**
**RALEIGH, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **3968**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**WASTE INDUSTRIES, INC.**
**3301 BENSON DRIVE**
**SUITE 601**
**RALEIGH, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  **0344**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auto Supply Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.309**

**Nonpriority creditor's name and mailing address**

**WASTE INDUSTRIES, INC.**
**3301 BENSON DRIVE**
**RALEIGH, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _ **0345**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.310**

**Nonpriority creditor's name and mailing address**

**WASTE MANAGMENT**
**1001 FANNIN, SUITE 4000**
**HOUSTON, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _ **2001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.311**

**Nonpriority creditor's name and mailing address**

**WESTAR DISTRIBUTION, LLC**
**8700 ROBERT FULTON DR**
**SUITE B**
**COLUMBIA, MD 21046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$5,384.29**

---

**3.312**

**Nonpriority creditor's name and mailing address**

**WESTERN VIRGINIA WATER AU**
**P O BOX 17381**
**BALTIMORE, MD 21297-1381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

**$358.15**

---

**3.313**

**Nonpriority creditor's name and mailing address**

**WHITEHEART AND SONS CO**
**3500 N PATTERSON AVE**
**WINSTON SALEM, NC 27105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$614.99**

---

**3.314**

**Nonpriority creditor's name and mailing address**

**WINDSTREAM**
**P.O. BOX 9001013**
**LOUISVILLE, KY 40290-1013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

**$10,910.73**

---

**3.315**

**Nonpriority creditor's name and mailing address**

**WOOD'S FLEET & TRUCK CENT**
**418 WASHINGTON AVE**
**VINTON, VA 24179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$864.16**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Auto Supply Company, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,398.00** |

**WOTCO INCORPORATED**
**P.O. BOX 30502**
**CHARLOTTE, NC 28230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.14** |
|---|---|---|---|

**WRAP-IT**
**9040 HIGHVIEW LANE**
**WOODBURY, MN 55125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293.13** |
|---|---|---|---|

**WURTH USA INC.**
**P O BOX 415889**
**BOSTON, MA 02241-5889**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,791.80** |
|---|---|---|---|

**ZF SERVICES, LLC**
**P O BOX 5820**
**CAROL STREAM, IL 60197-5820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 215,424.92 |
| 5b. Total claims from Part 2 | 5b. + | $ 5,055,630.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,271,055.11 |

**Fill in this information to identify the case:**

Debtor name    **Auto Supply Company, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **EMPLOYMENT CONTRACT** | |
| State the term remaining | **ADAMS, DENNIS** |
| List the contract number of any government contract | **5790 LITTLE OAK COURT** **GRANITE FALLS, NC 28630** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **PAYROLL SERVICES** | |
| State the term remaining | **ADP** |
| List the contract number of any government contract | **ONE ROSELAND BOULEVARD** **ROSELAND, NJ 07068** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **EMPLOYMENT CONTRACT** | |
| State the term remaining | **ANDREW, KENNETH** |
| List the contract number of any government contract | **240 WELLS AVENUE** **WASHINGTON, NC 27889** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **INSURANCE** | |
| State the term remaining | **BCBS** |
| List the contract number of any government contract | **P.O. BOX 580017** **CHARLOTTE, NC 28258-0017** |

Debtor 1 **Auto Supply Company, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYMENT CONTRACT**

State the term remaining

List the contract number of any government contract

**BELL, BENJAMIN
905 WESTSIDE DR.
KERNERSVILLE, NC 27284**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **LEASE**

State the term remaining — **MONTH TO MONTH**

List the contract number of any government contract

**BINGHAM GROUP COMMERCIAL
ATTN: KEN BINGHAM
600 HWT 801 S.
ADVANCE, NC 27006**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **LEASE**

State the term remaining — **22 MONTHS**

List the contract number of any government contract

**BOYD HASSELL IND & COM PRO
200 FIRST AVE NW
SUITE 507
Hickory, NC 28601-4000**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYMENT CONTRACT**

State the term remaining

List the contract number of any government contract

**BROWN, RICHARD L
171 COUNTRY CIRCLE
ADVANCE, NC 27006**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYMENT CONTRACT**

State the term remaining

List the contract number of any government contract

**BYERLY, JENNIFER B
3966 HILLCREST CT
SOPHIA, NC 27350**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **LEASE**

State the term remaining — **37 MONTHS**

List the contract number of any

**CAUDLE COMMERCIAL ELECTRIC
208 E. BODENHAMER ST.
KERNERSVILLE, NC 27284**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **Auto Supply Company, Inc.**

First Name              Middle Name              Last Name

Case number *(if known)*



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**CHAPPELL, EDWARD G
1503 MIRIAM AVENUE
GARNER, NC 27529**

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**CHILDERS, JEROMY S
212 CATES AVE
BURLINGTON, NC 27215**

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **OFF SITE SERVER HOST** |
|---|---|---|

State the term remaining    **8 MONTHS**

List the contract number of any government contract

**DATA CHAMBERS
3310 OLD LEXINGTON RD
WINSTON-SALEM, NC 27107**

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **COMPUTER EQUIPMENT LEASE** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**DELL
DBC DELL BS CREDIT REV ACCTR
1 DELL WAY
ROUND ROCK, TX 78864**

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**EATON, STEVE M
138 EATON ROAD
MT. AIRY, NC 27030**

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** |
|---|---|---|

**ELECTROSWITCH, INC.
2010 YONKERS ROAD
RALEIGH, NC 27604**

Debtor 1  **Auto Supply Company, Inc.**
_____

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **MONTH TO MONTH** |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **MASTER LEASE AGRFEEMENT (97 VEHICLES)** |  |
|---|---|---|---|
|  | State the term remaining |  | **ENTERPRISE FLEET SERVICES 5715 WESTPARK DR. Charlotte, NC 28217** |
|  | List the contract number of any government contract | _____ |  |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **COMPUTER SYSTEM SUPPORT** |  |
|---|---|---|---|
|  | State the term remaining | **MONTH TO MONTH** | **EPICORE 804 LAS CIMAS PKWY SUITE 303 Austin, TX 78746** |
|  | List the contract number of any government contract | _____ |  |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE** |  |
|---|---|---|---|
|  | State the term remaining | **1 MONTH** | **EVANSTON INSURANCE COMPANY C.O I.G.O. INSURANCE AGENCY, INC. RALEIGH, NC 27612** |
|  | List the contract number of any government contract | _____ |  |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **FLEET CARRIER** |  |
|---|---|---|---|
|  | State the term remaining | **MONTH TO MONTH** | **FLEETGISTICS PARTSFLEET, INC. 2251 LYNX LANE SUITE 5 ORLANDO, FL 32804** |
|  | List the contract number of any government contract | _____ |  |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** |  |
|---|---|---|---|
|  | State the term remaining |  | **FORREST JR, OLLIE 100 EMORY DRIVE GREENSBORO, NC 27406** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1  **Auto Supply Company, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYMENT CONTRACT**

State the term remaining

List the contract number of any government contract

FOX, DAVID
1930 20TH AVE DR NE
APT 31
HICKORY, NC 28601

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **FREIGHT CARRIER**

State the term remaining — **MONTH TO MONTH**

List the contract number of any government contract

GEM LOGISTICS
7800 FALLS OF NEUSE ROAD
RALEIGH, NC 27624

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYMENT CONTRACT**

State the term remaining

List the contract number of any government contract

GRIMES, TAMMY
3909 NORTH MAIN STREET
HIGH POINT, NC 27265

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYMENT CONTRACT**

State the term remaining

List the contract number of any government contract

HANSEN, BRAD C
310 EAST D STREET
ERWIN, NC 28339

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYMENT CONTRACT**

State the term remaining

List the contract number of any government contract

HEDRICK, EDWARD D
102 HINKLE ST
THOMASVILLE, NC 27360

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYMENT CONTRACT**

State the term remaining

List the contract number of any

HOOD, MARK P
2533 SANDERS ROAD
WILLOW SPRING, NC 27592

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **Auto Supply Company, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** |  |
|  | State the term remaining |  | **HUTCHENS, JONATHAN B** |
|  | List the contract number of any government contract |  | **305 D SAVANNAH PLACE** **KING, NC 27021** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE AGENCY** |  |
|  | State the term remaining |  | **I.G.O INSURANCE AGENCY, INC.** |
|  | List the contract number of any government contract |  | **8117 EBENEZER CHURCH DRIVE** **RALEIGH, NC 27612** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** |  |
|  | State the term remaining |  | **INMAN, MICHAEL T** |
|  | List the contract number of any government contract |  | **110 SAPPHIRE LANE** **PILOT MTN, NC 27041** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **TELECOMMUNICATIONS** |  |
|  | State the term remaining | **MONTH TO MONTH** | **INTERMEDIA** |
|  | List the contract number of any government contract |  | **DEPARTMENT LA 24328** **PASADENA, CA 91185** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** |  |
|  | State the term remaining |  | **JONES, EDWIN** |
|  | List the contract number of any government contract |  | **110 STEEPLE HEIGHTS LANE** **MORGANTON, NC 28655** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | **JOYCE, RANDY** **161 GUINESS LANE** **MT. AIRY, NC 27030** |

Debtor 1  **Auto Supply Company, Inc.**                                        Case number *(if known)*
‎          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | State the term remaining | |
|   | List the contract number of any government contract | _____ |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | |
|   | State the term remaining | **11 MONTHS** | **JOYCE, ROY AND OLGA** |
|   | List the contract number of any government contract | _____ | **221 CREEK DRIVE**<br>**MOUNT AIRY, NC 27030** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|   | State the term remaining | | **KAPP, KARL** |
|   | List the contract number of any government contract | _____ | **286 ST. JAMES DR**<br>**WINSTON-SALEM, NC 27107** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE CONTRACT** | |
|   | State the term remaining | | **KEMP TECHNOLOGIES** |
|   | List the contract number of any government contract | _____ | **1540 BROADWAY**<br>**FL 23**<br>**NEW YORK, NY 10036** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|   | State the term remaining | | **KEY JR, CHARLES** |
|   | List the contract number of any government contract | _____ | **197 HAYWOOD DRIVE**<br>**ADVANCE, NC 27006** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|   | State the term remaining | | **KEY, C. ANDREW** |
|   | List the contract number of any government contract | _____ | **322 HANOVER ARMS CT**<br>**WINSTON-SALEM, NC 27104** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Auto Supply Company, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **KRESS, MICHAEL** |
| | List the contract number of any government contract | | **1411 N SHORE DRIVE** **SOUTHPORT, NC 28461** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **MCCLAMROCH, JOHN** |
| | List the contract number of any government contract | | **169 N SUNSET RIDGE DR** **WILLOW SPRING, NC 27592** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **MCNEIL, KENNETH C** |
| | List the contract number of any government contract | | **1903 AUTUMN** **GREENSBORO, NC 27405** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | |
|---|---|---|---|
| | State the term remaining | | **MDH PROPCO 2015-B LLC** **3715 NORTHSIDE PARKWAY NW** |
| | List the contract number of any government contract | | **NORTWEST BUILDING 400** **SUITE 240** **ATLANTA, GA 30327** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **MILLER, KEITH** |
| | List the contract number of any government contract | | **205 BLUEGRASS DR** **WARRENTON, NC 27589** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **MITCHELL JR, ROY H** |
| | List the contract number of any | | **121 OLD MURPHY ROAD** **ZEBULON, NC 27597** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1  **Auto Supply Company, Inc.**                                    Case number *(if known)*
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **IT SUPPORT** | |
|---|---|---|---|
| | State the term remaining | **10 MONTHS** | **NITOR**<br>**3630 CLEMMONS RD.**<br>**SUITE 303**<br>**CLEMMONS, NC 27012** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **PARKER II, HAROLD**<br>**226 GREENTREE ROAD**<br>**THOMASVILLE, NC 27360** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | |
|---|---|---|---|
| | State the term remaining | **MONTH TO MONTH** | **PARTLAND, LLC**<br>**P.O. BOX 4859**<br>**WINSTON-SALEM, NC 27115-4859** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **REDDICK, KEVIN**<br>**7075 TURNPIKE RD**<br>**ARCHDALE, NC 27263** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE** | |
|---|---|---|---|
| | State the term remaining | **1 MONTH** | **REPUBLIC INSURANCE AGENCY, INC.**<br>**C/O I.G.O. INSURANCE AGENCY, INC.**<br>**8117 EBENEZER CHURCH DRIVE**<br>**RALEIGH, NC** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | **RILEY, HEATHER**<br>**2703 RAINS DRIVE**<br>**HAW RIVER, NC 27258** |
|---|---|---|---|

Debtor 1    **Auto Supply Company, Inc.**                                    Case number (*if known*)
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SCHAEFER II, JOHN**<br>**279 DEER TRACK DR**<br>**BURGAW, NC 28425** |

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SCHLEY, DANIEL**<br>**2005 SANDY PORTER RD**<br>**#203**<br>**CHARLOTTE, NC 28273** |

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE CONTRACT** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SERVICE EXPRESS, INC.**<br>**3854 BROADMOOR AVE, SE**<br>**Grand Rapids, MI 49512** |

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** |
|---|---|---|
| | State the term remaining | **25 MONTHS** |
| | List the contract number of any government contract | **SMITH PROPERTIES OF WILMINGTON**<br>**800 SHIPYARD BLVD.**<br>**WILMINGTON, NC 28412** |

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** |
|---|---|---|
| | State the term remaining | **36 MONTHS** |
| | List the contract number of any government contract | **SON, SHU PING and WANG, YONG**<br>**C/O UNIVERSAL REALTY, LLC**<br>**P.O. BOX 3883**<br>**ATTN: ANGNES LAM**<br>**CARY, NC 27519** |

---

Debtor 1   **Auto Supply Company, Inc.**                                        Case number *(if known)* _____
     First Name        Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.56.**   State what the contract or lease is for and the nature of the debtor's interest     **SERVICE CONTRACT**

       State the term remaining     **MONTH TO MONTH**     **SPECTRIO**
                                                **720 BROOKER CREEK BLVD.**
       List the contract number of any government contract     **STE 215**
                                                  **OLDSMAR, FL 34677**

**2.57.**   State what the contract or lease is for and the nature of the debtor's interest     **LEASE**

       State the term remaining     **25 MONTHS**
       List the contract number of any government contract     **STRICKLAND, JEWEL**
                                                  **2604 COULTER PLACE**
                                                  **WILMINTON, NC 28409**

**2.58.**   State what the contract or lease is for and the nature of the debtor's interest     **EMPLOYMENT CONTRACT**

       State the term remaining
       List the contract number of any government contract     **SUITS, TIMOTHY**
                                                  **6527 CEDARBERRY ROAD**
                                                  **TRINITY, NC 27370**

**2.59.**   State what the contract or lease is for and the nature of the debtor's interest     **LEASE**

       State the term remaining     **20 MONTHS**
       List the contract number of any government contract     **TARLTON, BRIAN T. and TARLTON, CATHY S.**
                                                  **1058 EVANGELINE DRIVE**
                                                  **LELAND, NC 28451-7992**

**2.60.**   State what the contract or lease is for and the nature of the debtor's interest     **LEASE**

       State the term remaining     **56 MONTHS**
       List the contract number of any government contract     **THREE OAKS PARTNERS LLC**
                                                  **1131-B MILITARY CUTOFF ROAD**
                                                  **WILMINGTON, NC 28405**

**2.61.**   State what the contract or lease is for and the nature of the debtor's interest     **EMPLOYMENT CONTRACT**

       State the term remaining
       List the contract number of any     **TOPPS, DONALD A**
                                                  **99 MAPLEWOOD DRIVE**
                                                  **KNIGHTDALE, NC 27545**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      

Debtor 1  **Auto Supply Company, Inc.**                          Case number (*if known*) _____
_____
First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   | government contract | |
|---|---|---|---|

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE** | |
|---|---|---|---|
| | State the term remaining | | **TRAVELERS INSURANCE** |
| | List the contract number of any government contract | | **C/O I.G.O. INSURANCE AGENCY, INCL**<br>**8117 EBENEZER CHURCH DRIVE**<br>**RALEIGH, NC 27612** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | |
|---|---|---|---|
| | State the term remaining | **7 MONTHS** | **TUWELLA, LLC** |
| | List the contract number of any government contract | | **P.O. BOX 4859**<br>**WINSTON, NC 27115-4859** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | |
|---|---|---|---|
| | State the term remaining | **45 MONTHS** | **TUWELLA, LLC** |
| | List the contract number of any government contract | | **P.O. BOX 4859**<br>**WINSTON, NC 27115-4859** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Telecommunications** | |
|---|---|---|---|
| | State the term remaining | **30 MONTHS** | **TWC/SPECTRUM** |
| | List the contract number of any government contract | | **1900 BLUECREST LANE**<br>**SAN ANTONIO, TX 78247** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE** | |
|---|---|---|---|
| | State the term remaining | **1 MONTH** | **UTICA INSURANCE COMPANY** |
| | List the contract number of any government contract | | **C/O I.G.O. INSURANCE AGENCY, INC.**<br>**8117 EBENEZER CHURCH DRIVE**<br>**RALEIGH, NC 27612** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | **VANEMAN, ERNEST P**<br>**104 LEEWAY COURT**<br>**CLAYTON, NC 27520** |
|---|---|---|---|

Debtor 1 **Auto Supply Company, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | | |
|---|---|---|---|
|  | List the contract number of any government contract | | _____ |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Telecommunications** | |
|---|---|---|---|
|  | State the term remaining | **MONTH TO MONTH** | **VERIZON** |
|  | List the contract number of any government contract | | **P.O. BOX 4001** |
|  | | | **ACWORTH, GA 30101** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
|  | State the term remaining | | **WALLACE, MICHAEL B** |
|  | List the contract number of any government contract | | **245 WOODGREEN DR** |
|  | | | **ABERDEEN, NC 28315** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
|  | State the term remaining | | **WARD, RICKY** |
|  | List the contract number of any government contract | | **140 MAYNARD DRIVE** |
|  | | | **WINSTON-SALEM, NC 27107** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
|  | State the term remaining | | **WHITE, WILLIAM P** |
|  | List the contract number of any government contract | | **2920 WHEAT MEADOW LANE** |
|  | | | **CHARLOTTE, NC 28270** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT CONTRACT** | |
|---|---|---|---|
|  | State the term remaining | | **WOMACK, DAVID** |
|  | List the contract number of any government contract | | **117 WINDOVER LANE** |
|  | | | **WINSTON-SALEM, NC 27107** |

**Fill in this information to identify the case:**

Debtor name    **Auto Supply Company, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **KEY JR, CHARLES and KEY, KAREN** | **197 HAYWOOD DRIVE ADVANCE, NC 27006** | **WELLS FARGO BANK, NA** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **PARTLAND, LLC** | **P.O. BOX 4859 Winston Salem, NC 27115-4859** | **WELLS FARGO BANK, NA** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Auto Supply Company, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$560,000.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$37,043,415.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$55,502,147.00** |
| **For the fiscal year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$59,323,406.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  **Auto Supply Company, Inc.**                                                Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **(See Attached List)** | | **$5,684,207.38** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **KEY JR, CHARLES**<br>**197 HAYWOOD DRIVE**<br>**ADVANCE, NC 27006** | | **$8,071.70** | |
| 4.2.  **KEY JR, CHARLES**<br>**197 HAYWOOD DRIVE**<br>**ADVANCE, NC 27006** | | **$19,246.16** | **Health Insurance Premiums** |
| 4.3.  **KEY JR, CHARLES**<br>**197 HAYWOOD DRIVE**<br>**ADVANCE, NC 27006** | | **$159,749.15** | **Earnings/Salary** |
| 4.4.  **KEY JR, CHARLES**<br>**197 HAYWOOD DRIVE**<br>**ADVANCE, NC 27006** | | **$400.00** | **Expense Reimbursement** |
| 4.5.  **KAPP, KARL**<br>**286 ST. JAMES DR**<br>**WINSTON-SALEM, NC 27107** | | **$159,384.89** | **Earnings/Salary** |
| 4.6.  **KAPP, KARL**<br>**286 ST. JAMES DR**<br>**WINSTON-SALEM, NC 27107** | | **$12,402.36** | **Health Insurance** |

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Auto Supply Company, Inc.**                              Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **GASTONIA POLICE FOUNDATION** | **CASH** | **3/23/2017** | **$1,125.00** |
| Recipients relationship to debtor<br>**None** | | | |
| 9.2.  **AMERICAN DIABETES ASSOCIATION** | **CASH** | **9/8/2017** | **$1,398.00** |
| Recipients relationship to debtor<br>**None** | | | |

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

Debtor    __Auto Supply Company, Inc.__                                    Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | BLANCO TACKABERY<br>110 S. STRATFORD RD.<br>SUITE 500<br>WINSTON-SALEM, NC<br>27104-4299 | | 1/5/2018 | $104,197.50 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | THE FINLEY GROUP<br>212 S. TRYON ST.<br>SUITE 1050<br>CHARLOTTE, NC 28281 | | 1/5/2018 | $107,809.87 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

Debtor    **Auto Supply Company, Inc.**                                     Case number *(if known)*

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **CUSTOMER CREDIT CARD AND PERSONAL INFORMATION**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| AUTO SUPPLY COMPANY 401K PLAN | EIN: 56-1542433 |

        Has the plan been terminated?
        ■ No
        ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor    **Auto Supply Company, Inc.**                              Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

Debtor    **Auto Supply Company, Inc.**                                      Case number *(if known)*

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **KAPP, KARL**<br>**286 ST. JAMES DR**<br>**WINSTON-SALEM, NC 27107** | **7/17/06 to present** |
| 26a.2. | **HARRIS, DENISE L**<br>**107 JOSIE LANE**<br>**KING, NC 27021** | **9/4/12 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **DIXON HUGHES GOODMAN, LLP**<br>**100 N. MAIN ST.**<br>**SUITE 2300**<br>**WINSTON-SALEM, NC 27101** | **2002 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **HARRIS, DENISE L**<br>**107 JOSIE LANE**<br>**KING, NC 27021** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **AC DELCO/GM**<br>**6200 GRAND POINT DR.**<br>**MAIL CODE 485-303-713**<br>**GRAND BLANC, MI 48439** |
| 26d.2. | **FORD MOTOR COMPANY**<br>**Ford Customer Service Division**<br>**Credit Department**<br>**P.O. BOX 6220**<br>**Dearborn, MI 48121** |

---

Debtor    **Auto Supply Company, Inc.**

Case number *(if known)*

| Name and address |
|---|
| 26d.3.  **ENTERPRISE FLEET SERVICES**<br>**5715 WESTPARK DR.**<br>**CHARLOTTE, NC 28217** |
| 26d.4.  **WELLS FARGO BANK, NA**<br>**110 EAST BROWARD BLVD**<br>**SUITE 1100**<br>**FORT LAUDERDALE, FL 33301** |
| 26d.5.  **FISHER AUTO PARTS, INC.**<br>**PO BOX 2246**<br>**STAUNTON, VA** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **KEY JR, CHARLES** | **197 HAYWOOD DRIVE**<br>**ADVANCE, NC 27006** | **CEO** | **53.21%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **LUPER, DANNY** | **2401 WINDMERE DRIVE**<br>**WINSTON-SALEM, NC 27103** | **VP** | **46.79%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Auto Supply Company, Inc.**                                    Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Auto Supply Company, Inc.**                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  8, 2018**

**/s/ Charles A. Key, Jr.**                              **Charles A. Key, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

PART 2 QUESTION 3

ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS (PART 2) NO. 3.1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | AMOUNT OF VALUE | DATES | REASON |
|---|---|---|---|---|---|---|---|---|
| ACE TOOL COMPANY | LOCK BOX #53691 | | ATLANTA | GA | 30353-6491 | 9,165.46 | 9/10/2017 | SUPPLIES |
| | | | | | | 21,650.81 | 12/5/2017 | |
| | | | | | | 30,816.27 | TOTAL | |
| ADP BOX 842875 | PNC BANK C/O ADP LLC | 20 COMMERCE WAY, STE 800 | WOBURN | MA | 01801-1057 | 5,693.06 | 8/28/2017 | PAYROLL SERVICE |
| | | | | | | 1,880.81 | 9/10/2017 | |
| | | | | | | 1,741.86 | 10/10/2017 | |
| | | | | | | 14,489.97 | 11/15/2017 | |
| | | | | | | 5,360.56 | 12/19/2017 | |
| | | | | | | 29,166.26 | TOTAL | |
| AETNA | P.O. BOX 88860 | | CHICAGO | IL | 60695-1860 | 5,367.59 | 10/4/2017 | INSURANCE |
| | | | | | | 5,238.46 | 10/31/2017 | |
| | | | | | | 4,865.50 | 11/30/2017 | |
| | | | | | | 15,471.55 | TOTAL | |
| AISIN WORLD CORP OF AMERICAN | DEPT LA 24254 | | PASADENA | CA | 91185-4254 | 1,265.56 | 7/28/2017 | SUPPLIES |
| | | | | | | 1,931.61 | 8/11/2017 | |
| | | | | | | 4,803.67 | 9/10/2017 | |
| | | | | | | 8,000.84 | TOTAL | |
| AMALIE OIL | P.O. BOX 9744 | | CHICAGO | IL | 60690-7544 | 53,578.98 | 12/18/2017 | SUPPLIES |
| AMERICAN AUTO SUPPLY CO. | P.O. BOX 4182 | | ARCHDALE | NC | 27263 | 326.98 | 5/23/2017 | SUPPLIES |
| | | | | | | 1,002.39 | 6/15/2017 | |
| | | | | | | 926.72 | 7/14/2017 | |
| | | | | | | 125.00 | 7/28/2017 | |
| | | | | | | 1,660.06 | 8/10/2017 | |
| | | | | | | 811.55 | 9/10/2017 | |
| | | | | | | 2,739.85 | 12/4/2017 | |
| | | | | | | 7,592.55 | TOTAL | |
| AMERICAN EXPRESS | P.O. BOX 1270 | | NEWARK | NJ | 07101-1270 | 161.90 | 10/31/2017 | CREDIT CARD PAYMENTS |
| | | | | | | 40,210.42 | 10/31/2017 | |
| | | | | | | 40,372.32 | TOTAL | |
| AMERICAN HERITAGE LIFE | P.O. BOX 650514 | | DALLAS | TX | 75265-0514 | 2,175.72 | 11/15/2017 | INSURANCE |
| | | | | | | 2,175.72 | 12/6/2017 | |
| | | | | | | 1,965.04 | 12/15/2017 | |
| | | | | | | 2,175.72 | 12/15/2017 | |
| | | | | | | 8,492.20 | TOTAL | |
| AMSOIL INC. | 925 TOWER AVE. | | SUPERIOR | WI | 54880 | 4,800.43 | 9/10/2017 | |
| | | | | | | 2,275.18 | 11/13/2017 | |
| | | | | | | 1877.55 | 12/12/2017 | |
| | | | | | | 8,953.16 | TOTAL | |

PART 2 QUESTION 3

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS (PART 2) NO. 3.1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | AMOUNT OF VALUE | DATES | REASON |
|---|---|---|---|---|---|---|---|---|
| BB&T 401K | P. O. BOX 580363 | | CHARLOTTE | NC | 28258-0363 | 18,815.97 | 10/16/2017 | |
| | | | | | | 18,837.88 | 10/30/2017 | |
| | | | | | | 17,480.49 | 11/13/2017 | |
| | | | | | | 17,412.43 | 11/27/2017 | |
| | | | | | | 16,587.08 | 12/11/2017 | |
| | | | | | | 10,852.95 | 1/4/2018 | |
| | | | | | | 99,986.80 | TOTAL | |
| BB&T BANKCARD CENTER | P. O. BOX 580363 | | CHARLOTTE | NC | 28258-0363 | 42,133.94 | 10/31/2017 | CREDIT CARD PAYMENTS |
| | | | | | | 63,296.06 | 12/18/2017 | |
| | | | | | | 61,909.26 | 11/15/2017 | |
| | | | | | | 33,800.11 | 1/3/2018 | |
| | | | | | | 201,139.37 | TOTAL | |
| BBB INDUSTRIES | DEPT #30761 | P.O. BOX 790126 | ST LOUIS | MO | 63179-0126 | 108,103.58 | 10/19/2017 | SUPPLIES |
| | | | | | | 59623.91 | 11/21/2017 | |
| | | | | | | 70093.05 | 12/21/2017 | |
| | | | | | | 237,820.54 | TOTAL | |
| BCBS OF NORTH CAROLINA | P.O. BOX 580017 | | CHARLOTTE | NC | 28258-0017 | 28,656.32 | 8/28/2017 | INSURANCE |
| | | | | | | 6,291.59 | 11/9/2017 | |
| | | | | | | 28,004.29 | 11/15/2017 | |
| | | | | | | 4,185.18 | 11/16/2017 | |
| | | | | | | 7,412.46 | 11/24/2017 | |
| | | | | | | 26,524.15 | 11/27/2017 | |
| | | | | | | 27,096.39 | 11/27/2017 | |
| | | | | | | 19,612.04 | 11/30/2017 | |
| | | | | | | 6,918.74 | 12/8/2017 | |
| | | | | | | 18,407.95 | 12/14/2017 | |
| | | | | | | 11,841.88 | 12/21/2017 | |
| | | | | | | 22,087.32 | 1/2/2018 | |
| | | | | | | 207,038.31 | TOTAL | |
| BINGHAM GROUP COMMERICAL | 600 HWY 801 SOUTH | | ADVANCE | NC | 27006 | 1,625.00 | 9/1/2017 | RENT |
| | | | | | | 1,625.00 | 10/2/2017 | |
| | | | | | | 1,625.00 | 10/2/2017 | |
| | | | | | | 1,625.00 | 11/1/2017 | |
| | | | | | | 1,625.00 | 12/12/2017 | |
| | | | | | | 8,125.00 | TOTAL | |
| BLANCO TACKABERRY COMBS | STRATFORD POINT BUILDING (5TH FLOO | 110 SOUTH STRATFORD ROAD | WINSTON-SALEM | NC | 27104-4299 | 147.50 | 10/18/2017 | PROFESSIONAL FEES |
| | | | | | | 1,240.00 | 5/24/2017 | |
| | | | | | | 442.50 | 7/14/2017 | |
| | | | | | | 1,180.00 | 9/10/2017 | |
| | | | | | | 40,615.45 | 12/6/2017 | |
| | | | | | | 104,197.50 | 1/5/2018 | |
| | | | | | | 80,000.00 | 1/5/2018 | |
| | | | | | | 227,822.95 | TOTAL | |
| BOYD & HASSELL LLC | 200 FIRST AVENUE, NW | SUITE 507 | HICKORY | NC | 28601 | 2,704.00 | 10/2/2017 | RENT |
| | | | | | | 2,704.00 | 11/1/2017 | |
| | | | | | | 2,704.00 | 12/12/2017 | |
| | | | | | | 315,934.95 | TOTAL | |

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS (PART 2) NO. 3.1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | AMOUNT OF VALUE | DATES | REASON |
|---|---|---|---|---|---|---|---|---|
| BRIAN T & CATHY S TARLTON | 1058 EVANGELINE DRIVE | | LELAND | NC | 28451-7992 | 1,419.00 | 9/1/2017 | RENT |
| | | | | | | 4,639.00 | 9/1/2017 | |
| | | | | | | 4,639.00 | 11/1/2017 | |
| | | | | | | 4,639.00 | 11/1/2017 | |
| | | | | | | 1,419.00 | 11/1/2017 | |
| | | | | | | 1,419.00 | 11/1/2017 | |
| | | | | | | 18,174.00 | TOTAL | |
| CAROLINA HANDLING LLC | P.O. BOX 890352 | CHARLOTTE | CHARLOTTE | NC | 28289-0352 | 1,167.43 | 5/24/2017 | SERVICES |
| | | | | | | 4,192.24 | 7/14/2017 | |
| | | | | | | 123.29 | 7/28/2017 | |
| | | | | | | 359.51 | 8/11/2017 | |
| | | | | | | 1,429.46 | 10/30/2017 | |
| | | | | | | 7,271.93 | TOTAL | |
| CAUDILL'S COMMERCIAL ELEC | 208 BODENHAMER STREET | | KERNERSVILLE | NC | 27284 | 2,500.00 | 9/1/2017 | RENT |
| | | | | | | 2,500.00 | 10/2/2017 | |
| | | | | | | 2,500.00 | 11/1/2017 | |
| | | | | | | 2,500.00 | 12/12/2017 | |
| | | | | | | 10,000.00 | TOTAL | |
| COASTAL EQUIPMENT INC | 469 BELT ROAD | | HAMPSTEAD | NC | 28443 | 6,000.00 | 9/1/2017 | SUPPLIES |
| | | | | | | 6,000.00 | TOTAL | |
| DATACHAMBERS LLC | 3310 OLD LEXINGTON ROAD | | WINSTON-SALEM | NC | 27107 | 1,490.00 | 10/2/2017 | SUPPLIES |
| | | | | | | 1,490.00 | 10/30/2017 | |
| | | | | | | 1,490.00 | 11/24/2017 | |
| | | | | | | 1,490.00 | 12/19/2017 | |
| | | | | | | 5,960.00 | TOTAL | |
| DELL FINANCIAL SERVICES | PAYMENT PROCESSING CTR | P.O. BOX 5292 | CAROL STREAM | IL | 60197-5292 | 875.96 | 9/10/2017 | SECURED DEBT |
| | | | | | | 1,745.99 | 10/2/2017 | |
| | | | | | | 2,621.95 | 10/30/2017 | |
| | | | | | | 2,592.95 | 11/24/2017 | |
| | | | | | | 7,836.85 | TOTAL | |
| DENSO PRODUCTS & SERVICES | P.O. BOX 601009 | | PASADENA | CA | 91189-1009 | 24,511.86 | 8/11/2017 | SUPPLIES |
| | | | | | | 24,278.80 | 9/10/2017 | |
| | | | | | | 48,790.66 | TOTAL | |
| DIXON HUGHES GOODMAN LLP | P.O. BOX 602828 | | CHARLOTTE | NC | 28260-2828 | 17,016.00 | 1/5/2018 | PROFESSIONAL FEES |
| DNJ ENGINE COMPONENTS-18 | FILE 50186 | | LOS ANGELES | CA | 90074-0186 | 245.07 | 9/10/2017 | SUPPLIES |
| | | | | | | 3,395.75 | 9/10/2017 | |
| | | | | | | 3,581.35 | 10/10/2017 | |
| | | | | | | 151.40 | 10/10/2017 | |
| | | | | | | 3,177.53 | 12/5/2017 | |
| | | | | | | 10,551.10 | TOTAL | |

PART 2 QUESTION 3

ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS (PART 2) NO. 3.1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | AMOUNT OF VALUE | DATES | REASON |
|---|---|---|---|---|---|---|---|---|
| DUKE ENERGY | P. O. BOX 70516 | | CHARLOTTE | NC | 28272-0516 | 8,193.99 | 9/10/2017 | UTILITIES |
| | | | | | | 1,210.55 | 9/10/2017 | |
| | | | | | | 489.39 | 9/10/2017 | |
| | | | | | | 913.87 | 10/2/2017 | |
| | | | | | | 779.54 | 10/2/2017 | |
| | | | | | | 581.35 | 10/2/2017 | |
| | | | | | | 392.68 | 10/2/2017 | |
| | | | | | | 1,234.93 | 10/12/2017 | |
| | | | | | | 610.70 | 10/12/2017 | |
| | | | | | | 6,136.83 | 10/30/2017 | |
| | | | | | | 345.78 | 10/30/2017 | |
| | | | | | | 6,180.13 | 11/24/2017 | |
| | | | | | | 1,434.13 | 11/24/2017 | |
| | | | | | | 394.83 | 11/24/2017 | |
| | | | | | | 566.18 | 12/7/2017 | |
| | | | | | | 278.78 | 12/7/2017 | |
| | | | | | | 2,227.64 | 12/19/2017 | |
| | | | | | | 713.94 | 12/19/2017 | |
| | | | | | | 3,499.01 | 1/2/2018 | |
| | | | | | | 661.45 | 1/2/2018 | |
| | | | | | | 328.77 | 1/2/2018 | |
| | | | | | | 37,174.47 | TOTAL | |
| ELECTROSWITCH | 2010 YONKERS ROAD | | RALEIGH | NC | 27604 | 6,102.00 | 10/2/2017 | RENT |
| | | | | | | 6,102.00 | 11/1/2017 | |
| | | | | | | 6,102.00 | 12/12/2017 | |
| | | | | | | 18,306.00 | TOTAL | |
| ENGINE PARTS WAREHOUSE | P O BOX 836300 | DEPT # 146 | LOUISVILLE | KY | 40285 | 1,418.86 | 8/10/2017 | SUPPLIES |
| | | | | | | 2,561.57 | 9/10/2017 | |
| | | | | | | 3,633.81 | 12/6/2017 | |
| | | | | | | 10.78 | 12/28/2017 | |
| | | | | | | 7,625.02 | TOTAL | |
| ENTERPRISE FLEET MGMT | CUSTOMER BILLING | P.O. BOX 800089 | KANSAS CITY | MO | 64180-0089 | 26,993.93 | 10/5/2017 | VEHICLE LEASING |
| | | | | | | 23,348.39 | 11/21/2017 | |
| | | | | | | 24,091.88 | 12/5/2017 | |
| | | | | | | 74,434.20 | TOTAL | |
| EPICOR SOFTWARE CORP | P.O. BOX 671069 | | DALLAS | TX | 75267-1069 | 11,393.35 | 9/10/2017 | SERVICES |
| | | | | | | 2,520.42 | 9/10/2017 | |
| | | | | | | 11,393.35 | 10/10/2017 | |
| | | | | | | 498.06 | 11/10/2017 | |
| | | | | | | 11,393.35 | 10/30/2017 | |
| | | | | | | 1,021.00 | 10/30/2017 | |
| | | | | | | 22,786.70 | 12/19/2017 | |
| | | | | | | 2,010.49 | 12/19/2017 | |
| | | | | | | 2,520.42 | 12/19/2017 | |
| | | | | | | 65,537.14 | TOTAL | |
| UQUALITY AUTOMOTIVE PROD. | DEPT LA 22888 | | PASADENA | CA | 91185 | 44,676.03 | 9/20/2017 | SUPPLIES |
| FCS AUTOMOTIVE | 31800 RESEARCH PARK DRIVE | | MADISON HEIGHTS | MI | 48071 | 7,613.31 | 10/25/2017 | SUPPLIES |

PART 2 QUESTION 3

ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS (PART 2) NO. 3.1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | AMOUNT OF VALUE | DATES | REASON |
|---|---|---|---|---|---|---|---|---|
| FIDELITY SECURITY LIFE IN | P.O. BOX 71250 | | PHILADELPHIA | PA | 19176-6250 | 1,384.67 | 11/15/2017 | INSURANCE |
| | | | | | | 1,244.28 | 11/15/2017 | |
| | | | | | | 1,405.14 | 12/6/2017 | |
| | | | | | | 1,362.57 | 12/6/2017 | |
| | | | | | | 953.00 | 1/2/2018 | |
| | | | | | | 6,349.66 | TOTAL | |
| THE FINLEY GROUP | 212 S. TRYON ST. | SUITE 1050 | CHARLOTTE | NC | 28281 | 15,000.00 | 11/7/2017 | PROFESSIONAL FEES |
| | | | | | | 15,000.00 | 11/16/2017 | |
| | | | | | | 53,066.95 | 12/21/2017 | |
| | | | | | | 50,000.00 | 1/5/2018 | |
| | | | | | | 20,000.00 | 1/5/2018 | |
| | | | | | | 153,066.95 | TOTAL | |
| FISHER AUTO PARTS | PO BOX 2246 | | STAUNTON | VA | 24402-2246 | 48,590.35 | 10/13/2017 | SUPPLIES |
| | | | | | | 12,361.93 | 10/23/2017 | |
| | | | | | | 872.57 | 10/30/2017 | |
| | | | | | | 280.00 | 11/20/2017 | |
| | | | | | | 87.36 | 11/29/2017 | |
| | | | | | | 1,368.76 | 1/4/2017 | |
| | | | | | | 214.18 | 1/4/2018 | |
| | | | | | | 41.91 | 1/4/2018 | |
| | | | | | | 63,817.06 | TOTAL | |
| FLEET FUELING | P.O. BOX 6293 | | CAROL STREAM | IL | 60197-6293 | 30,299.08 | 10/24/2017 | SUPPLIES |
| | | | | | | 28,593.81 | 11/27/2017 | |
| | | | | | | 26,505.38 | 12/27/2017 | |
| | | | | | | 26,505.38 | 12/27/2017 | |
| | | | | | | 111,903.65 | TOTAL | |
| FORD MOTOR COMPANY | BANK OF NEW YORK MELLON | DEPT CH 14147 FCSD-ICC | PALATINE | IL | 60055-4147 | 40,914.81 | 10/16/2017 | SUPPLIES |
| | | | | | | 52,835.19 | 10/16/2017 | |
| | | | | | | 93,750.00 | TOTAL | |
| GB REMANUFACTURING INC | 2040 E CHERRY INDUSTRIAL | | LONG BEACH | CA | 90805-4410 | 7,590.59 | 7/28/2017 | SUPPLIES |
| | | | | | | 2,821.50 | 8/11/2017 | |
| | | | | | | 6,844.50 | 9/10/2017 | |
| | | | | | | 25,967.49 | 12/22/2017 | |
| | | | | | | 43,224.08 | TOTAL | |
| GEM LOGISTICS INC | P.O. BOX 35382 | | GREENSBORO | NC | 27425 | 14,200.00 | 9/10/2017 | SUPPLIES |
| | | | | | | 5,590.00 | 11/10/2017 | |
| | | | | | | 7,910.00 | 11/10/2017 | |
| | | | | | | 8,175.00 | 11/17/2017 | |
| | | | | | | 2,705.00 | 11/24/2017 | |
| | | | | | | 2,645.00 | 12/21/2017 | |
| | | | | | | 2,735.00 | 12/8/2017 | |
| | | | | | | 2,690.00 | 12/15/2017 | |
| | | | | | | 2,095.00 | 12/22/2017 | |
| | | | | | | 48,745.00 | TOTAL | |

PART 2 QUESTION 3

ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS (PART 2) NO. 3.1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | AMOUNT OF VALUE | DATES | REASON |
|---|---|---|---|---|---|---|---|---|
| GM SERVICE PARTS OPS | P. O. BOX 905053 | | CHARLOTTE | NC | 28290-5053 | 123,209.39 | 11/16/2017 | SUPPLIES |
| | | | | | | 2,193.92 | 11/16/2017 | |
| | | | | | | 74,596.69 | 11/16/2017 | |
| | | | | | | 100,000.02 | 11/30/2017 | |
| | | | | | | 182,454.41 | 10/4/2017 | |
| | | | | | | 100,000.00 | 10/10/2017 | |
| | | | | | | 111,000.00 | 10/12/2017 | |
| | | | | | | 100,000.00 | 10/18/2017 | |
| | | | | | | 100,000.00 | 10/19/2017 | |
| | | | | | | 75,000.00 | 10/26/2017 | |
| | | | | | | 216,000.00 | 12/21/2017 | |
| | | | | | | 1,184,454.43 | TOTAL | |
| IEH AUTO PARTS LLC | 16741 COLLECTIONS CENT DR | | CHICAGO | IL | 60693-0167 | 52,553.75 | 10/6/2017 | SUPPLIES |
| | | | | | | 36,232.32 | 10/6/2017 | |
| | | | | | | 55,744.42 | 10/20/2017 | |
| | | | | | | 27,277.85 | 10/20/2017 | |
| | | | | | | 5,764.48 | 10/20/2017 | |
| | | | | | | 19,661.84 | 10/31/2017 | |
| | | | | | | 20,433.23 | 10/31/2017 | |
| | | | | | | 49,697.55 | 11/1/2017 | |
| | | | | | | 59,411.37 | 11/2/2017 | |
| | | | | | | 49,591.68 | 11/3/2017 | |
| | | | | | | 20,282.29 | 11/3/2017 | |
| | | | | | | 18,912.08 | 11/3/2017 | |
| | | | | | | 85,963.57 | 11/14/2017 | |
| | | | | | | 111.88 | 11/14/2017 | |
| | | | | | | 23,551.51 | 11/30/2017 | |
| | | | | | | 23,633.02 | 11/30/2017 | |
| | | | | | | 47,371.63 | 12/4/2017 | |
| | | | | | | 47,724.71 | 12/4/2017 | |
| | | | | | | 643,919.18 | TOTAL | |
| INTERMEDIA.NET INC | DEPT LA 24328 | | PASADENA | CA | 91185-4328 | 1,917.61 | 9/10/2017 | SERVICES |
| | | | | | | 1,901.85 | 10/30/2017 | |
| | | | | | | 1,915.47 | 12/12/2017 | |
| | | | | | | 1,915.91 | 12/19/2017 | |
| | | | | | | 7,650.84 | TOTAL | |
| JEWELL STRICKLAND | 2604 COULTER PLACE | | WILMINGTON | NC | 28409 | 3,068.35 | 8/1/2017 | RENT |
| | | | | | | 3,068.35 | 9/1/2017 | |
| | | | | | | 3,068.35 | 10/2/2017 | |
| | | | | | | 9,205.05 | TOTAL | |
| JOHNSON & TIPTON CYLINDER | HEAD REPAIR | P O BOX 546 | GIBSON | NC | 28343 | 3,455.00 | 11/29/2017 | SUPPLIES |
| | | | | | | 1,420.45 | 9/10/2017 | |
| | | | | | | 5,536.10 | 12/8/2017 | |
| | | | | | | 10,411.55 | TOTAL | |
| MDH PROPCO 2015 B LLC | ATTN: DEPARTMENT #500 | P.O. BOX 896515 | CHARLOTTE | NC | 28289-6515 | 7,425.36 | 10/2/2017 | SUPPLIES |
| | | | | | | 7,248.90 | 10/2/2017 | |
| | | | | | | 7,425.36 | 11/1/2017 | |
| | | | | | | 22,099.62 | TOTAL | |

PART 2 QUESTION 3

ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS (PART 2) NO. 3.1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | AMOUNT OF VALUE | DATES | REASON |
|---|---|---|---|---|---|---|---|---|
| METLIFE - GROUP BENEFITS | P.O. BOX 804466 | | KANSAS CITY | MO | 64180-4466 | 10,323.40 | 8/28/2017 | INSURANCE |
| | | | | | | 9,976.64 | 10/2/2017 | |
| | | | | | | 20,102.99 | 12/6/2017 | |
| | | | | | | 8,674.24 | 1/2/2018 | |
| | | | | | | 49,077.27 | TOTAL | |
| NC DEPARTMENT OF REVENUE | 501 NORTH WILMINGTON STREET | | RALEIGH | NC | 27604 | 31,961.62 | 10/20/2017 | SUPPLIES |
| | | | | | | 37,783.92 | 11/20/2017 | |
| | | | | | | 32,819.83 | 12/20/2017 | |
| | | | | | | 102,565.37 | TOTAL | |
| NETWORK PRODUCTS LLC | 200 ENTERPRISE ROAD | | SOMERVILLE | TN | 38068 | 24,805.27 | 10/10/2017 | SUPPLIES |
| | | | | | | 11,779.19 | 10/16/2017 | |
| | | | | | | 16,564.66 | 11/17/2017 | |
| | | | | | | 53,149.12 | TOTAL | |
| NITOR SOLUTIONS INC | 3630 CLEMMONS RD | SUITE 303 | CLEMMONS | NC | 27012 | 12,922.30 | 10/2/2017 | SERVICES |
| | | | | | | 192.15 | 10/30/2017 | |
| | | | | | | 8,068.38 | 11/8/2017 | |
| | | | | | | 16,532.05 | 11/17/2017 | |
| | | | | | | 5,579.84 | 12/1/2017 | |
| | | | | | | 43,294.72 | TOTAL | |
| PARTSFLEET INC | 2251 LYNX LN | SUITE 5 | ORLANDO | FL | 32804 | 49,235.47 | 10/30/2017 | SUPPLIES |
| | | | | | | 48,481.39 | 11/29/2017 | |
| | | | | | | 97,716.86 | TOTAL | |
| PERFORMANCE RADIATOR | PACIFIC, LLC | P O BOX 24947 | SEATTLE | WA | 98124-0947 | 13,319.43 | 12/27/2017 | SUPPLIES |
| | | | | | | 13,319.43 | 12/27/2017 | |
| | | | | | | 26,638.86 | TOTAL | |
| POWER STOP | 6112 W. 73RD STREET | | BEDFORD PARK | IL | 60638 | 32,525.32 | 12/20/2017 | SUPPLIES |
| PREMIUM GUARD INC | P.O. BOX 105328 | | ATLANTA | GA | 30348-5328 | 28,213.92 | 12/19/2017 | SUPPLIES |
| | | | | | | 993.90 | 12/20/2017 | |
| | | | | | | 26,688.42 | 11/14/2017 | |
| | | | | | | 55,896.24 | TOTAL | |
| PRIME AUTOMOTIVE | 1617 NORWOOD ST SW | | LENOIR | NC | 28645-6426 | 42,563.91 | 10/19/2017 | SUPPLIES |
| | | | | | | 3,656.86 | 10/25/2017 | |
| | | | | | | 3,713.89 | 11/8/2017 | |
| | | | | | | 44,377.63 | 11/16/2017 | |
| | | | | | | 1,574.36 | 11/21/2017 | |
| | | | | | | 34,636.04 | 12/18/2017 | |
| | | | | | | 21,332.92 | 12/22/2017 | |
| SMITH PROP. OF WILMINGTON | 800 SHIPYARD BLVD. | SUITE # 11 | WILMINGTON | NC | 28412 | 4,445.00 | 10/2/2017 | RENT |
| | | | | | | 4,445.00 | 11/1/2017 | |
| | | | | | | 4,445.00 | 12/12/2017 | |
| | | | | | | 13,335.00 | TOTAL | |

PART 2 QUESTION 3

ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS (PART 2) NO. 3.1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | AMOUNT OF VALUE | DATES | REASON |
|---|---|---|---|---|---|---|---|---|
| STANLEY HUNT DUPREE & RHI | P.O. BOX 890978 | | CHARLOTTE | NC | 28289-0978 | 246.25 | 10/2/2017 | INSURANCE |
| | | | | | | 2,915.90 | 10/17/2017 | |
| | | | | | | 254.00 | 10/30/2017 | |
| | | | | | | 2,915.90 | 10/31/2017 | |
| | | | | | | 2,915.90 | 11/13/2017 | |
| | | | | | | 246.75 | 11/24/2017 | |
| | | | | | | 2,928.40 | 11/29/2017 | |
| | | | | | | 2,454.75 | 12/12/2017 | |
| | | | | | | 2,672.90 | 1/4/2018 | |
| | | | | | | 17,550.75 | TOTAL | |
| THREE OAKS PARTNERS LLC | P.O. BOX 10189 | | WILMINGTON | NC | 28404 | 2,781.46 | 10/9/2017 | SUPPLIES |
| | | | | | | 2,781.46 | 11/1/2017 | |
| | | | | | | 2,781.46 | 12/12/2017 | |
| | | | | | | 8,344.38 | TOTAL | |
| TIME WARNER CABLE | BOX 223085 | | PITTSBURGH | PA | 15251-2085 | 13,176.87 | 7/3/2017 | SERVICES |
| | | | | | | 241.82 | 7/28/2017 | |
| | | | | | | 55.83 | 7/28/2017 | |
| | | | | | | 35.88 | 7/28/2017 | |
| | | | | | | 2.74 | 7/28/2017 | |
| | | | | | | 91.14 | 7/28/2017 | |
| | | | | | | 13,097.56 | 7/28/2017 | |
| | | | | | | 241.60 | 8/28/2017 | |
| | | | | | | 55.61 | 8/28/2017 | |
| | | | | | | 35.66 | 8/28/2017 | |
| | | | | | | 35.66 | 8/28/2017 | |
| | | | | | | 14,382.68 | 8/28/2017 | |
| | | | | | | 85.66 | 9/11/2017 | |
| | | | | | | 241.71 | 10/2/2017 | |
| | | | | | | 497.07 | 10/2/2017 | |
| | | | | | | 88.40 | 10/2/2017 | |
| | | | | | | 35.88 | 10/2/2017 | |
| | | | | | | 13,689.07 | 1/2/2018 | |
| | | | | | | 56,090.84 | TOTAL | |
| UCI GOLDSBORO (18) | P O BOX 780 | | GOLDSBORO | NC | 27533 | 2,724.60 | 6/16/1907 | SUPPLIES |
| | | | | | | 2,789.96 | 12/21/2017 | |
| | | | | | | 5,514.56 | TOTAL | |
| UNITED PARCEL SERVICE | P. O. BOX 7247-0244 | | PHILADELPHIA | PA | 19170-0001 | 1,452.01 | 7/28/2017 | SERVICES |
| | | | | | | 745.20 | 8/11/2017 | |
| | | | | | | 1,978.06 | 8/28/2017 | |
| | | | | | | 732.78 | 9/10/2017 | |
| | | | | | | 353.65 | 9/11/2017 | |
| | | | | | | 856.09 | 10/2/2017 | |
| | | | | | | 728.79 | 10/12/2017 | |
| | | | | | | 6,826.58 | TOTAL | |
| UQUALITY AUTOMOTIVE PROD | DEPT LA 22888 | | PASADENA | CA | 91185 | 108.26 | 7/14/2017 | SUPPLIES |
| | | | | | | 78,529.21 | 7/28/2017 | |
| | | | | | | 30,120.41 | 9/6/2017 | |
| | | | | | | 108,757.88 | TOTAL | |

PART 2 QUESTION 3

## ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS (PART 2) NO. 3.1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | AMOUNT OF VALUE | DATES | REASON |
|---|---|---|---|---|---|---|---|---|
| UTICA NATIONAL INSURACE GROUP | P.O. BOX 6532 | | UTICA | NY | 13504-6532 | 35,973.00 | 10/1/2017 | INSURANCE |
| | | | | | | 35,680.00 | 11/10/2017 | |
| | | | | | | 31,857.82 | 12/14/2017 | |
| | | | | | | 103,510.82 | TOTAL | |
| VALVOLINE LLC | P. O. BOX 117131 | | ATLANTA | GA | 30368-7131 | 3,924.36 | 8/1/2017 | SUPPLIES |
| | | | | | | 39,986.32 | 10/16/2017 | |
| | | | | | | 38,231.23 | 12/19/2017 | |
| | | | | | | 82,141.91 | TOTAL | |
| WELLS FARGO MERCHANT FEES | 110 EAST BROWARD BLVD | SUITE 1100 | FORT LAUDERDALE | FL | 33301 | 10,670.82 | 10/12/2017 | BANKING FEES |
| | | | | | | 10049.85 | 11/10/2017 | |
| | | | | | | 9386.69 | 12/12/2017 | |
| | | | | | | 30,307.36 | TOTAL | |
| WF (ASCO LOC) | 110 EAST BROWARD BLVD | SUITE 1100 | FORT LAUDERDALE | FL | 33301 | 29,783.65 | 11/1/2017 | SECURED DEBT |
| | | | | | | 28,598.60 | 12/1/2017 | |
| | | | | | | 30,073.19 | 1/2/2018 | |
| | | | | | | 88,455.44 | TOTAL | |
| WF (HILCO FEE) | 110 EAST BROWARD BLVD | SUITE 1100 | FORT LAUDERDALE | FL | 33301 | 17,359.67 | | SECURED DEBT |
| WF (PARTLAND LOAN PMT) | 110 EAST BROWARD BLVD | SUITE 1100 | FORT LAUDERDALE | FL | 33301 | 17,565.98 | 11/1/2017 | SECURED DEBT |
| | | | | | | 17,508.40 | 12/1/2017 | |
| | | | | | | 17,733.19 | 1/2/2018 | |
| | | | | | | 52,807.57 | TOTAL | |
| WF ACCOUNT ANALYSIS FEES | 110 EAST BROWARD BLVD | SUITE 1100 | FORT LAUDERDALE | FL | 33301 | 6,133.83 | 10/11/2017 | BANKING FEES |
| | | | | | | 6,466.67 | 11/13/2017 | |
| | | | | | | 5,337.64 | 12/11/2017 | |
| | | | | | | 17,938.14 | TOTAL | |
| WF PP DEBIT CARDS | 110 EAST BROWARD BLVD | SUITE 1100 | FORT LAUDERDALE | FL | 33301 | 55,000.00 | 1/5/2017 | SUPPLIES |
| | | | | | | 30,776.00 | 10/31/2017 | |
| | | | | | | 9,100.00 | 12/1/2017 | |
| | | | | | | 25,000.00 | 12/9/2017 | |
| | | | | | | 35,000.00 | 12/13/2017 | |
| | | | | | | 750.00 | 12/20/2017 | |
| | | | | | | 1,000.00 | 12/20/2017 | |
| | | | | | | 2,500.00 | 12/21/2017 | |
| | | | | | | 157,126.00 | TOTAL | |
| WINDSTREAM | P.O. BOX 9001013 | | LOUISVILLE | KY | 40290-1013 | 8,129.44 | 11/24/2017 | UTILITIES |
| | | | | | | 81.29 | 12/7/2017 | |
| | | | | | | 8,210.73 | TOTAL | |
| WORLDPAC INC. | 37137 HICKORY STREET | P. O. BOX 5022 | NEWARK | CA | 94560-5522 | 3,131.79 | 9/10/2017 | SUPPLIES |
| | | | | | | 3,072.64 | 11/15/2017 | |
| | | | | | | 1,734.34 | 11/27/2017 | |
| | | | | | | 3,395.78 | 12/7/2017 | |
| | | | | | | 11,334.55 | TOTAL | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AUTO SUPPLY COMPANY, INC., | § | Case Number 18-_____ |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

**Rule 2016 (b) -- DISCLOSURE OF ATTORNEY COMPENSATION**

1.      Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

Prior to the filing of this statement I have received:

(For prepetition services rendered)          $ 104,197.50

(Retainer)                                    $  78,283.00

(For filing fee related to case)             $   1,717.00

Balance Due
(Fees as approved by the Bankruptcy Court, to be accrued at regular hourly rates.)

2.      The source of the compensation paid to me was Debtor.

3.      The source of compensation to be paid to me is the Debtor.

4.      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.      Analysis of the Debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.  Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.  Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;

e.  Other provisions: Representation of the debtor in sale of all substantial assets of Debtor.

6.  By agreement with the Debtor, the above-disclosed fee does not include the following services:  N/A

Date: January 8, 2018                    /s/Ashley S. Rusher
                                         Ashley S. Rusher, NCSB# 14296
                                         Blanco Tackabery Matamoros, PA
                                         P.O.  Drawer 25008
                                         Winston-Salem, NC 27114
                                         (336) 293-9000

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Auto Supply Company, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January  8, 2018**

Signature  **/s/ Charles A. Key, Jr.**

**Charles A. Key, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re **Auto Supply Company, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January  8, 2018**

**/s/ Charles A. Key, Jr.**

**Charles A. Key, Jr./President**
Signer/Title

```
1-800-RADIATOR (25)
2550 EMPIRE DRIVE
UNIT 114
WINSTON SALEM, NC 27103


311 AUTOMOTIVE
113 SALEM AVENUE
NEW CASTLE, VA 24127


9TH STREET GARAGE
110 9TH ST, SW
ROANOKE, VA 24016


A1-CARDONE
P.O. BOX 827267
HTTPS://WWW.CARDONE.COM
PHILADELPHIA, PA 19182


AAA IMPORTS INC.
300 SOUTH SPRING STREET
WINSTON-SALEM, NC 27101


AAMCO OF GARNER
546 DYNAMIC DRIVE
GARNER, NC 27529


ABBOTT, MICHAEL D
0060 FRANKLIN RD
GERMANTON, NC 27019


ABEE, RICKEY H
206 TOWNSEND ST SE
VALDESE, NC 28690


AC CORPORATION
P.O. BOX 16367
GREENSBORO, NC 27416-0367


AC DELCO/GM
6200 GRAND POINT DR.
MAIL CODE 485-303-713
GRAND BLANC, MI 48439
```

```
ACE TOOL COMPANY
LOCK BOX #536491
ATLANTA, GA 30353-6491


ACR LOCKSMITH INC
P.O. BOX 5932
HIGH POINT, NC 27262


ADAMS, DENNIS
5790 LITTLE OAK COURT
GRANITE FALLS, NC 28630


ADP
ONE ROSELAND BOULEVARD
ROSELAND, NJ 07068


ADP BOX 842875
PNC BANK C/O ADP LLC
20 COMMERCE WAY, STE 800
WOBURN, MA 01801-1057


ADT SECURITY SERVICES, INC.
1 TOWN CENTER RD.
BOCA RATON, FL 33486


ADVANCE AUTO PARTS
AAP FINANCIAL SERVICES
P O BOX 742063
ATLANTA, GA 30374-2063


ADVANTAGE WIPING PRODUCTS
P O BOX 328
SPRING HOPE, NC 27882


ADVICS NORTH AMERICA, INC
1650 KINGS VIEW DRIVE
LEBANON, OH 45036


AIKEN, JOHN E
4182 SPIREA DRIVE
WILMINGTON, NC 28403


AIRTEX PRODUCTS LP
P O BOX 936312
ATLANTA, GA 31193-6312
```

AISIN WORLD CORP OF AMERI
DEPT LA 24254
PASADENA, CA 91185-4254


AKEBONO CORPORATION
P.O. BOX 3236
FARMINGTON, MI 48333


ALAMANCE COUNTY
124 WEST ELM STREET
GRAHAM, NC 27253-2802


ALDERMAN, PHILLIP K
1124 VANNSTONE DR
RALEIGH, NC 27603


ALLIANCE SPORTS GROUP LP
P O BOX 203246
DALLAS, TX 75320-3246


ALLIGOOD'S GARAGE
527 N MARKET STREET
WASHINGTON, NC 27889-4422


ALLRED JR, JERRY W
162 BRAMTON CT
WINSTON-SALEM, NC 27127


ALLRED, JERRY
301 BUD SINK RD
LEXINGTON, NC 27295


ALPHA WASTE INDUSTRIES
P O BOX 1359
WELCOME, NC 27374


ALPHA WASTE MANAGEMENT
4157 OLD US HWY 52
LEXINGTON, NC 27295


AMALIE OIL COMPANY
P. O. BOX 99744
CHICAGO, IL 60690-7544

AMERICAN AUTO SUPPLY CO.
P. O. BOX 4182
ARCHDALE, NC 27263


AMERICAN EXPRESS
P O BOX 650448
DALLAS, TX 75265-0448


AMERICAN HERITAGE LIFE
P.O. BOX 650514
DALLAS, TX 75265-0514


AMS AUTOMOTIVE, INC
P. O. BOX 790379
SAINT LOUIS, MO 63179-0379


ANDREW, KENNETH
240 WELLS AVENUE
WASHINGTON, NC 27889


APPERSON AUTOMOTIVE
1601 APPERSON DRIVE
SALEM, VA 24153


APPLE, ARTHUR J
4100 GRANBURY DR
GREENSBORO, NC 27405


APPLIED TELECOM, INC
5820 N CHURCH ST STE D
PMB 144
GREENSBORO, NC 27455


ARC3 GASES
P O BOX 1708
DUNN, NC 28335-1708


ARENDALL, GARY
404 PARK BOULEVARD
WINSTON-SALEM, NC 27127

Ashley A. Edwards
PARKER POE
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202


AT&T
C/O BANKRUPTCY
4331 COMMUNICATIONS DR
FLR 4W
DALLAS, TX 75211


ATK NORTH AMERICA
1102 W N CARRIER PKY
STE 100
GRAND PRAIRIE, TX 75050


ATLANTIC TIRE DISTRIBUTOR
P O BOX 63382
CHARLOTTE, NC 28263-3382


AUTO CLIPS & FASTENERS
218 SKY SAIL BLVD
NEW BERN, NC 28560


AUTO SPECIALTIES
925 GROVEMONT ROAD
RALEIGH, NC 27603


AUTO SUPPLY OF THOMASVILL
122 NATIONAL HIGHWAY
THOMASVILLE, NC 27360


AUTO VENTSHADE
DEPT #2018
P.O.BOX 11407
BIRMINGHAM, AL 35246-2018


AUTO-PRO
P.O. BOX 34190
RICHMOND, VA 23234


AUTOBEST INTERNATIONAL
2500 TROY AVE
SOUTH EL MONTE, CA 91733

```
AUTOMOTIVE DIST NETWORK
DEPT #816
MEMPHIS, TN 38148-0816


AUTOMOTIVE FASTENERS, INC
P.O. BOX 20686
GREENSBORO, NC 27420-4859


AUTOMOTIVE SERVICE PRODUC
P.O. BOX 942
BURLINGTON, KY 41005


AUTOMOTIVE SYSTEMS
P O BOX 269
WILDWOOD, PA 15091


AUTOPART INTERNATIONAL
P.O. BOX 419250
BOSTON, MA 02241-9250


AUTOPLUS AUTO PARTS
16741 COLLECTION CENTER D
CHICAGO, IL 60693


AUTOTEK
300 CIRCLE LANE
RALEIGH, NC 27603


AUTOZONE, INC
P.O. BOX 791409
BALTIMORE, MD 21279-1409


BAITY'S DISCOUNT TIRE
1081 SALISBURY RIDGE ROAD
WINSTON-SALEM, NC 27127


BALLREE, EMMETT F
789 EDEN DRIVE
SOUTHPORT, NC 28461


BARBOUR'S TRUCK & TRAILER
P. O. BOX 20693
RALEIGH, NC 27619
```

BAREFOOT JR, HENRY S
100 RAND ROAD
RALEIGH, NC 27603


BARLOW, RICHARD R
130 WOODTREE LANE
WINSTON-SALEM, NC 27107


BARNES ELECTRIC
7388 FOX CHASE DRIVE
TRINITY, NC 27370


BARNETTE, MICHAEL R
936 REEDY CREEK ROAD
LEXINGTON, NC 27295


BASHAM OIL COMPANY
2428 ROANOKE AVE
ROANOKE, VA 24015


BATTERY TREE
P O BOX 427
KERNERSVILLE, NC 27285-0427


BAUCOM, JOSEPH J
6531 GLENN TEAGUE ROAD
CHARLOTTE, NC 28216


BBB INDUSTRIES, LLC
8410 WOLF LAKE DR. #101
BARTLETT, TN 38133


BCBS
P.O. BOX 580017
CHARLOTTE, NC 28258-0017


BCE SOUTH
P O BOX 829
Daphne, Alabama 36526
INDIAN TRAIL, NC 28079


BCI PERFORMANCE WAREHOUSE
465 MEMORIAL DR. SE
29627 Renaissance Blvd.
ATLANTA, GA 30312

BEAL, FORREST S
893 OLD US HWY 52 S
MT AIRY, NC 27030


BECK/ARNLEY
2375 MIDWAY LN
SMYRNA, TN 37167


BELL, BENJAMIN
905 WESTSIDE DR.
KERNERSVILLE, NC 27284


BENSON, RONNIE D
804 FOREST DRIVE
GARNER, NC 27529


BFPE INTERNATIONAL SECUR.
P.O. BOX 791045
BALTIMORE, MD 21279-1045


BILL BLACK CADILLAC, OLDS
601 E. BESSEMER AVENUE
GREENSBORO, NC 27405


BINGHAM GROUP COMMERCIAL
ATTN: KEN BINGHAM
600 HWT 801 S.
ADVANCE, NC 27006


BINGHAM, STEPHANIE H
931 FRED MILLER RD
LEXINGTON, NC 27292


BLACKMON, DEANGELO D
2654 DALLAS DR.
WINSTON-SALEM, NC 27107


BLACKMON, DONALD C
4430 PARMELE RD
CASTLE HAYNE, NC 28409


BLUECAFFE
4995 REYNOLDA RD
WINSTON SALEM, NC 27106

BOB KING AUTOHAUS
5115 NEW CEMTRE DRIVE
WILMINGTON, NC 28406


BOB KING AUTOMOTIVE GROUP
1601 SILAS CREEK PARKWAY
WINSTON SALEM, NC 27127


BOLICK, DONALD C
4370 LISA DRIVE
WINSTON-SALEM, NC 27103


BOND, JIMMIE W
4525 FOX ROAD
RALEIGH, NC 27616


BOOZER, ZACHARY C
1478 COUNTRY MEADOW LANE
KERNERSVILLE, NC 27284


BOSTIC, LARRY J
1016 ZELL EATON ROAD
PINNACLE, NC 27043


BOWMAN JR, PHILIP L
6160 PINE HALL ROAD
WALNUT COVE, NC 27052


BOYD HASSELL IND & COM PRO
200 FIRST AVE NW
SUITE 507
Hickory, NC 28601-4000


BOYETTE, JOHN T
3537 APACHE DRIVE
RALEIGH, NC 27609


BRAKE PARTS INC LLC
P O BOX 74008089
CHICAGO, IL 60674-8089


BRANCH JR, ROLAND D
1908 SAFFRON PLACE
WINSTON-SALEM, NC 27127

BREWER, WALTER E
1510 ANDOVER AVENUE
GREENSBORO, NC 27405


BROACH, REGINALD K
2618 SUMAC LANE
BURLINGTON, NC 27215


BROOME JR, ROBERT J
7554 LONG VALLEY DR
HARRISBURG, NC 28075


BROTHERS RESEARCH CORP
P O BOX 317
BURLINGTON, NC 27216


BROWN, JOE B
1480 23RD ST SW
HICKORY, NC 28602


BROWN, RICHARD L
171 COUNTRY CIRCLE
ADVANCE, NC 27006


BROWNING, HERMAN L
806 CYPRESS ST
GREENSBORO, NC 27405


BRYAN CONTRACATING SERVICE
816 DEER HOLLOW CT
WAKE FOREST, NC 27587


BRYANT, ALLEN R
3815 TILLMAN ROAD
CHARLOTTE, NC 28208


BURKETT, JAMES M
6329 GRANBY ST
WILMINGTON, NC 28409


BURLINGTON MUNICIPLE BUILDING
P.O. BOX 1358
BURLINGTON, NC 27216

BURLINGTON ROYALS
P.O. BOX 1143
BURLINGTON, NC 27216


BUTLER III, EUGENE
3428 CROSSWINDS ROAD
CHARLOTTE, NC 28227


BUTLER, TINA L
5738 WALKER CHAPEL RD
MORGANTON, NC 28655


BYERLY, JENNIFER B
3966 HILLCREST CT
SOPHIA, NC 27350


CALDWELL, CHRIS J
327 S CHERRY ST
KERNERSVILLE, NC 27284


CALDWELL, RICHARD
5556 VIEWCOURT PARK
HICKORY, NC 28602


CANUP, THOMAS D
191 EAST THOMAS RD
THOMASVILLE, NC 27360


CAPITAL CHRYSLER
P O BOX 2089
GARNER, NC 27529


CAPITAL CITY AUTO LLC
1445 MECHANICAL BLVD.
GARNER, NC 27252


CAPITAL FORD
P.O. BOX 4069
WILMINGTON, NC 28406


CAPPS, WILLIAM
308 WICKER STREET
GIBSONVILLE, NC 27249

CARLYLE, RICKY O
133G CHAUCER MANOR LANE
KERNERSVILLE, NC 27284

CAROLINA HANDLING LLC
P.O. BOX 890352
CHARLOTTE, NC 28289-0352

CAROLINA IND BATTERY INC
P.O. BOX 298
PFAFFTOWN, NC 27040

CAROLINA KIA OF HP
2431 N. MAIN STREET
HIGH POINT, NC 27262

CAROLINAS AUTO SUPPLY HOU
2135 TIPTON DRIVE
P O BOX 36409
CHRLOTTE, NC 28236

CARTLEDGE, RICHARD L
2127 MCKNIGHT MILL RD
GREENSBORO, NC 27405

CATAWBA COUNTY TAX COLLEC
P.O. BOX 368
NEWTON, NC 28658-0368

CATES, DONALD R
120 PAGETOWN ROAD
ELON, NC 27244

CATES, MICHAEL A
PO BOX 438
TOBACCOVILLE, NC 27050

CAUDILL, DANIEL
2680 GRIFFITH ROAD
WINSTON-SALEM, NC 27103

CAUDLE COMMERCIAL ELECTRIC
208 E. BODENHAMER ST.
KERNERSVILLE, NC 27284

```
CENTURYLINK LEGAL
100 CENTURYLINK DRIVE
MONROE, LA 71203


CHAPPELL, CYNTHIA C
6900 GUY-JOHNSON LANE
RALEIGH, NC 27603


CHAPPELL, EDWARD G
1503 MIRIAM AVENUE
GARNER, NC 27529


CHASON DIESEL SEVICES
P O BOX 1126
GARNER, NC 27529


CHEEK, DESMOND M
5700 CLOVIS RIDGE RD
WAKE FOREST, NC 27587


CHILDERS, JEROMY S
212 CATES AVE
BURLINGTON, NC 27215


CHINNIS JR, ROBERT C
100 NEUSE BEND RD
SMITHFIELD, NC 27577


CITY OF BURLINGTON
P O BOX 1358
BURLINGTON, NC 27216-1358


CITY OF GREENSBORO
300 WEST WASHINGTON STREET
GREENSBORO, NC 27401


CITY OF HICKORY
DUMPSTER RENTAL
P O BOX 580069
CHARLOTTE, NC 28258-0069


CITY OF HICKORY
PO BOX 580069
CHARLOTTE, NC 28258-0069
```

```
CITY OF HICKORY UTILITIES
76 NORTH CENTER STREET
HICKORY, NC 28601


CITY OF HIGH POINT UTILITIES
P.O. BOX 230
HIGH POINT, NC 27261


CITY OF MOUNT AIRY
P.O. BOX 1725
MOUNT AIRY, NC 27030-1725


CITY OF MOUNT AIRY
P.O. BOX 1725
MOUNT AIRY, NC


CITY OF MT AIRY
P.O. BOX 1725
MOUNT AIRY, NC


CITY OF RALEIGH UTILITIES
222 W. HARGETT ST.
CHARLOTTE, NC 28202


CITY OF WINSTON-SALEM UTILITIES
101 N. MAIN STREET
WINSTON-SALEM, NC 27101


CLEARPLUS INC.
97 DEWITT STREET
GARFIELD, NJ 07026


CLODFELTER, KELLY S
101 OAK FOREST LANE
TRINITY, NC 27370


CLOUD, WALTER J
120 MYRTLE DRIVE
MT AIRY, NC 27030


COASTAL EQUIPMENT INC
469 BELT ROAD
HAMPSTEAD, NC 28443
```

```
COATES, RANDY L
5711 ARROWOOD LANE
RALEIGH, NC 27606


COOK, STACEY D
1377 NC 86-S
PO BOX 146
PROSPECT HILL, NC 27314


COOKE, SHANNON H
4309 FORESTWOOD DRIVE
GREENSBORO, NC 27405


COOPER, DANNY C
664 S. FAYETTEVILLE ST
LIBERTY, NC 27298


CORDER, RODERICK G
3837 MAMIE MAY RD
FRANKLINVILLE, NC 27248


CORNELISON, HOYLE
429 ALDRIDGE ROAD
ARCHDALE, NC 27263


COUCH, TERRY M
182 MAJOR ROAD
ADVANCE, NC 27006


CRC INDUSTRIES, INC.
P.O. BOX 8500-S 6150
PHILADELPHIA, PA 19178


CREECH AUTO SALES
3209 BENSON ROAD
GARNER, NC 27529


CREED, BEVERLY
7816 CW MOBILE PARK DRIVE
EAST BEND, NC 27018


CRESCENT FORD
100 OLD WINSTON ROAD
P. O.BOX 5628
HIGH POINT, NC 27262
```

CREWS, MICHAEL T
951 RIDINGS RD
LEWISVILLE, NC 27023


CROWLEY, TIMOTHY J
111 SALEM PL CRT
CLEMMONS, NC 27012


CROWN AUTOMOTIVE GROUP
445 ATLANTA SOUTH PARKWAY
SUITE # 135
COLLEGE PARK, GA 30349-5908


CRP INDUSTRIES, INC.
P.O. BOX 33181
NEWARK, NJ 07188-3181


CRYSTAL SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579


CUSTOM BUSINESS PRINTING
P. O. BOX 13547
GREENSBORO, NC 27415-3547


D&E CAR EXCHANGE INC
6220 MARKET STREET
WILMINGTON, NC 28289


DARNELL, DOUGLAS
7831 BEATTIES FORD RD
CHARLOTTE, NC 28216


DASH DESIGN
615 W KNOX ROAD
TEMPE, AZ 85284


DATA CHAMBERS
3310 OLD LEXINGTON RD
WINSTON-SALEM, NC 27107


DAVID WESTCOTT BUICK/PONT
P O BOX 1598
BURLINGTON, NC 27216-1598

DAVIS, MARSHALL L
8401 OLD STAGE ROAD
RALEIGH, NC 27603


DAVIS, ROMERA S
188 RIDGEWAY LANE
CLAYTON, NC 27520


DELL
DBC DELL BS CREDIT REV ACCTR
1 DELL WAY
ROUND ROCK, TX 78864


DELL CORNING CORPORATION
575 JOHN DODD RD
SPARTANBURG, SC 29303


DELP, JESSICA R
912 PILOT POWER DAM RD
PILOT MTN., NC 27041


DENSO PRODUCTS & SERVICES
P.O. BOX 601009
PASADENA, CA 91189-1009


DENTON, FRANK
213 VFW ROAD
MORGANTON, NC 28655


DEVLIN, MARK S
129 CARRIAGE HOUSE TRL
GARNER, NC 27529


DIBLER, DENNIS S
3306 WATSON CHURCH RD
MONROE, NC 28110


DICK SHIRLEY-(11)
P O BOX 480
BURLINGON, NC 27216-0480


DICK SHIRLEY-(17)
P O BOX 480
BURLINGTON, NC 27216-0480

DIESEL ENGINE & REPAIR
1547 GRAHAM-HOPEDALE ROAD
BURLINGTON, NC 27217


DIESEL EQUIPMENT COMPANY
P O BOX 538213
ATLANTA, GA 30353


DNJ ENGINE COMPONENTS-18
FILE 50186
LOS ANGELES, CA 90074-0186


DONAHUE, THOMAS D
3413 BETHEL RD
WILMINGTON, NC 28409


DOUGLAS BATTERY &
AUTO CARE
575 NORTH BROAD ST
WINSTON-SALEM, NC 27101


DOVER CYLINDER HEAD SERVI
1489 CEDAR LANE
GREENVILLE, SC 29617


DPAC INVESTMENTS INC
6201 MARKET STREET
WILMINGTON, NC 28405


Duane M. Geck
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111


DUCKETT, STEPHEN B
1711 LONG PAW LANE
CHARLOTTE, NC 28214


DUKE POWER BANKRUPTCY DEPT.
526 S. CHURCH STREET
CHARLOTTE, NC 28202


DURHAM, DAVID M
6029 WALKING STICK TRAIL
RALEIGH, NC 27603

```
DUTY TIRE
405 TRYON ROAD
RALEIGH, NC 27603


E-Z GLASS INC
503 W GARNER ROAD
GARNER, NC 27529


EAST PENN MFG CO, INC
P O BOX 784191
PHILADELIPHIA, PA 19178-4191


EATON, STEVE M
138 EATON ROAD
MT. AIRY, NC 27030


EDWIN W JONES
110 STEEPLE HEIGHTS LANE
MORGANTON, NC 28655


ELECTROSWITCH, INC.
2010 YONKERS ROAD
RALEIGH, NC 27604


ENGINE PARTS WAREHOUSE
P O BOX 856300
DEPT # 146
LOUISVILLE, KY 40285


ENTERPRISE FLEET SERVICES
5715 WESTPARK DR.
Charlotte, NC 28217


ENVIRO-MASTER SERVICES
PO BOX 12350
CHARLOTTE, NC 28220


EPICOR SOFTWARE CORP
P.O. BOX 671069
DALLAS, TX 75267-1069


EPICORE
804 LAS CIMAS PKWY
SUITE 303
Austin, TX 78746
```

ESTES EXPRESS LINES
P.O. BOX 25612
RICHMOND, VA 23260-5612


EVANSTON INSURANCE COMPANY
C.O I.G.O. INSURANCE AGENCY, INC.
RALEIGH, NC 27612


EVERETT CHEVROLET, INC.
161 HIGHWAY 70 SE
HICKORY, NC 28601


EXCALIBUR
4820 BETHANIA STATION RD
WINSTON SALEM, NC 27105


FAMILY AUTO SERVICE
101 ST MARY'S ST
GARNER, NC 27529


FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286


FCS AUTOMOTIVE
31800 RESEARCH PARK DRIVE
MADISON HEIGHTS, MI 48071


FEDERAL EXPRESS CORP.
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FEDERAL-MOGUL CORPORATION
P.O. BOX 636438
CINCINNATI, OH 45263-6438


FERGUSON, BLAKE P
117 STAFFORD ANNEX
KERNERSVILLE, NC 27284


FINISHMASTER, INC.
1643 SOLUTIONS CENTER
CHICAGO, IL 60677-1006

FJC, INC.
101 COMMERCIAL DRIVE
MOORESVILLE, NC 28115


FLEETGISTICS
PARTSFLEET, INC.
2251 LYNX LANE
SUITE 5
ORLANDO, FL 32804


FLOW AUTOMOTIVE CENTER
1400 SOUTH STRATFORD ROAD
WINSTON-SALEM, NC 27103


FLOW BMW-MIMI
2565 PETERS CREEK PARKWAY
WINSTON-SALEM, NC 27127


FLOW CHEVROLET
1400 S. STRATFORD RD
WINSTON-SALEM, NC 27103


FLOW HONDA
ATTN: BRENDA A/P
2600 PETERS CREEK PKWY
WINSTON-SALEM, NC 27127


FLOW LEXUS
805 JONESTOWN ROAD
WINSTON-SALEM, NC 27103


FORD MOTOR COMPANY
Ford Customer Service Division
Credit Department
P.O. Box 6220
Dearborn, MI 48121


FORREST JR, OLLIE
100 EMORY DRIVE
GREENSBORO, NC 27406


FORSYTH COUNTY TAX
201 NORTH CHESTNUT STREET
WINSTON-SALEM, NC 27101

FORTUNE, JOSHUA D
141 ROCKHAVEN DR
KING, NC 27021


FOX, DAVID
1930 20TH AVE DR NE
APT 31
HICKORY, NC 28601


FRANCIS, WILLIAM T
2918 PARK AVE
WILMINGTON, NC 28403


FRANKLIN, PHILLIP R
4841 DORSET RD
WINSTON-SALEM, NC 27127


FRED JONES ENTERPRISES
6200 SW 29TH STREET
SUITE A
OKLAHOMA CITY, OK 73179


FRIZSELL, CLARENCE Y
1536 10TH ST PL NW
HICKORY, NC 28601


FRYE, AVERY
3460 DAY ROAD
WALKERTOWN, NC 27051


FULP, BYRON D
PO BOX 412
WALKERTOWN, NC 27051


G & K SERVICES
P O BOX677057
DALLAS, TX 75267-7057


G J HOPKINS INC
ATTN: JEANETTE BLAIR
P.O. BOX 12467
ROANOKE, VA 24025

GAINEY, STEPHEN
5795 GAYRAY ST
CLEMMONS, NC 27012


GARNER AUTO INSPECTIONS
1100 W GARNER ROAD
GARNER, NC 27529


GARNER AUTO SPECIALISTS
250 NEW FIDELITY CENTER
GARNER, NC 27529


GARNER AUTO SPECIALISTS
1530 BENSON ROAD
GARNER, NC 27529


GB REMANUFACTURING INC
2040 E CHERRY INDUSTRIAL
LONG BEACH, CA 90805-4410


GC&F ENTERPRISE
27 RIVER BLUFF
HOSCHSTON, GA 30548


GEM LOGISTICS
7800 FALLS OF NEUSE ROAD
RALEIGH, NC 27624


GEM LOGISTICS, INC
P.O. BOX 35382
GREENSBORO, NC 27425


GENERA CORPORATION
P O BOX 205188
DALLAS, TX 75320-5188


GILBERT, ROBERT W
186 LITTLE BIT LANE
PILOT MT., NC 27041


GLENN, JEFFREY
P.O.BOX 4661
WINSTON-SALEM, NC 27115

GLOBAL PARTS DISTRIBUTION
P O BOX 3045
MACON, GA 31205


GM SERVICE PARTS OPERATIO
P. O. BOX 905053
CHARLOTTE, NC 28290-5053


GMB NORTH AMERICA
100 HERROD BLVD.
DAYTON, NJ 08810


GOLDMAN, JACK
1608 - 3 WILLOUGHBY PARK COURT
WILMINGTON, NC 28412


GRAINGER
DEPT 808953830
PALATINE, IL 60038-0001


GRAY, MILLARD W
137 BRADFORD CIRCLE
CLAYTON, NC 27527


GREEN FORD LINCOLN
3800 W WENDOVER AVE.
GREENSBORO, NC 27407


GRIGGS, WILLIAM
3224 MAIN STREET
WINSTON-SALEM, NC 27127


GRIMES, TAMMY
3909 NORTH MAIN STREET
HIGH POINT, NC 27265


GSP NORTH AMERICA
P.O. BOX 161690
BOILING SPRINGS, SC 29316


GUILFORD COUNTY TAX DEPT.
PO BOX 71072
CHARLOTTE, NC 28272-1072

GUTHRIE, DOUGLAS
12117 FROGS LEAP CT
CHARLOTTE, NC 28277


HAILE, SANDRA
P.O. BOX 101
GERMANTON, NC 27019


HALEY, RICHARD S
114 MAVERICK TRAIL
KING, NC 27021


HALL, KENNETH J
102 DANIEL RD
ROCKY POINT, NC 28457


HALO BRANDED SOLUTIONS
3182 MOMENTUM PLACE
CHICAGO, IL 60689-5331


HAMMER, THOMAS C
2511 1/2 CAMPBELL ST
GREENSBORO, NC 27405


HAMMOCK, DENNIS
5038 FRIENDSHIP CIRCLE RD
EAST BEND, NC 27018


HANSEN, BRAD C
310 EAST D STREET
ERWIN, NC 28339


HARDEN, D JAMES
1863 TURNER RD Lot 41
MEBANE, NC 27302


HARRIS, DENISE L
107 JOSIE LANE
KING, NC 27021


HART, AMANDA E
PO BOX 1192
LELAND, NC 28451

HAWES, ALBERT
4375-101 BIRCHWOOD DR
WILMINGTON, NC 28405


HAYES, TAYLOR I
4016 EASTSIDE CT
WINSTON-SALEM, NC 27127


HEATH, CHARLES L
1112 FAIRWAY VILLAS DR
WAKE FOREST, NC 27587


HEATH, SPENCER
362 LYNNHAVEN PARK DR
WINSTON-SALEM, NC 27107


HEDRICK, EDWARD D
102 HINKLE ST
THOMASVILLE, NC 27360


HELTON, RICHARD
2487 TWINBROOK ROAD
HICKORY, NC 28602


HENNESSY INDUSTRIES INC.
P. O. BOX 91492
CHICAGO, IL 60693


HILL'S AUTO SERVICE
3612 BENSON ROAD
GARNER, NC 27529


HINSHAW'S CHEVELLE PARTS
1248 NC HWY 87 NORTH
ELON, NC 27244


HINSON, GRACE
4813 SINCLAIR DR
RALEIGH, NC 27616


HITACHI AUTOMOTIVE SYSTEM
AMERICAS, INC
DRAWER CS198-281
ATLANTA, GA 30384-8281

HOCUTT'S AUTO SERVICE
324 SHERWEE DRIVE
RALEIGH, NC 27603


HOLLOWAY, ANTHONY J
8622 BUTTERFIELD CT
HARRISBURG, NC 28075


HOOD, MARK P
2533 SANDERS ROAD
WILLOW SPRING, NC 27592


HOOTON, KEVIN
6312 STEARMAN COURT
WILMINGTON, NC 28409


HOWELL, RANDALL G
1296 MEADOWLARK RD
WALNUT COVE, NC 27052


HUDSON'S HARDWARE INC
305 BENSON ROAD
GARNER, NC 27529


HUMPHRIES, JAMES K
6241 BLUE BONNET LANE
WINSTON-SALEM, NC 27103


HURT, DANIEL W
2125 DARTMOUTH GLEN DR
GARNER, NC 27529


HUTCHENS, HARRISON W
4510 RIVER RIDGE ROAD
PFAFFTOWN, NC 27040


HUTCHENS, JONATHAN B
305 D SAVANNAH PLACE
KING, NC 27021


I.G.O INSURANCE AGENCY, INC.
8117 EBENEZER CHURCH DRIVE
RALEIGH, NC 27612

ILDERTON DODGE-CHRY., PLY
P. O. BOX 350
HIGH POINT, NC 27261


IMPORT PARTS 1220(6)
921 PETERS CREEK PARKWAY
WINSTON SALEM, NC 27103


IMPORT PARTS 1270(16)
921 PETERS CREEK PARKWAY
WINSTON SALEM, NC 27103


INDEPENDENT PROJECT MANAG
301 NORTH MAIN STREET
SUITE 2502
WINSTON-SALEM, NC 27101


INDOFF INCORPORATED
P.O. BOX 842808
KANSAS CITY, MO 64184-2808


INFOTRAC
200 NORTH PALMETTO STREET
LEESBURG, FL 34748


INMAN, MICHAEL T
110 SAPPHIRE LANE
PILOT MTN, NC 27041


INNOVATIVE MACHINE & SUPP
820 ST. LOUIS AVE
VALLEY PARK, MO 63088


INTEGRATED SUPPLY NETWK18
P.O. BOX 405157
ATLANTA, GA 30384-5157


INTEGRATED SUPPLY NETWORK
P.O. BOX 405157
ATLANTA, GA 30384-5157


INTERMEDIA
DEPARTMENT LA 24328
PASADENA, CA 91185

```
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101


ISAAC, CHARLES E
122 JONES CHAPEL RD
MT AIRY, NC 27030


ISLEY, THOMAS
1174 RUFF LEONARD RD
LEXINGTON, NC 27295


ITW PERMATEX, INC.
P.O. BOX 2174
CAROL STREAM, IL 60132-2174


JAMES, WILLIAM
1021 BEESONS FIELD DR
KERNERSVILLE, NC 27284


JEFF GORDON CHEVROLET
228 SOUTH COLLEGE RD
WILMINGTON, NC 28403


Jeremy M. Downs
GOLDBERG KOHN LTD
55 East Monroe Street
Chicago, IL 60603-5792


JERRY JOHNSON MOTORS
3885 N PATTERSON
WINSTON-SALEM, NC 27105


JOE BAKER EQUIPMENT SALES
1000 DEVILS BACKBONE ROAD
CINCINNATI, OH 45233


JOEY LEE
13513 US HWY70 BUS. WEST
CLAYTON, NC 27520


JOHN MCCLAMROCH
169 N SUNSET RIDGE DR
WILLOW SPRING, NC 27592
```

JOHNSON & TIPTON CYLINDER
HEAD REPAIR
P O BOX 546
GIBSON, NC 28343


JOHNSON, CLAUDE R
3509 NORMANDY RD
GREENSBORO, NC 27408


JOHNSON, LINVILLE C
136 HASTY HILL RD
THOMASVILLE, NC 27360


JOHNSON, MICHAEL C
1311 VALLEY ROAD
GARNER, NC 27529


JONES, EDWIN
110 STEEPLE HEIGHTS LANE
MORGANTON, NC 28655


JONES, LARRY D
5121 SYLVAN TRAIL
TRINITY, NC 27370


JORDAN, BRUCE A
1660 MACHINE SHOP RD
HICKORY, NC 28602


JOSEPH C WOODARD PRINTING
2815 S SAUNDERS ST
RALEIGH, NC 27603


JOYCE, RANDY
161 GUINESS LANE
MT. AIRY, NC 27030


JOYCE, ROY AND OLGA
221 CREEK DRIVE
MOUNT AIRY, NC 27030


KAPP, KARL
286 ST. JAMES DR
WINSTON-SALEM, NC 27107

KASSA, DAWN T
601 NOVEMBER ST
GARNER, NC 27529


KEITHLEY, DENNIS E
625 PARKLAND CT
WINSTON-SALEM, NC 27127


KELLY JR, HAYWOOD N
24 PINECREST PKWY
WILMINGTON, NC 28401


KEMP TECHNOLOGIES
1540 BROADWAY
FL 23
NEW YORK, NY 10036


KENNEDY OFFICE SUPPLY CO
4211-A ATLANTIC AVE
RALEIGH, NC 27604


KENNEDY OIL COMPANY, INC.
P. O. BOX 5349
HIGH POINT, NC 27262


KENNEY, DANIEL W
1519 VILLAGE DR. APT 1
WILMINGTON, NC 28401


KERNERSVILLE DODGE, INC.
950 HIGHWAY 66 SOUTH
KERNERSVILLE, NC 27284


KEY JR, CHARLES
197 HAYWOOD DRIVE
ADVANCE, NC 27006


KEY JR, CHARLES and KEY, KAREN
197 HAYWOOD DRIVE
ADVANCE, NC 27006


KEY MERCHANDISING-17
125 WEST TRADE STREET
SANFORD, NC 27330

```
KEY, C. ANDREW
322 HANOVER ARMS CT
WINSTON-SALEM, NC 27104


KEYSTONE AUTO. IND. (17)
P O BOX 7441668
ATLANTA, GA 30374-1668


KEYSTONE AUTOMOTIV 93813
P. O. BOX 417450
BOSTON, MA 02241-7450


KING, WADE
563 ALSPAUGH DR
WINSTON-SALEM, NC 27105


KLINGSPOR ABRASIVES INC
PO BOC 2367
HICKORY, NC 28603-2367


KRESS, MICHAEL
1411 N SHORE DRIVE
SOUTHPORT, NC 28461


KYB AMERICA, LLC
7868 SOLUTION CENTER
ADDISON, IL 60601


LAND-TEK GMS, INC.
920 HIGHWAY 801 NORTH
ADVANCE, NC 27006


LANIER, BARRY L
2945 KECOUGHTAN RD
PFAFFTOWN, NC 27040


Lawrence A. Lichtman
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226


LEACH, ROGER R
4127 CHANDLER DR
WILMINGTON, NC 28405
```

```
LEE, MARY K
106 SOMMERSET DRIVE
CLAYTON, NC 27520


LEFTWICH, CHARLES A
49 GRISSINGER CT
GARNER, NC 27529


LEGGINS, JOHNNY W
1736 MCCOMBS ST
NEWTON, NC 28658


LEITH JAGUAR
ATTN: ACCOUNTS PAYABLE
P.O. BOX 40110
RALEIGH, NC 27629


LEITH, INC
5601 CAPITAL BOULEVARD
RALEIGH, NC 27616


LEMON, TIMOTHY M
913 APPLOOSA TRAIL
KERNERSVILLE, NC 27284


LEMONDS, JERRY
2015 WOODTOP COURT
CHARLOTTE, NC 28214


LEMONS, KELBY L
213 WHISPERING CREEK RD
KING, NC 27021


LIBERTY ENGINE PARTS
3250 SOUTH 76TH STREET
PHILADELPHIA, PA 19153


LINDSAY, WILLIAM H
1005 HADLEY MEADOWS DR
RALEIGH, NC 27603


LIQUID SUNSHINE COFFEE
P O BOX 1398
MEBANE, NC 27302
```

```
LONG, JAMES H
237 RASCOE-DAMERON RD
BURLINGTON, NC 27217


LOWE, DILLON R
4765 COOPER ROAD
CLEMMONS, NC 27012


LUNSFORD, ROBERT E
3551 FRYE BRIDGE ROAD
CLEMMONS, NC 27012


MADONNA JR, JOHN
9125 SAULS RD
RALEIGH, NC 27603


MANN & HUMMEL PUROLATOR
FILTERS LLC
39270 TREASURY CENTER
CHICAGO, IL 60694-9200


MANN AND HUMMEL FILTRATIO
FKA WIX FILTRATION CORP
P.O. BOX 73071
CHICAGO, IL 60673-7071


MANNARINO, DONALD
320 LAMESHUR LANE
MONROE, NC 28110


MARCOM, GLENWOOD R
217 FERN FOREST DR
RALEIGH, NC 27603


MARKLE, DEBORAH I
4020-C WHIRLAWAY COURT
CLEMMONS, NC 27012


MARSH & MCLENNAN AGENCY
3625 N ELM STREET
P.O. BOX 9375
GREENSBORO, NC 27429-0375
```

```
MARSHALL, JANIE LYNN
6400 LAKE WHEELER ROAD
RALEIGH, NC 27603


MARSHALL, JOHNNY S
385 WILL JOHNSON RD
THOMASVILLE, NC 27360


MATHERLY, JASON
203 N. INMAN AVE
BESSEMER CITY, NC 28016


MATHIS, CHARLES E
326 STONE POST RD
CHARLOTTE, NC 28217


MCALLISTER, GREGORY
1025 CHEEK FARM ROAD
WALNUT COVE, NC 27052


MCCALL, CHARLES F
412 HAMILTON STREET
BURLINGTON, NC 27217


MCCLAMROCH, JOHN
169 N SUNSET RIDGE DR
WILLOW SPRING, NC 27592


MCCLENNY, CLARENCE
8016 FOXWOOD DR
RALEIGH, NC 27615


MCCUMMINGS, DONALD
4737 SUDSBEE LANE
WALKERTOWN, NC 27051


MCGHINNIS, PAUL D
1572 DAKOTA DRIVE
HUDSON, NC 28638


MCLAMB, PHILLIP P
2597 WHITE MEMORIAL CHIRCH RD
WILOW SPRING, NC 27592
```

MCLENDON II, CHARLIE R
109 PALMETTO CT
GRAHAM, NC 27253


MCNEIL, KENNETH C
1903 AUTUMN
GREENSBORO, NC 27405


MDH PROPCO 2015-B LLC
3715 NORTHSIDE PARKWAY NW
NORTWEST BUILDING 400
SUITE 240
ATLANTA, GA 30327


MEACHAM, MICHAEL K
309 FREEMONT COURT
GIBSONVILLE, NC 27249


MECKLENBURG COUNTY TAX
P.O. BOX 71063
CHARLOTTE, NC 28272-1063


MELAGA, WILLIAM
849 RADAR ROAD
ARARAT, NC 27007


MENA RODRIGUEZ, MICHAEL B
322 W ELM ST
GRAHAM, NC 27253


MERCEDES BENZ OF THE TRI.
691 JONESTOWN ROAD
WINSTON-SALEM, NC 27103


MERCHANTS CREDIT BUREAU
P.O. BOX 1588
AUGUSTA, GA 30903-1588


METCALF, CLIFTON A
4524 BRASSFIELD DR
WINSTON-SALEM, NC 27105


MEVOTECH LP
240 BRIDGELAND AVENUE
TORONTO, ON

MID-STATE FORKLIFT, INC
P O BOX 4007
ARCHDALE, NC 27263


MIDTRONICS, INC.
7000 MONROE STREET
WILLOWBROOK, IL 60527


MILLER, DONALD C
2417 PARK LANE
CHARLOTTE, NC 28214


MILLER, KEITH
205 BLUEGRASS DR
WARRENTON, NC 27589


MITCHELL JR, ROY H
121 OLD MURPHY ROAD
ZEBULON, NC 27597


MODERN AUTOMOTIVE 2100470
P O BOX 1770
CLEMMONS, NC 27012-1770


MODERN IMPRESSION PRODUCT
107-K CREEK RIDGE ROAD
GREENSBORO, NC 27406


MOORE, WILLIAM
1724 BUTLER STREET
WINSTON-SALEM, NC 27107


MORRO, PAUL M
11805 EDGEWATER CT
RALEIGH, NC 27614


MOSES JR, MITCHELL
1432 FONTANA AVE
CHARLOTTE, NC 28206


MOUSER, CAROLYN E
2507 CAUDLE STREET
GERMANTON, NC 27019

MUNDY, MICHAEL A
1939 EAST 3RD ST
WINSTON-SALEM, NC 27101


MURPHY JR, ALBERT S
4364 MORNINGSIDE DR
WINSTON-SALEM, NC 27106


MURRAY'S TIRE
1200-1202 S SAUNDERS  ST
RALEIGH, NC 27603


NAPA AUTO PARTS (11)
GENUINE PARTS CO (1747)
P O BOX 409043
ATLANTA, GA 30384-9043


NAPA OF ROXBORO
P O BOX 1359
ROXBORO, NC 27573


NEAL, ROBERT W
6360 MILL SPRING LANE
BELEWS CREEK, NC 27009


NELSON'S TIRE
1402 GARNER ROAD
RALEIGH, NC 27610


NELSON, KENNETH D
230 TANBRIDGE ROAD
WILMINGTON, NC 28405


NELSON, MICHAEL L
1454 PACK ROAD
WALNUT COVE, NC 27052


NETWORK PRODUCTS LLC
200 ENTERPRISE ROAD
SOMERVILLE, TN 38068


NEVILLE, RONNIE Y
123 BERRINGER LANE
GARNER, NC 27529

```
NEW HANOVER CO TAX OFFICE
P.O. BOX 580070
CHARLOTTE, NC 28258-0070


NIELSEN, DALE W
3647 MAYAPPLE COURT
WAKE FOREST, NC 27587


NITOR
3630 CLEMMONS RD.
SUITE 303
CLEMMONS, NC 27012


NOAH, STEVE N
102 EVA CIR
GARNER, NC 27529


NORRIS, KENNETH T
6128 LAKE WHEELER RD
RALEIGH, NC 27603


NORTH CAROLINA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH, NC 27602


NORTHSIDE CAR WASH
3718 N  PATTERSON AVENUE
WINSTON SALEM, NC 27105


O'BRIEN, CONSTANCE A
500 PRESSLER STREET
WAKE FOREST, NC 27587


OLD DOMINION FREIGHT LINE
P.O. BOX 198475
ATLANTA, GA 30384-8475


OMEGA ENVIRONMENTAL TECH
P.O. BOX 677629
DALLAS, TX 75267-7629


OSBORNE, JOHN
6505 COLTRANE MILL RD
GREENSBORO, NC 27406
```

OSC AUTOMOTIVE INC
330 S HALE AVE
FULLERTON, CA 92831


PARKER II, HAROLD
226 GREENTREE ROAD
THOMASVILLE, NC 27360


PARKS CHEVROLET
6441 NORTH TRYON
P.O. BOX 560826
CHARLOTTE, NC 28256-0826


PARKS CHEVROLET
P. O. BOX 386
KERNERSVILLE, NC 27285


PARKS, JERRY W
2418 N CHURCH STREET
BURLINGTON, NC 27217


PARKWAY FORD
2104 PETERS CREEK PARKWAY
WINSTON SALELM, NC 27127


PARKWAY SUBARU HYUNDAI
5920 MARKET STREET
WILMINGTON, NC 28405


PARTLAND, LLC
3740 PATTERSON AVENUE
WINSTON-SALEM, NC 27105


PARTLAND, LLC
P.O. BOX 4859
WINSTON-SALEM, NC 27115-4859


PARTLAND, LLC
P.O. BOX 4859
Winston Salem, NC 27115-4859


PARTSFLEET, INC
P.O. BOX 2513
ORLANDO, FL 32802

PATRIOT SANITATION MGMT
P.O. BOX 125
GARNER, NC 27529


PEACE STREET INSPECTIONS
600 W PEACE ST
RALEIGH, NC 27605


PERFORMANCE RADIATOR
PACIFIC , LLC
P O BOX 24947
SEATTLE, WA 98124-0947


PERRY, TERRY J
13725 LABARON DRIVE
WILLOW SPRING, NC 27592


PHILLIPS, CHARLES B
10515 FOX DEN TRL
CHARLOTTE, NC 28214


PIEDMONT NATURAL GAS
P.O. BOX 660920
DALLAS, TX 75266-0920


PIEDMONT NATURAL GAS
BANKRUPTCY DEPARTMENT
4720 PIEDMONT ROW
CHARLOTTE, NC 28210


PINKERTON CHEVROLET INC
LYNCHBURG, INC.
801 GRAVES MILL ROAD
LYNCHBURG, VA 24502


PLEWS INC
PO BOX 772948
CHICAGO, IL 60677-0248


POOLE, THOMAS E
410 WINDEMERE ROAD
WILMINGTON, NC 28405

PORTER'S AUTOMOTIVE , INC
2715 WILLIAMSON ROAD
ROANOKE, VA 24012


PORTER, DAVID L
1350 SPRINGDALE DRIVE
BURLINGTON, NC 27215


POTEAT'S AUTO PARTS -11
1906 N MAIN ST
KANNAPOLIS, NC 28081


POWER STOP LLC
6112C W. 73RD STREET
BEDFORD PARK, IL 60638


POWERMAX USA
11750 JERSEY BLVD
RANCHO CUCAMONGA, CA 91730


PREMIUM GUARD INC
P.O. BOX 105328
ATLANTA, GA 30348-5328


PRIME AUTOMOTIVE WAREHOUSE
P.O. BOX 741554
ATLANTA, GA 30374-1154


PROTECTION 1 ALARM
MONITORING INC
P.O. BOX 219044
KANSAS CITY, MO 64121-9044


PSNC ENERGY
P.O. BOX 100256
COLUMBIA, SC 29202


PUBLIC SERVICE COMPANY OF
PAYMENT CENTER
P. O. BOX 100256
COLUMBIA, SC 29202-3256


R & B, INC.
P. O. BOX 8500 (S-4565)
PHILADELPHIA, PA 19178-4565

R DANIEL LUPER
2401 WINDMERE DRIVE
WINSTON SALEM, NC 27103


RABON, JIMMY L
940 WEST COOKSEY DR
THOMASVILLE, NC 27360


REDDICK, KEVIN
7075 TURNPIKE RD
ARCHDALE, NC 27263


REMY INC
P.O. BOX 930197
ATLANTA, GA 31193-0197


REPUBLIC INSURANCE AGENCY, INC.
C/O I.G.O. INSURANCE AGENCY, INC.
8117 EBENEZER CHURCH DRIVE
RALEIGH, NC


REPUBLIC SERVICES-01
PO BOX 9001099
LOUISVILLE, KY 40290-1099


REYNOLDS, NEWELL
4724 WHITE ROCK ROAD
WINSTON-SALEM, NC 27105


RILEY, HEATHER
2703 RAINS DRIVE
HAW RIVER, NC 27258


RIVERS, DAVID
402 ELAINE PLACE
GARNER, NC 27529


ROANOKE GAS COMPANY
P.O. BOX 70848
CHARLOTTE, NC 28272-0848


ROBERTSON, HARRY P
410 MATHER COURT
GARNER, NC 27529

RODERICK CORDER
3837 MAMIE MAY RD
FRANKLINVILLE, NC 27248


ROGERS, CHRISTOPHER
1769 SANDY CROSS RD
BURLINGTON, NC 27217


ROSS, WILLIAM L
1404 BEAR MOUNTAIN RD
CHARLOTTE, NC 28214


RUMFELT, GEORGE M
324 MELLON ROAD
BELMONT, NC 28012


RYAN, JAMES J
7250 LALANDA DRIVE
LEWISVILLE, NC 27027


S.M. ARNOLD, INC
7901 MICHIGAN AVE
SAINT LOUIS, MO 63111-4103


SAINTSING, ARCHIE
936 SCENIC WAY
THOMASVILLE, NC 27360


SAPP, JAMES G
200 PRESLEY DR
WINSTON-SALEM, NC 27107


SCHAEFER II, JOHN
279 DEER TRACK DR
BURGAW, NC 28425


SCHLEY, DANIEL
2005 SANDY PORTER RD
#203
CHARLOTTE, NC 28273


SECRIST, JAMES
420 IDLEBROOK DRIVE
KERNERSVILLE, NC 27284

SERVICE EXPRESS, INC.
3854 BROADMOOR AVE, SE
Grand Rapids, MI 49512


SEWARD, WILLIAM B
2421 WICHITA PL
GREENSBORO, NC 27405


SHEPHERD, BARRY T
7502 SOMERSBY DR
SUMMERFIELD, NC 27358


SHERRILL, AMANDA M
7417 HAZELSTONE LANE
LELAND, NC 28451


SIMON'S AUTO SALES
13430 US HWY 70 EAST
CLAYTON, NC 27520


SINK, BRADLEY
185 WORKMAN RD
SNOW CAMP, NC 27349


SIPE, GARRY
2905 SPENCERS GROVE
BROWN SUMMIT, NC 27214


SLIMM, WILLIAM
5392 KINGSWELL DRIVE
WINSTON-SALEM, NC 27106


SLOAN, JOSEPH P
3412 GREYWOOD DRIVE
RALEIGH, NC 27604


SMITH PROPERTIES OF WILMINGTON
800 SHIPYARD BLVD.
WILMINGTON, NC 28412


SMITH, DANNY J
105 PINEBURR AVE SE
VALDESE, NC 28690

```
SMITH, DAVID
1806 OLD HOLLOW ROAD
WALKERTOWN, NC 27051


SMITH, GEORGE E
961 PILOT CHURCH ROAD
PINNACLE, NC 27043


SMITH, JIMMY M
2619 ICARD RHODHISS RD
CONNELLY SPRINGS, NC 28612


SNOW, TIMOTHY J
259 GLORIA DR
MOUNT AIRY, NC 27030


SON, SHU PING and WANG, YONG
C/O UNIVERSAL REALTY, LLC
P.O. BOX 3883
ATTN: ANGNES LAM
CARY, NC 27519


SOUTHERN TIRE SALES
615 CHAPEL HILL ROAD
BURLINGTON, NC 27215


SPECTRIO
720 BROOKER CREEK BLVD.
STE 215
OLDSMAR, FL 34677


SPECTRUM BUSINESS
ATTN: RECOVERY DEPARTMENT
3347 PLATT SPRINGS ROAD
WEST COUMBIA, SC 29170


SPERBER, STEFFNY
4095 OLD HOLLOW RD
KERNERSVILLE, NC 27284


SPIVEY, WILLIAM A
5305 KIRKWOOD CT
RALEIGH, NC 27609
```

```
STANDARD MOTOR PRODUCTS
93307 NETWORK PLACE
CHICAGO, IL 60673-1933


STATE OF NC - EPROC
P.O. BOX 752167
CHARLOTTE, NC 28275-2167


STEELE JR, EDDIE K
4915 LONGBURN LANE
KERNERSVILLE, NC 27284


STEIL, WILLIAM J
1817 MACO RD
LELAND, NC 28451


STEVENS, BERNIE R
244 RYAN ROAD
MT AIRY, NC 27030


STEVENS, THOMAS W
974 WOODVILLE ROAD
MT AIRY, NC 27030


STRICKLAND, JEWEL
2604 COULTER PLACE
WILMINTON, NC 28409


SUITS, TIMOTHY
6527 CEDARBERRY ROAD
TRINITY, NC 27370


SUNLAND FIRE PROTECTION
P.O. BOX 277
JAMESTOWN, NC 27282


SUPER CLEAN SERVICES
2926 DURANT DRIVE
WINSTON SALEM, NC 27107


SURRY COUNTY TAX COLLECT.
P O BOX 576
DOBSON, NC 27017-0576
```

SWAFFORD, JOE
3257 10TH AVE NE
CONOVER, NC 28613


T K S ELECTRICAL CONTRACT
P.O. BOX 863
RURAL HALL, NC 27045


TAG AUTO SERVICE
11048 CLEVELAND RD
GARNER, NC 27529


TALK OF THE TOWN COUPONS
1937 FLEMING ROAD
GREENSSBORO, NC 27410


TARLTON, BRIAN T. and TARLTON, CATHY S.
1058 EVANGELINE DRIVE
LELAND, NC 28451-7992


TART, CARL RANDOLPH
3105 BARBER MILL ROAD
CLAYTON, NC 27520


TASISTA, MICHAEL
139 S. GORDON DRIVE
WINSTON-SALEM, NC 27104


TAYLOR MOTOR COMPANY
P.O. BOX 267
WAYNESVILLE, NC 28786


TAYLOR, RONNY
1008 JAPONICA LANE
GREENSBORO, NC 27410


TAYLOR, WHITNEY L
1545 TAYLOR ROAD
EAST BEND, NC 27018


TEAGUE, GARY D
36 PAR DRIVE
GRANITE FALLS, NC 28630

```
TECHNICAL CHEMICAL COMP.
3327 PIPELINE ROAD
CLEBUME, TX 76033-0139


TENNECO AUTOMOTIVE OPERAT
C/O TENNECO AUTOMOTIVE RS
3864 SOLUTIONS CENTER
CHICAGO, IL 60677-3008


TERMINIX COMPANY
CENTRAL ACCOUNTING OFFICE
P. O. BOX 14009
GREENSBORO, NC 27415-4009


TERRY LABONTE CHEVROLET
P.O. BOX 77758
GREENSBORO, NC 27417-7758


THE CITY OF MOUNT AIRY UTILITIES
300 S. MAIN STREET
MOUNT AIRY, NC 27030


THE TIMKEN CORPORATION
28838 NETWORK PLACE
CHICAGO, IL 60673-1288


THOMAS, JAMES
7017 SPLITROCK LANE
CHARLOTTE, NC 28214


THOMPSON, DOUGLAS F
912 PINEY GROVE RD
LOT 51-A
KERNERSVILLE, NC 27284


THOMPSON, RICHARD R
6813 MCLEANSVILLE RD
MCLEANSVILLE, NC 27301


THOMSON FINANCIAL
P.O. BOX 415983
BOSTON, MA 02241-5983
```

THORNTON JR, BILLIE T
20 SANDERS RD
BENSON, NC 27504


THORNTON, NORWOOD
1606 BRIDGEPORT TERRACE
HIGH POINT, NC 27265


THORNTON, TRACY S
200 HILLINGTON ROAD
GARNER, NC 27529


THREE OAKS PARTNERS LLC
1131-B MILITARY CUTOFF ROAD
WILMINGTON, NC 28405


TIME WARNER CABLE
BOX 223085
PITTSBURGH, PA 15251-2085


TOPPS, DONALD A
99 MAPLEWOOD DRIVE
KNIGHTDALE, NC 27545


TOWN OF KERNERSVILLE
FINANCE DEPARTMENT
P. O. DRAWER 728
KERNERSVILLE, NC 27284


TOWN OF KERNERSVILLE UTILITIES
P.O. BOX 728
KERNERSVILLE, NC 27285-0728


TRANSCEDAR LTD/MOTORAD
DEPT# 30796
P O BOX 790126
ST LOUIS, MO 63179


TRANSTAR INDUSTRIES INC
501 COUNTRY ROAD 30
FLORENCE, AL 35634

TRAVELERS INSURANCE
C/O I.G.O. INSURANCE AGENCY, INCL
8117 EBENEZER CHURCH DRIVE
RALEIGH, NC 27612


TURN KEY TIRE
1340 BOBBITT DRIVE
GARNER, NC 27529


TUWELLA, LLC
PO BOX 4859
WINSTON SALEM, NC 27115


TUWELLA, LLC
P.O. BOX 4859
WINSTON, NC 27115-4859


TWC/SPECTRUM
1900 BLUECREST LANE
SAN ANTONIO, TX 78247


TYSINGER, JOE D
116 VIRGINIA DRIVE
THOMASVILLE, NC 27360


UCI GOLDSBORO (18)
P O BOX 780
GOLDSBORO, NC 27533


UHLER, EDWARD
1938 HILLDALE DRIVE
BURLINGTON, NC 27215


UNIFIRST CORPORATION
526 PINEY GROVE ROAD
KERNERSVILLE, NC 27284


UNITED PAPER COMPANY
DIV OF HUFF PAPER CO
P.O. BOX 7696
RICHMOND, VA 23231


UNITED PARCEL SERVICE
P. O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UQUALITY AUTOMOTIVE PROD.
DEPT LA 22888
PASADENA, CA 91185


US 70 INSPECTIONS
716 US HWY 70 BUS WEST
GARNER, NC 27529


UTICA INSURANCE COMPANY
C/O I.G.O. INSURANCE AGENCY, INC.
8117 EBENEZER CHURCH DRIVE
RALEIGH, NC 27612


VALSPAR LOCKBOX 741667
P,O BOX 741667
ATLANTA, GA 30374-1667


VALVOLINE LLC
P. O. BOX 117131
ATLANTA, GA 30368-7131


VANEMAN, ERNEST P
104 LEEWAY COURT
CLAYTON, NC 27520


VANN YORK CHEVROLET INC
321 EASTCHESTER DRIVE
HIGH POINT, NC 27262


VARNER, JASON E
281 WENDYS WAY
CLEMMONS, NC 27012


VERIZON
P O BOX 4830
TRENTON, NJ 08650-4830


VERIZON
P.O. BOX 4001
ACWORTH, GA 30101


VESTAL PONTIAC, BUICK GMC
900 HIGHWAY 66 SOUTH
KERNERSVILLE, NC 27284

VICKREY, DONALD H
2255 LEE DRIVE
BURLINGTON, NC 27216


VIRGINIA TAX
OFFICE OF CUSTOMER SERVICE
PO BOX 1115
RICHMOND, VA 23218-1115


VISTA-PRO AUTOMOTIVE, LLC
75 REMITTANCE DRIVE
SUITE 6007
CHICAGO, IL 60675-6007


WAKE COUNTY REVENUE DEPT
P.O. BOX 580084
CHARLOTTE, NC 28258-0084


WALKER AUTOMOTIVE STORES
P O BOX 19348
RALEIGH, NC 27619


WALKER, LAWRENCE
498 GOVERNMENT RD
CLAYTON, NC 27520


WALKER, WILLIAM S
5085 STONEYPOINT ROAD
WALKERTOWN, NC 27051


WALLACE, MICHAEL B
245 WOODGREEN DR
ABERDEEN, NC 28315


WARD, RICKY
140 MAYNARD DRIVE
WINSTON-SALEM, NC 27107


WASTE INDUSTRIES, INC.
3301 BENSON DRIVE
SUITE 601
RALEIGH, NC 27609

```
WASTE INDUSTRIES, INC.
3301 BENSON DRIVE
RALEIGH, NC 27609


WASTE MANAGMENT
1001 FANNIN, SUITE 4000
HOUSTON, TX 77002


WATKINS, JEFFREY E
437 REGENCY DR
WILMINGTON, NC 28412


WEAVER, GARY
4432 MEBANE ROGERS RD
MEBANE, NC 27302


WEHRMEYER, ANN
438 W. WELLINGTON LANE
WALNUT COVE, NC 27106


WELLS FARGO BANK, NA
110 EAST BROWARD BLVD
SUITE 1100
FORT LAUDERDALE, FL 33301


WEST, BRIDGET M
6455 PATRICK DR NE
LELAND, NC 28451


WESTAR DISTRIBUTION, LLC
8700 ROBERT FULTON DR
SUITE B
COLUMBIA, MD 21046


WESTERN VIRGINIA WATER AU
P O BOX 17381
BALTIMORE, MD 21297-1381


WHEELER, JOSEPH
P.O. BOX 57
WHITSETT, NC 27377


WHISENANT, BEULAH S
126 WALKER RD
MORGANTON, NC 28655
```

WHITE, GREGORY
1036 MURPHY ROAD
WALNUT COVE, NC 27052


WHITE, JAMES
320 BRADFORD DR
CHARLOTTE, NC 28208


WHITE, WILLIAM P
2920 WHEAT MEADOW LANE
CHARLOTTE, NC 28270


WHITEHEART AND SONS CO
3500 N PATTERSON AVE
WINSTON SALEM, NC 27105


WHITESELL, LEROY E
3311 MARTIN AVE
GREENSBORO, NC 27405


WHITT, JAMES S
135 S. TWIN HILL RD
CLEMMONS, NC 27012


WILLIAMS, JAMES M
1007 GORDON WOODS RD
WILMINGTON, NC 28411


WILLIAMS, JAMES R
4330 MCCLURE RD
CHARLOTTE, NC 28216


WILLIAMS, JEREMY B
6001 PHELPS CIRCLE
WINSTON-SALEM, NC 27105


WILLIFORD, STEVEN E
452 LIPSCOMB ROAD
ANGIER, NC 27501


WILSON, RICHARD M
4608 CHARLOTTESVILLE RD
GREENSBORO, NC 27410

```
WINDSTREAM
P.O. BOX 9001013
LOUISVILLE, KY 40290-1013


WOMACK, DAVID
117 WINDOVER LANE
WINSTON-SALEM, NC 27107


WOOD'S FLEET & TRUCK CENT
418 WASHINGTON AVE
VINTON, VA 24179


WOOD, LARRY
7740 BROAD STREET
RURAL HALL, NC 27045


WOODRING, KEVIN
2003 PL PROPST ROAD
MAIDEN, NC 28650


WOTCO INCORPORATED
P.O. BOX 30502
CHARLOTTE, NC 28230


WRAP-IT
9040 HIGHVIEW LANE
WOODBURY, MN 55125


WURTH USA INC.
P O BOX 415889
BOSTON, MA 02241-5889


YERGEAU, COREY J
29 MOREHEAD DR
WILLOW SPRING, NC 27592


YOST JR, BILLY G
316 MOSSY OAK CT
LELAND, NC 28451


ZF SERVICES, LLC
P O BOX 5820
CAROL STREAM, IL 60197-5820
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Auto Supply Company, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Auto Supply Company, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  8, 2018**

Date

**/s/ Ashley S. Rusher**

**Ashley S. Rusher 14296**

Signature of Attorney or Litigant

Counsel for    **Auto Supply Company, Inc.**

**Blanco Tackabery & Matamoros, P.A.**

**P.O. Drawer 25008**

**Winston-Salem, NC 27114-5008**

RESOLUTION OF THE BOARD OF DIRECTORS OF
AUTO SUPPLY COMPANY, INC.

ADOPTED   JANUARY 5, 2018

The undersigned, being all of the Directors of Auto Supply Company, Inc., a North Carolina corporation (herein the "Company"), do hereby adopt the following resolutions by signing their written consent thereto and do hereby waive any notice or other irregularity regarding the time, place, or purpose of any meeting to consider same:

**WHEREAS**, the Board of Directors has considered the financial status of the Company and other matters affecting the successful operation of the Company; and

**WHEREAS**, the Board of Directors has considered the recommendations of the officers and counsel of the Company with reference to alternative plans of action;

**NOW, THEREFORE, BE IT**

**RESOLVED**, that in the judgment of the Board of Directors, it is desirable and in the best interest of the Company, its creditors, and other interested parties, that a petition be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code; and, it is further

**RESOLVED**, that the form of petition under Chapter 11 presented to the Board of Directors be, and the same hereby is, approved and adopted in all respects, and that the president of the Company be, and is hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Middle District of North Carolina; and it is further

**RESOLVED**, that the officers of the Company be, and they hereby are, authorized to execute and file all petitions, schedules, lists, and other papers and to take any and all actions which they may deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection, to retain and employ all assistance by legal counsel or other professionals which they may deem necessary or proper, with a view to the successful conclusion of such proceedings; and it is further

**RESOLVED**, that all transactions heretofore taken by any officers of the Company on its behalf and in its name, with respect to the planning and preparation for the commencement of such proceedings under Chapter 11 prior to

the adoption of this Resolution are, in all respects, hereby ratified, confirmed and adopted.

AUTO SUPPLY COMPANY, INC.

_____
Charles A. Key, Jr., Director

_____
R. Daniel Luper, Director

[CORPORATE SEAL]

_____
Karl W. Kapp, Secretary

BTM:691813v1